<u>DEFENDANT</u>: HEATHER CARR

<u>DOB:</u>  1977

<u>ADDRESS:</u>

1385 Fordham Drive, No. 105
Virginia Beach, VA   23464

<u>COMPLAINT FILED?</u>          _____ YES    X\_\_\_NO

<u>OFFENSE:</u>

| | |
|---|---|
| **Count 1:** | 18 U.S.C. § 286 – Conspiracy to Defraud the Government with Respect to Claims |
| **Counts 2-13** | 18 U.S.C. § 1343 – Wire Fraud |
| **Counts 14-26** | 18 U.S.C. § 1341 – Mail Fraud |
| **Counts 27-29** | 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft |

<u>LOCATION OF OFFENSES:</u>   El Paso and Denver Counties, Colorado

<u>PENALTIES:</u>

| | |
|---|---|
| **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| **Counts 2-13** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |
| **Counts 14-26** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |
| **Counts 27-29** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count, **and consecutive two-year term of imprisonment.** |

AGENT:             Department of Education, Office of Inspector General Special Agent Sandra Ennis

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
\_\_\_X\_\_ over five days
_____ other

THE GOVERNMENT
\_\_\_\_\_X\_\_\_ will seek detention in this case
_____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____   Yes        \_\_X\_\_ No