<u>DEFENDANT</u>: TRAMMEL THOMAS

<u>DOB</u>: 1979

<u>ADDRESS</u>:

6818 South 40th Drive
Phoenix, AZ   85041

<u>COMPLAINT FILED?</u>         \_\_\_\_\_ YES    X\_\_\_NO

<u>OFFENSES</u>:

| | |
|---|---|
| **Count 1:** | 18 U.S.C. § 286 – Conspiracy to Defraud the Government with Respect to Claims |
| **Counts 2-13** | 18 U.S.C. § 1343 – Wire Fraud |
| **Counts 14-26** | 18 U.S.C. § 1341 – Mail Fraud |

<u>LOCATION OF OFFENSES</u>:    El Paso and Denver Counties, Colorado

<u>PENALTIES</u>:

| | |
|---|---|
| **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| **Counts 2-13** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |
| **Counts 14-26** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |

<u>AGENT</u>:         Department of Education, Office of Inspector General Special Agent Sandra Ennis

<u>AUTHORIZED BY</u>:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
\_\_\_X\_\_ over five days
_____ other

THE GOVERNMENT
\_\_\_\_\_X\_\_\_ will seek detention in this case
_____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____   Yes        \_\_X\_\_\_ No