DEFENDANT: MERCEDES DIAZ

DOB: 1989

ADDRESS:

Arizona State Prison Complex-Perryville
Inmate No. 280050
2105 North Citrus Road
Goodyear, AZ   85395

COMPLAINT FILED?        _____ YES    X\_\_\_NO

OFFENSES:

| | |
|---|---|
| **Count 1:** | 18 U.S.C. § 286 – Conspiracy to Defraud the Government with Respect to Claims |
| **Counts 20-21** | 18 U.S.C. § 1341 – Mail Fraud |

LOCATION OF OFFENSES:    El Paso and Denver Counties, Colorado

PENALTIES:

| | |
|---|---|
| **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| **Counts 20-21** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |

AGENT:    Department of Education, Office of Inspector General Special Agent Sandra Ennis

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
\_\_\_\_X\_\_ over five days
_____ other

<u>THE GOVERNMENT</u>
    __X__ will seek detention in this case
    _____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE:</u>   _____ Yes   __X__ No