AO 199A (Rev. 12/11)   Order Setting Conditions of Release                                                                Page 1 of 3

**FILED**

MAR - 8 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:16mj117 |
| Heather Carr | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

> The defendant must appear at:   **United States District Court, Byron Rogers Courthouse, 1929 Stout Street, Denver, CO before Magistrate Judge Pafoya in Courtroom C201**
> on   **March 22, 2016 at 2:00 p.m.**
> *Date and Time*

IT IS FURTHER ORDERED that the defendant be released on condition that:

(✓)   (5)   The defendant promises to appear in court as required and surrender to serve sentence imposed.

(✓)   (6)   The defendant executes a ($  5,000.00  ) Unsecured Bond binding the defendant to pay to the United States for failure to appear as required or surrender to serve any sentence imposed.

AO 199B (Rev. 12/11)  Additional Conditions of Release                                                          Page 2 of 3

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6)    The defendant is placed in the custody of:
           Person or organization _____
           Address *(only if above is an organization)* _____
           City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court
immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                          Signed: _____    _____
                                                            *Custodian*                          *Date*

( ) (7)    The defendant must:
    ( X )   (a) submit to supervision by and report for supervision to the    United States Probation Office _____,
            telephone number 757-222-7400, no later than (date of release)_____.
    ( X )   (b) continue or actively seek employment.
    ( X )   (c) surrender any passport to:  Probation by 5:00 p.m. on 3/10/16 _____
    ( )     (d) not obtain a passport or other international travel document.
    ( X )(e) abide by the following restrictions on personal association, residence, or travel: restricted to the state of Virginia and Denver,
            Colorado  unless prior approval received from Probation _____
    ( X )   (f) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
            including: Co-defendants.  Not to discuss aspects of the case with co-def children's father._____
    ( )     (g) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
            necessary.
    ( )     (h) not possess a firearm, destructive device, or other weapon.
    ( )     (i) not use alcohol ( ) at all ( ) excessively.
    ( )     (j) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
            medical practitioner.
            medical practitioner.
    ( )     (k) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with
            random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
            prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
            of prohibited substance screening or testing.
    ( )     (l) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
            supervising officer.
    ( )     (m) participate in one of the following location restriction programs and comply with its requirements as directed:
                    ( ) (i)  Curfew.  You are restricted to your residence every day ( ) from _____ to _____, or ( ) as
                            directed by the pretrial services office or supervising officer; or
                    ( ) (ii) Home Detention.  You are restricted to your residence at all times except for employment; education; religious services;
                    medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
                    approved in advance by the pretrial services office or supervising officer; or
                    ( ) (iii) Home Incarceration.  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court
                    appearances or other activities specifically approved by the court.
    ( )     (n) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
            requirements and instructions provided.
                    ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
            supervising officer.
    ( )     (o) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
            arrests, questioning, or traffic stops.
    ( X )   (p)   Def  directed to provide any requested financial information as directed by
            P.O._____
    ( X )   (q) Defendant shall notify current or future employers of charged offense._____
    ( X )   (r) Defendant shall not engage in employment in which def has access to credit information or credit accounts of others.___
    ( X )   (s) Defendant to remove firearm from residence by 5:00 pm on 3/10/16._____
    ( )     (t) _____
    ( )     (u) _____
    ( )     (v) _____
    ( )     (w) _____
    ( )     (x) _____
    ( )     (y) _____
    ( )     (z) _____

AO 199C (Rev. 09/08)  Advice of Penalties                                                                    Page 3 of 3

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(　) The defendant is ORDERED released after processing.

(　) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: March 7, 2016

_____
Robert J. Krask
**United States Magistrate Judge**
*Judicial Officer's Signature*

UNITED STATES MAGISTRATE JUDGE
*Title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

CR. Form No. 17 - Adapted (7/99)
Appearance Bond (Unsecured)

FILED

MAR - 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

UNITED STATES OF AMERICA

      v.                           Criminal No.   2:16mj117

HEATHER CARR

I, the undersigned defendant, acknowledge that I and my personal representatives are bound to pay the United States of America the sum of **FIVE THOUSAND DOLLARS ($5,000.00)**.

The conditions of this bond are that the defendant is to appear in the United States District Court for the District of Colorado at Byron Rogers Courthouse, 1929 Stout Street, Denver, Colorado on **March 22, 2016 at 2:00 p.m.** and at such other times and places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above entitled matter as may be given or issued by the United States District Court for the Eastern District of Virginia or any other United States District Court to which the defendant may be removed or the cause transferred.

