IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.**    **HEATHER CARR,**
2.    TRAMMEL THOMAS,
3.    MERCEDES DIAZ,

        Defendant.
_____

NOTICE OF APPEARANCE
_____

        The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Mary Butterton
        MARY BUTTERTON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        mary.butterton@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 23, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Daniel Burrows, AUSA
  Email: Daniel.Burrows@usdoj.gov

  Martha Paluch, AUSA
  Email: Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Heather Carr   (via Mail)
  700 Montauk Lane, #101
  Chesakeake, VA  23320

            s/Mary Butterton
            MARY BUTTERTON
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            mary.butterton@fd.org
            Attorney for Defendant