IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16 cr 0054 WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HEATHER CARR,

       Defendant.

---

DEFENDANT'S WAIVER OF PRESENCE
FOR ARRAIGNMENT AND DISCOVERY CONFERENCE

---

The defendant, Heather Carr, by her signature below, and on advice of counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby waives her right to be personally present at her arraignment and discovery conference. She will file with the Court a written acknowledgement of any future court dates set by the district court.

_____     3-22-18
Heather Carr                                   Date

Approved

VIRGINIA L. GRADY
Federal Public Defender

s/Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Attorney for Defendant
Mary_Butterton@fd.org

1