IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEATHER CARR,
2. TRAMMEL THOMAS,
3. MERCEDES DIAZ,

    Defendants.

---

**GOVERNMENT'S MOTION TO DISCLOSE COPIES OF GRAND JURY MATERIALS UNDER SPECIFIED CONDITIONS TO THE ATTORNEYS FOR DEFENDANTS PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i)**

---

    The United States of America (the government) moves this Court for an Order allowing the government to disclose a copy of the transcripts of testimony given by a witness before the grand jury, and accompanying exhibits, to the attorneys for the defendants under the conditions specified below. As grounds for this motion, the government states:

    1.    During the course of the investigation which resulted in the indictment in this case, a witness testified on two occasions before the grand jury. Defense counsel has requested, and the government is willing to provide, a copy of the transcripts of this testimony and related exhibits as part of the discovery in this case.

    2.    Disclosure of grand jury material may be authorized pursuant to Rule

6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, which provides that, "The court may authorize disclosure-at a time, in a manner, and subject to any other conditions that it directs-of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding . . . ."

3. This case is a "judicial proceeding" and the requested disclosure is "in connection with" the proceeding.

4. The government's understanding is that the usual practice of defense counsel in this district is not to provide defendants with copies of grand jury materials, but instead to orally review the contents of such materials with them. As the government understands it, this practice flows from the concern, shared by the government and based on past events in the district, that grand jury materials might otherwise be improperly distributed by defendants. *See United States v. Jimenez*, 928 F.2d 356, 359-61 (10th Cir.1991).

5. Because of the nature of the materials sought to be disclosed, the timing of the contemplated disclosure, and the possibility of loss or dissemination of copies of the grand jury materials, the government would request that the Court further order that:

> a. Defense counsel make only such copies as are necessary to prepare a defense of the criminal case;
>
> b. Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of any Order allowing disclosure with the materials;

     c.  Defense counsel provide the defendants with reasonable access to the grand jury materials, but that defense counsel not allow the defendants to retain copies of any grand jury materials;

     d.  No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

     e.  At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

THEREFORE, the government requests that the Court enter an Order pursuant to Rule 6(e)(3)(E)(i) allowing disclosure of a copy of the transcripts of testimony given by the witness before the grand jury, and accompanying exhibits, to the attorneys for the defendants on the conditions described above.

Respectfully submitted this 31st day of March, 2016.

                                    JOHN F. WALSH
                                    United States Attorney

                                    s/ Martha A. Paluch
                                    MARTHA A. PALUCH
                                    Assistant U.S. Attorney
                                    1225 17th Street, Suite 700
                                    Denver, CO 80202
                                    Telephone 303-454-0100
                                    Facsimile 303-454-0402
                                    Email: martha.paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mary Virginia Butterton
Counsel for Heather Carr
mary_butterton@fd.org

Michael Gary Root
Counsel for Trammel Thomas
mroot@mikerootlaw.com

Siddhartha H. Rathod
Counsel for Mercedes Diaz
sr@rmlawyers.com

          s/ *Mariah Tracy*
          MARIAH TRACY
          Legal Assistant
          U.S. Attorney's Office
          1225 17th St., Suite 700
          Denver, CO   80202
          Telephone:   (303) 454-0100
          Fax:   (303) 454-0401
          e-mail: Mariah.Tracy@usdoj.gov