**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  HEATHER CARR,
2.  TRAMMEL THOMAS,
3.  MERCEDES DIAZ,

      Defendants.

_____

**GOVERNMENT'S UNOPPOSED MOTION FOR A STIPULATED
PROTECTIVE ORDER REGARDING GRAND JURY MATERIAL
AND PERSONAL IDENTIFYING INFORMATION OF THIRD PARTIES**

_____

The United States of America, through Assistant United States Attorney Martha A. Paluch, and defendants Heather Carr, through her counsel Mary V. Butterton, Trammel Thomas, through his counsel Michael G. Root, and Mercedes Diaz, through her counsel Siddhartha H. Rathod, respectfully move this Court to enter the attached Stipulated Protective Order governing the discovery in this case in order to protect grand jury material and the personal identifying information of third parties.

The instant offense involves the defendants' alleged submission of false applications for federal student aid and applications to community colleges for admission in the names of approximately 180 individuals.   The discovery in this case includes documents submitted to the Department of Education and community colleges in these individuals' names, which documents contain these individuals' personal identifying

1

information such as dates of birth, alleged addresses, and social security numbers.   The

discovery also includes grand jury testimony and exhibits, pursuant to the Court's order

authorizing disclosure of such material on March 31, 2016. Doc. 33. It is necessary for the

government to make these materials available to the defendants and their counsel in

discovery.

In order to balance the privacy concerns of the individuals named in these

documents and other records against the important interest in the government providing

broad discovery in this case, the parties have stipulated to the terms set forth in the

attached proposed protective order, to include the following:

1.    Discovery shall be made only to the defendants, their attorneys, and
      anyone hired or employed for the purpose of assisting in the preparation of
      the defense in this case (to include third-party vendors).

2.    The defendants and their attorneys or agent(s) will not use this information,
      or the substance thereof, in any way except as is necessary in preparing
      and presenting the legal defense of this case.

3.    The discovery in this case shall be maintained in the defense attorneys' (or
      third-party vendors') custody; and such information shall not otherwise be
      disclosed, reproduced, or disseminated.

4.    Defense counsel agrees that if any portion of the discovery is provided to a
      third-party vendor, defense counsel will provide that vendor with a copy of
      the Stipulated Protective Order and will ensure that the third-party vendor
      agrees to the terms set forth in the Stipulated Protective Order prior to
      receipt of any discovery.

It may in certain circumstances be necessary for defense counsel to share with his/her client specific, non Grand Jury, redacted discovery.   In that event, the parties propose to the Court that they be allowed to modify by agreement the proposed Stipulated Protective Order to allow disclosure of that non Grand Jury redacted discovery.

THEREFORE, the parties request that the Court enter the attached Stipulated Protective Order.


JOHN F. WALSH
United States Attorney


By:*Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0353
(303) 454-0402 (fax)
Martha.Paluch@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:


Mary Virginia Butterton
Counsel for Heather Carr
mary_butterton@fd.org


Michael Gary Root
Counsel for Trammel Thomas
mroot@mikerootlaw.com

Siddhartha H. Rathod
Counsel for Mercedes Diaz
sr@rmlawyers.com


s/ *Mariah Tracy*_____
MARIAH TRACY
Legal Assistant
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0401
e-mail: Mariah.Tracy@usdoj.gov