## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEATHER CARR,
2. TRAMMEL THOMAS, and
3. MERCEDES DIAZ,

    Defendants.
_____

## MOTION TO WITHDRAW
_____

The United States of America, by Daniel E. Burrows, Special Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record in the above-captioned case requesting that he be withdrawn as an attorney of record representing the United States in this matter. Assistant United States Attorney Beth N. Gibson has entered her appearance as counsel of record.

Respectfully submitted this 5th day of October, 2016.

                                      ROBERT C. TROYER
                                      Acting United States Attorney

                    By:    *s/ Daniel E. Burrows*
                          Daniel E. Burrows
                          Special Assistant U.S. Attorney
                          1225 17th Street, Suite 700
                          Denver, CO 80202
                          Telephone: 303-454-0100
                          Facsimile: 303-454-0402
                          Email:  Daniel.Burrows@usdoj.gov
                          Attorney for the Government

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 5, 2016, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send such notification to all counsel of record in this case.

                                           *s/ Dee Boucher*
                                           United States Attorney's Office