## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEATHER CARR,
2. TRAMMEL THOMAS, and
3. MERCEDES DIAZ,

    Defendants.

## PROPOSED ORDER

The Court has for consideration the government's Motion to Withdraw.  Upon consideration, it is

ORDERED that the government's Motion is granted.  SAUSA, Daniel E. Burrows is hereby allowed to withdraw from this case.  Counsel of record for this case is AUSA, Beth N. Gibson.

IT IS SO ORDERED on this _____ day of _____, 2016.

                                                HON. WILLIAM J. MARTINEZ
                                                UNITED STATES DISTRICT COURT
                                                DISTRICT OF COLORADO