IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. **HEATHER CARR,**            **LEVEL 3**
2. TRAMMEL THOMAS,
3. MERCEDES DIAZ,

  Defendant.

---

## NOTICE OF DISPOSITION

---

  Defendant, Heather Carr, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government.  The parties are requesting permission to contact the Court to schedule a change of plea hearing.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/Mary V. Butterton
        MARY V. BUTTERTON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Mary.Butterton@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2016, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Martha A. Paluch, Assistant United States Attorney
>Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Heather Carr (via U.S. Mail)
>Chesapeake, VA  23320

>s/Mary V. Butterton
>MARY V. BUTTERTON
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>Mary.Butterton@fd.org
>Attorney for Defendant

2