**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**NOTICE OF CHANGE OF ADDRESS**

Case No. 1:16-cr-00054-WJM

To the Court, parties, and all counsel of record:

The undersigned Special Assistant United States Attorney hereby submits this notice pursuant to D.C.COLO.LAttyR 5(c) that effective February 6, 2017, undersigned counsel's address will change.  As of that date, the physical address for the Denver office of the United States Attorney's Office for the District of Colorado will be the following:

> United States Attorney's Office, District of Colorado
> 1801 California Street, Suite 1600
> Denver, Colorado 80202

Please direct any correspondence mailed to undersigned counsel to that address.  The telephone number and email address for undersigned counsel will remain unchanged.

RESPECTFULLY SUBMITTED:

ROBERT C. TROYER
ACTING UNITED STATES ATTORNEY

BY:  *s/Daniel E. Burrows*
DANIEL E. BURROWS
Special Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0100
Email: Daniel.Burrows@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

             *s/ Maureen Carle*
             Maureen Carle
             Legal Assistant
             United States Attorney's Office
             1801 California Street, Suite 1600
             Denver, Colorado 80202
             Telephone: 303-454-0256
             Email: Maureen.Carle@usdoj.gov