IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.**    **HEATHER CARR,**
2.    TRAMMEL THOMAS,
3.    MERCEDES DIAZ,

       Defendant.

_____

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING
_____

Defendant Heather Carr, by and through undersigned counsel, respectfully moves this Court to continue her sentencing hearing scheduled for April 28, 2017, and in support thereof states as follows.

## PROCEDURAL HISTORY

1. On February 8, 2016, a twenty-nine-count indictment was filed against Ms. Carr, charging her with Conspiracy to Defraud the Government, Wire Fraud, Mail Fraud, and Aggravated Identity Theft. *See* Doc. No. 1[1].

2. On December 5, 2017, Ms. Carr pled guilty to Count 1 of the Indictment, Conspiracy to Defraud the Government. Doc. 93.

---

[1] "Doc." Refers to the clerk's docket number.

1

3. Pursuant to her plea agreement, Ms. Carr has agreed to cooperate fully with the government, including to potentially testify in proceedings in the District of Colorado as requested by the government, including against co-defendants or unindicted co-conspirators. Doc. 94.

4. Undersigned counsel has been informed that government counsel intends to pursue charges against an unindicted co-conspirator within the month to six weeks. If charges proceed, the government may require Ms. Carr's cooperation.

5. The parties will be unprepared to make fully informed sentencing recommendations to the Court, including departures under U.S.S.G. §5K1.1, without knowing the extent of Ms. Carr's cooperation.

6. The parties believe that a continuance to August or September 2017 will allow Ms. Carr to fulfill any cooperation obligations before she is sentenced.

## **CONCLUSION**

Wherefore, Ms. Carr respectfully requests this Court for an Order vacating the currently-set sentencing date of April 28, 2017 and reset to date convenient to the Court's calendar in August or September 2017.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary.Butterton@fd.org
Attorney for Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2017, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha A. Paluch, Assistant United States Attorney
    Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Heather Carr (via U.S. Mail)
    Chesapeake, VA  23320

    s/Mary V. Butterton
    Mary V. Butterton
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant