IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEATHER CARR,

    Defendant.

---

### PARTIES' JOINT MOTION TO RESCHEDULE DEFENDANT'S SEPTEMBER 15, 2017 SENTENCING HEARING

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, and the defendant Heather Carr, through her counsel Assistant Federal Public Defender Mary Butterton, hereby respectfully request that the Court reschedule the defendant's September 15, 2017 sentencing hearing, for the following reasons:

1) The defendant's sentencing hearing is currently scheduled for September 15, 2017, at 11:00 a.m.

2) As set forth in her plea agreement, the defendant agreed to cooperate with the government and provide substantial assistance in the investigation and prosecution of other persons, namely, her co-defendants in this case.

3) One of the terms of the defendant's cooperation is that she testify at trial against Defendant Trammel Thomas. The grand jury returned a Superseding Indictment on

1

April 11, 2017, which indictment added charges against co-conspirator Marcelle Green. Defendant Carr has indicated she will also testify at trial against Defendant Green.

4) The trial against Defendants Thomas and Green is scheduled to commence on November 27, 2017.

5) Government counsel cannot determine the level of departure to request for the defendant until all of her co-conspirators have been tried and/or are sentenced. For this reason, the parties cannot proceed to sentencing on September 15, 2017.

6) Ms. Butterton has discussed this motion with her client, and represents that her client is in agreement with a continuance of this matter.

7) The parties therefore request that the September 15, 2017 sentencing hearing in this case be vacated. The parties also respectfully request the Court's permission to jointly call chambers to reschedule the hearing.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 20th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following e-mail address:

Mary Virginia Butterton
Counsel for Heather Carr
mary_butterton@fd.org

Daniel T. Smith
Counsel for Trammel Thomas
danieltsmith@qwestoffice.net

Siddhartha H. Rathod
Counsel for Mercedes Diaz
sr@rmlawyers.com

Jeralyn Merritt
Counsel for Marcelle Green
jeralynm@gmail.com

                                                                                                                          s/ *Mariah Hill*_____
                                                                                                                          MARIAH HILL
                                                                                                                          Legal Assistant
                                                                                                                          U.S. Attorney's Office
                                                                                                                          1801 California Street, Ste 1600
                                                                                                                          Denver, CO  80202
                                                                                                                          Telephone:  (303) 454-0100
                                                                                                                          Fax:  (303) 454-0401
                                                                                                                          E -mail: Mariah.Hill@usdoj.gov

3