IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. HEATHER CARR,

        Defendant.

---

**ORDER ON THE PARTIES' JOINT MOTION TO RESCHEDULE DEFENDANT'S SEPTEMBER 15, 2017 SENTENCING HEARING**

---

THIS MATTER comes before the Court upon the Parties' Joint Motion to Reschedule Defendant's September 15, 2017 Sentencing Hearing [Doc.   ].

The Court having considered this motion, it is hereby

ORDERED that the Parties' Joint Motion to Reschedule Defendant's September 15, 2017 Sentencing Hearing [Doc.  ] is GRANTED. It is further

ORDERED that counsel for the government and the defendant shall contact chambers to schedule a new sentencing hearing date.

DATED this _____ day of _____, 2017.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Judge
District of Colorado

1