**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. HEATHER CARR,
2. TRAMMEL THOMAS,
3. MERCEDES DIAZ, and
4. MARCELLE GREEN,

      Defendants.

---

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

---

      To: The clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for the United States of America.

      DATED at Denver, Colorado this 25th day of August, 2017.


                        ROBERT C. TROYER
                        Acting United States Attorney


                  By: *s/ Bryan D. Fields*
                        BRIAN D. FIELDS
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        1801 California Street, Suite 1600
                        Denver, Colorado 80202
                        (303) 454-0100
                        (303) 454-0401 (fax)
                        Bryan.Fields@usdoj.gov
                        Attorney for United States

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** using the CM/ECF system, which will send notifications of such filing to all participants in this matter.


s/ *Dee Boucher*
United States Attorney's Office