IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HEATHER CARR,

    Defendant.

## GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT (ECF 222)

The United States of America, by and through Martha A. Paluch, and Bryan D. Fields, Assistant United States Attorneys, hereby responds to the Presentence Report ("PSR") filed in this case on November 30, 2017 (ECF 222).

On Page 7, Paragraph 28, the PSR references that the defendants in this case used the identities of 184 inmates.  The correct number is 181.  In addition, the total amount of money distributed to the defendants by way of debit cards is $419,218.50. The defendant's plea agreement contains the incorrect amount of $418,672.05 (ECF 94 at 11) and the presentence report states the amount distributed was over $420,000. (ECF 222 at 7, ¶ 28).  However, these discrepancies do not change the amount of restitution due in this case -- $562,487.85.  That correct amount of restitution is contained in the defendant's plea agreement (ECF 94 at 11) and in the presentence report (ECF 222 at 7, ¶ 28).

In the defendant's plea agreement, the government stated that it anticipated filing

1

a motion for a downward departure pursuant to § 5K1.1 of the Sentencing Guidelines. (ECF 94 at 5).  The filing of such motion, however, was contingent upon the defendant fulfilling her responsibilities under the agreement, which included testifying "fully and truthfully at any proceeding in the District of Colorado or elsewhere as requested by the government." (ECF 94 at 4).  Prior to trial, the government conducted numerous phone interviews of the defendant with her counsel and there was no indication that the defendant would not testify.  The government arranged for the defendant to fly to Denver the morning of trial and she did so.  The government was to meet with the defendant that evening.  The government relied upon the defendant's expected testimony in structuring its case and explained to the jury in its opening statement the evidence it expected to present by way of the defendant's testimony. However, upon returning to the office after the first day of trial, the government was informed that the defendant refused to testify.

The plea agreement explicitly contemplates the consequences for a defendant who decides not to testify truthfully at any proceeding:  the defendant will not receive any reduction.  (ECF 94 at 6.).  Consistent with this understanding, and as a result of the defendant's refusal to testify, the government hereby provides notice that it does not intend to file a motion pursuant to § 5K1.1.  The defendant put a major federal prosecution at risk and should be punished to the full extent allowed by the plea agreement entered into by the parties and accepted by the Court.

Respectfully submitted,

s/ Martha A. Paluch
Martha A. Paluch
Bryan D. Fields
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 12th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ Martha A. Paluch
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov