IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HEATHER CARR,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

The United States of America, by and through Martha A. Paluch, and Bryan D. Fields, Assistant United States Attorneys, hereby respectfully moves the Court, after having accepted Defendant Heather Carr's plea of guilty to Count 1 of the Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 2 through 29 of the Indictment and the Forfeiture Allegation with respect to Defendant Heather Carr only at the time of sentencing.[1]

    Respectfully submitted,

    *s/ Martha A. Paluch*
    Martha A. Paluch
    Bryan D. Fields
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO  80202
    (303) 454-0100
    Martha.paluch@usdoj.gov
    bryan.fields3@usdoj.gov

---

[1] Heather Carr was not charged in the Superseding Indictment (ECF 131).

## CERTIFICATE OF SERVICE

I certify that on this 12th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

2