**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HEATHER CARR,

    Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

The United States of America, by and through Martha A. Paluch and Bryan D. Fields, Assistant United States Attorneys, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).   Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently with respect to this defendant.

1

Respectfully submitted this 12th day of December, 2017.

> ROBERT C. TROYER
> Acting United States Attorney
>
> s/ Martha A. Paluch
> MARTHA A. PALUCH
> BRYAN D. FIELDS
> Assistant U.S. Attorneys
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone 303-454-0100
> Facsimile 303-454-0402
> Email: martha.paluch@usdoj.gov
> Bryan.fields3a@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 12th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

> s/ *Martha A. Paluch*
> MARTHA A. PALUCH
> BRYAN DAVID FIELDS
> Assistant United States Attorneys
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone 303-454-0100
> Facsimile 303-454-0402
> martha.paluch@usdoj.gov
> bryan.fields3@usdoj.gov

2