IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HEATHER CARR,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS AND RESPONSES TO THE PRESENTENCE REPORT**

---

    The United States of America, by and through Martha A. Paluch, and Bryan D. Fields, Assistant United States Attorneys, hereby responds to Defendant Heather Carr's Objections and Responses to the Presentence Investigation Report, ECF 243.

**1.  Abuse of Trust Enhancement**

    Defendant counsel is correct that this enhancement was not included in the plea agreement reached by the parties and the government does not seek or advocate for this enhancement.  *See* ECF 243 at 2 n.1.

**2.  Supervised Release Condition**

    Given the nature of the defendant's offense – stealing the names, social security numbers, and dates of birth of prison inmates in order to obtain federal student aid to which she was not entitled – the probation office has properly included the following special conditions:  that the defendant "not cause or induce anyone to conduct any financial transaction on [her] behalf or maintain funds on [her] behalf," and that the

1

defendant not "engage in an occupation, business, profession, or volunteer activity that would require or enable [her] to obtain personally identifying information of customers or other employees without the prior approval of the probation officer."  ECF 222 at R-4, ¶¶ 7 and 8.  In order to enforce these conditions and protect the public from further crimes of identity theft by this defendant, the probation office has included a special condition that requires the defendant to submit to searches of, among other things, her person, residence, vehicle, and computers, as deemed warranted by the Probation Department.  *Id.* at ¶ 11.  The defendant claims this condition "is far overbroad, unnecessary, and not narrowly tailored to Ms. Carr's case."  ECF 243 at 4.

The government disagrees and asserts that this condition is *exactly* tailored to the facts of this case.  The defendant and her co-conspirators carried out the instant scheme using computers located in their residences and analysis of those computers helped prove the crimes charged.  Evidence of their crimes was located in co-defendant Tramell Thomas's vehicle (52 debit cards), on his person (one card in his wallet), and in the Carr/Thomas residence (torn pieces of financial aid documents in the toilet and other documents related to the scheme).  Given the difficulty in preventing identity theft, the probation department must be provided with the necessary authorization to ensure that this defendant is not resorting to her old ways and using other people's identity to obtain money.

For these reasons, the government asserts that Special Condition 11 should be imposed and the defendant's objection to this condition denied.

3

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Bryan D. Fields
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 15th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

3