IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEATHER CARR,

    Defendant.

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'SMOTION FOR VARIANT SENTENCE AND SENTENCING STATEMENT [ECF NO. 247]**

    The United States of America (the "Government"), by Robert C. Troyer, United States Attorney for the District of Colorado, through Bryan David Fields, Assistant United States Attorney, respectfully requests an additional two business days to respond to the defendant's Motion For Variant Sentence and Sentencing Statement.

    1.    On December 21, 2017, the defendant filed a Motion for Variant Sentence and Sentencing Statement [ECF No. 247].  That same day, the Court ordered the government to respond by December 28, 2017.  [ECF No. 248].  The sentencing hearing in this matter is scheduled for January 4, 2018.

    2.    Lead counsel for the Government, Martha Paluch, is outside of the country on a previously planned trip and will not return until December 28, 2017.  Because of restrictions on the ability of Federal prosecutors to take government-issued electronic devices into foreign countries, Ms. Paluch will not be able to participate in the drafting of a response, absent the relief requested in this motion.  While the undersigned Assistant

1

United States Attorney will be in the United States, and is aware of facts relating to the trial of a co-defendant, he joined the case after this defendant's plea was negotiated and is not as intimately familiar with the facts and circumstances of this particular defendant's case. The lead investigative case agent is also travelling for the holidays and will not return until January 1, 2018.

3. The Government is mindful of the importance of this matter to the parties, as well as the unusual circumstances resulting from the defendant's decision not to testify. Providing the additional time to respond will ensure that the attorneys and investigators most intimately familiar with the facts and circumstances of the defendant's case have time to thoroughly discuss the matter, inquire into the facts to be considered within the framework of 18 U.S.C. § 3553(a), and carefully prepare a response containing points of law and analysis that will help the Court determine a just sentence in this case.

4. The government believes that an additional two business days will ultimately save time at the sentencing hearing by ensuring that the government's response is reviewed by the government attorneys and investigators most familiar with the case and carefully drafted to maximize its utility to the Court. In addition, providing two additional business days to respond will not delay the sentencing and will still provide the Court with time to review the submission before the sentencing on January 4, 2018.

5. Before filing this motion, counsel for the Government counsel contacted Mary Butterton, counsel to the defendant, who stated that she has no objection to this extension.

3

Wherefore, the Government respectfully requests an extension up to and including January 2, 2018 to file its response to the defendant's Motion for Variant Sentence and Sentencing Statement.

                                            ROBERT C. TROYER
                                            United States Attorney
                                            District of Colorado

By:   s/ *Bryan David Fields*
        BRYAN DAVID FIELDS
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Bryan.Fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 21st day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

                              s/ *Bryan David Fields*
                              BRYAN DAVID FIELDS
                              Assistant United States Attorney
                              1801 California Street, Suite 1600
                              Denver, CO 80202
                              Telephone 303-454-0100
                              Facsimile 303-454-0402
                              Bryan.Fields3@usdoj.gov