**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   16-cr-00054-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEATHER CARR,

    Defendant.

---

**GOVERNMENT'S CORRECTION TO ITS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR VARIANT SENTENCE AND SENTENCING STATEMENT [ECF No. 264].**

---

    In its Response to Defendant's Motion For Variant Sentence and Sentencing Statement, filed this date, ECF 264, the government incorrectly stated the dates of the defendant's and Ms. Mercedes Diaz's debriefs with the government.   Specifically, on Page 5 of its Response, the government stated that the defendant did not provide evidence against co-defendant Marcelle Green until after Ms. Diaz debriefed.   This is incorrect.   While Ms. Diaz was the first defendant to plead guilty in this case, *see* ECF 80, the defendant debriefed with the government in November of 2016 and Ms. Diaz debriefed in February of 2017.

    Undersigned counsel apologizes to the Court, counsel, and the defendant for this error.

1

Dated this 2nd day of January, 2018.

> Respectfully submitted,
>
> ROBERT C. TROYER
> United States Attorney
>
> *s/ Martha A. Paluch*
> MARTHA A. PALUCH
> Assistant U.S. Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado   80202
> (303) 454-0100
> FAX: (303) 454-0402
> Email: Martha.paluch@usdoj.gov
> Attorney for the government

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of January, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

> *s/ Martha A. Paluch*
> MARTHA A. PALUCH
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone 303-454-0100
> Facsimile 303-454-0402
> martha.paluch@usdoj.gov