IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HEATHER CARR,

    Defendant.

---

### GOVERNMENT'S MOTION TO AMEND ORDER OF RESTITUTION PURSUANT TO FED. R. CRIM. P. 35(a)

---

    The United States of America, by and through Martha A. Paluch, and Bryan D. Fields, Assistant United States Attorneys, hereby respectfully requests that the Court amend the oral pronouncement of the restitution order entered in this case at sentencing on January 4, 2018, pursuant to Fed. R. Crim. P. 35(a).

    At sentencing, the Court ordered that the defendant pay $562,487.85 in restitution to the United States Department of Education and to various community colleges, as agreed upon by the parties in the plea agreement. ECF 94. The government neglected to make clear that this amount is to be paid jointly and severally with the defendant's co-defendants Tramell Thomas, Mercedes Diaz, and Marcelle Green.

    Pursuant to Rule 35(a), "[w]ithin 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error."

    Accordingly, the government moves the Court to amend its oral pronouncement

1

of the restitution order so that the judgment of conviction in this case correctly reflects that the defendant is ordered to pay $562,487.85 in restitution jointly and severally with her co-defendants in this case.

Undersigned counsel has conferred with defendant's counsel, Assistant Federal Public Defender Mary Butterton. Ms. Butterton states she has no objection to the relief requested in this motion.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Bryan D. Fields
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 9th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Martha A. Paluch*
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

2