IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  HEATHER CARR,

       Defendant.

_____

**DEFENDANT'S NOTICE OF APPEAL**
_____

Defendant HEATHER CARR, through appointed counsel, Mary V. Butterton and the Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment and Commitment Order that was entered on January 10, 2018.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/Mary Butterton
    MARY BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    Fax:  (303) 294-1192
    mary.butterton@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

BETH GIBSON, AUSA
Email: gibson_beth@usdoj.gov

and I hereby certify that I have mailed the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated above the non-participant's name:

HEATHER CARR
1385 Fordham Drive
Box 105185
Virginia Beach, VA 23464

                                        s/Mary Butterton
                                        MARY BUTTERTON
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        Fax:  (303) 294-1192
                                        mary.butterton@fd.org
                                        Attorney for Defendant