That the defendant is to abide any judgment entered in such matter by surrendering herself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount stated above, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated.

By entering into this bond, the obligor submits to the jurisdiction of this court and appoints the clerk of the court as her agent upon whom papers affecting her liability may be served. The defendant agrees to notify the court promptly in the event of a change of address.

This bond is signed on the _____ day of _____, 2016, pursuant to order
of this court entered March 7, 2016.


_____
Heather Carr, Defendant



Signed and acknowledged before me this 7th
day of _____March_____, 2016.


_____
Deputy Clerk

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

MAR − 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:16mj117 |
| | ) | |
| Heather Carr | ) | Charging District's Case No.   16-cr54-WJM |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the (name of other court)   District of Colorado

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
unless I am indicted — to determine whether there is probable cause to believe that an offense has
been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:   3/7/2016

X _____
Defendant's signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

**INITIAL APPEARANCE MINUTES:**

| | | | |
|---|---|---|---|
| Time set: | **2:30 p.m.** | Date: | 3/7/2016 |
| Start Time: | 2:44 | Presiding Judge: | Robert J. Krask |
| End Time: | 2:58 | Courtroom Deputy: | L. Woodcock |
| | | Reporter: | FTR |
| Split Time | ( ) | U.S. Attorney: | Melissa O'Boyle, AUSA |
| | | Defense Counsel: | |

( ) Retained ( ) Court appointed ( ) AFPD

Interpreter: _____

Case Number: 2:16mj117
USA v. Heather Carr

( x ) Deft. Present ( x ) custody ( ) not in custody
( x ) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
    ( ) Criminal Information ( x ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( x ) Deft. advised of rights, charges and right to counsel
( ) Counsel desired ( ) Defendant to retain: _____
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
( ) Financial Affidavit filed in open Court
( ) Court ( ) Directed ( ) Denied appointment of counsel
( ) Court directed defendant to reimburse govt. at rate of $ _____ per month. Payments to begin and
    continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( X ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before
_____ U.S. Magistrate Judge in _____
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of
    U.S. Marshal for removal to charging district
( ) Government motion for Detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
( ) Detention Hearing scheduled for _____ at _____ before _____
( ) Detention Hearing ( ) Held ( ) Waived in _____
( ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( X ) Bond set at $ 5000 U/S
( X ) Special Conditions of Release: (See Page 2)
( ) Deft. remanded to custody of U. S. Marshal
( ) Warrant returned executed and filed in open court
( ) Defendant is directed to appear on 3/22/16 at 2pm for
    ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench
Trial    Mag. Judge Pafoya Courtroom C301
    ( ) Norfolk ( ) Newport News   Byron Rogers Courthouse
                       1929 Stout Street
( ) _____ Denver, Co.
( ) _____     80294-0101

## STANDARD CONDITIONS OF RELEASE

1) Deft's. travel is restricted to the State of Virginia.
2) Deft is directed to refrain from excessive use of alcohol.
3) Deft. is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.
4) Deft. is directed to surrender any passport to the Probation Office.
5) Deft. is prohibited from obtaining any passport
6) Defendant shall report as soon as possible, to the probation officer or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
7) Defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.
8) Defendant shall submit to method of testing required by the probation officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and or any form of prohibited substance screening or testing.
9) Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the probation officer or supervising officer.
(X)10) Report to the U.S. Probation Office.

## SPECIAL CONDITIONS OF RELEASE

(X)   Travel is restricted to:  _EDVA – Denver, Co.  w/ advanced notice to Probation_
( ✓ ) with travel between the two for purposes of court appearances and meetings with counsel by the most direct route.

( )   Deft. is directed to maintain residence at: _____

( )   _____ is directed to serve as third-party custodian.

(X)   Deft. is directed to seek and maintain verifiable employment as directed by the Probation Office.

( )   Deft. is directed to undergo substance abuse testing/treatment at the expense of the defendant as directed by the U.S. Probation Office.

( )   Deft. is directed to submit to electronic monitoring ( ) with ( ) without GPS ( ) with ( ) without time outs as directed by the U.S. Probation Office, at the expense of the defendant.

(X)   Deft. is directed to avoid all contact with alleged victims/potential witnesses or co-conspirators: _____
_Not to discuss any aspect of case_ w/ Children's father  (X) Co-defendants charged in the Indictment

( )   Deft. is prohibited from committing any offense in violation of federal, state or local law

( )   Deft. is directed to cooperate with their Court-appointed counsel in the preparation of their defense.

(X)   Deft. is directed to provide any requested financial information as directed by the Probation Office.

( )   Deft. is prohibited from opening any new lines of credit or bank accounts without permission of the U.S. Probation Office.

(X)   Defendant shall notify current or future employers of charged offense.

(X)   Defendant shall not engage in employment in which the defendant has access to credit information or credit accounts of others.

( )   Defendant shall not have any contact with children under the age of 18 years old unless in the presence of an informed adult.

( )   Defendant shall not have possess or access any computer or internet, bulletin board, or chat room.

( )   Defendant shall comply with a specified curfew from _____ to _____ or as specified by the U.S. Probation Office.

( )   The defendant shall submit to mental health evaluation and treatment as directed by the U.S. Probation Office.

(X)   _Remove firearm from residence by 5 pm 3-10-16_

(X)   _Passport to be submitted to Prob by 5 pm 3-10-16_

( )   _____

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED

MAR - 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HEATHER CARR | ) | Case No.   16-cr-54-WJM |
| | ) | |
| | ) | 2:16 mj 117 |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     HEATHER CARR                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Defraud the Government with Respect to Claims- 18 U.S.C. § 286
Wire Fraud- 18 U.S.C. § 1343
Mail Fraud- 18 U.S.C. § 1341
Aggravated Identity Theft- 18 U.S.C. § 1028A(a)(1)

Date:  02/08/2016                                                    s/C. Thompson Deputy Clerk
                                                                                        *Issuing officer's signature*

City and state:   Denver, Colorado                             Jeffrey P. Colwell Clerk of Court
                                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                    _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

# U.S. District Court
## Eastern District of Virginia - (Norfolk)
## CRIMINAL DOCKET FOR CASE #: 2:16-mj-00117-RJK-1

Case title: USA v. Carr                    Date Filed: 03/07/2016
Other court case number: 16-cr-54-WJM USDC
                         District of Colorado

Assigned to: Magistrate Judge
Robert J. Krask

**Defendant (1)**

**Heather Carr**                represented by **Heather Carr**
                                              PRO SE

**Pending Counts**                          **Disposition**
None

**Highest Offense Level
(Opening)**
None

**Terminated Counts**                       **Disposition**
None

**Highest Offense Level
(Terminated)**
None

**Complaints**                              **Disposition**
None

**Plaintiff**
**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2016 | 1 | Arrest of Heather Carr in EDVA Norfolk Division on warrant out of District of Colorado. (cdod, ) (Entered: 03/07/2016) |
| 03/07/2016 |  | Set Hearings as to Heather Carr: Initial Appearance - Rule 5(c)(3)set for 3/7/2016 at 02:30 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Robert J. Krask. (cdod, ) (Entered: 03/07/2016) |
| 03/07/2016 | 2 | Minute Entry for Initial Appearance in Rule 5(c)(3) Proceedings as to Heather Carr held on 3/7/2016 before Magistrate Judge Robert J. Krask. Melissa O'Boyle, AUSA, appeared on behalf of govt. Defendant present, in custody and advised of rights and charges. Defendant waived identity hearing and production of the warrant. Defendant released on $5000 U/S bond with special conditions including to report to USDC Denver, CO on March 22, 2016 at 2:00 pm. Defendant remanded until bond prepared. (Court Reporter FTR.) (lwoo) (Entered: 03/07/2016) |
| 03/07/2016 | 3 | WAIVER of Rule 5 Hearings by Heather Carr filed in open court. (lwoo) (Entered: 03/07/2016) |
| 03/07/2016 | 4 | Unsecured Bond Entered as to Heather Carr in amount of $ $5000. (lwoo) (Entered: 03/07/2016) |
| 03/08/2016 | 5 | ORDER Setting Conditions of Release as to Heather Carr (1) $5,000 unsecured as to Heather Carr. Signed by Magistrate Judge Robert J. Krask on 3/7/16 and filed 3/8/16. (lwoo) (Entered: 03/09/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/16/2016 13:01:24 | | | |
| PACER Login: | home14_son | Client Code: | nmarble |
| Description: | Docket Report | Search Criteria: | 2:16-mj-00117-RJK |
| Billable Pages: | 1 | Cost: | 0.10 |