APPEAL,TERMED

# U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:16–cr–00054–WJM</u>–1

Case title: USA v. Carr et al

Date Filed: 02/08/2016
Date Terminated: 01/10/2018

---

Assigned to: Judge William J. Martinez

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Heather Carr** <br> *TERMINATED: 01/10/2018* | represented by | **Mary Virginia Butterton** <br> Federal Public Defender's Office–Denver <br> 633 17th Street <br> Suite 1000 <br> Denver, CO 80202 <br> 303–294–7002 <br> Fax: 303–294–7002 <br> Email: <u>mary_butterton@fd.org</u> <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18:286.F Conspiracy to Defraud the Government with Respect to Claims <br> (1) | Incarceration: 57 months; Supervised Release: three years; Special Assessment: $100; Restitution: $562,487.85, jointly and severally with co–Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas –– ORDERED by Judge William J. Martinez on 1/10/2018 at Doc. No. 294 |

**<u>Highest Offense Level (Opening)</u>**

Felony

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18:1343.F Wire Fraud <br> (2–13) | Dismissed. |
| 18:1341.F Mail Fraud <br> (14–26) | Dismissed. |
| 18:1028A.F Aggravated Identity Theft <br> (27–29) | Dismissed. |

1

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| | | |
| --- | --- | --- |
| **USA** | represented by | **Daniel Edward Burrows** |

U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0201
Email: daniel.burrows@usdoj.gov
*TERMINATED: 10/06/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Martha Ann Paluch**
U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0100
Fax: 303−454−0402
Email: Martha.Paluch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Beth N. Gibson**
U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0100
Fax: 303−454−0406
Email: Beth.Gibson@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Bryan David Fields**
U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0100

Email: bryan.fields3@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/08/2016 | 1 | | INDICTMENT as to Heather Carr (1) count(s) 1, 2–13, 14–26, 27–29, Trammel Thomas (2) count(s) 1, 2–13, 14–26, Mercedes Diaz (3) count(s) 1, 20–21. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet, # 3 Criminal Information Sheet) (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 2 | | RESTRICTED DOCUMENT – Level 4: as to Heather Carr, Trammel Thomas, Mercedes Diaz. (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 3 | | Arrest Warrant Issued in case as to Heather Carr. (cthom, ) (Entered: 02/09/2016) |
| 03/16/2016 | 12 | | Rule 5(c)(3) Documents Received as to Heather Carr from the Eastern District of Virginia. Defendant to appear in Denver on March 22, 2016 at 2:00 PM, before Magistrate Judge Tafoya, in Courtroom C201. (nmarb, ) (Entered: 03/16/2016) |
| 03/22/2016 | 13 | | COURTROOM MINUTES FOR Initial Appearance as to Heather Carr held on 3/22/2016 Magistrate Judge Kathleen M. Tafoya. Defendant present on bond and advised. Federal Public Defender appointed. Arraignment and Discovery hearings set for 3/24/2016 10:00 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant's bond continued. (Total time: 10 mins, Hearing time: 236–246)<br><br>**APPEARANCES**: Michelle Korver on behalf of the Government, Angela Ledesma on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/22/2016) |
| 03/22/2016 | 14 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Heather Carr by Magistrate Judge Kathleen M. Tafoya on 3/22/16. Text Only Entry (sgrim) (Entered: 03/22/2016) |
| 03/22/2016 | 15 | | CJA 23 Financial Affidavit by Heather Carr. (sgrim, ) (Entered: 03/22/2016) |
| 03/22/2016 | 18 | | WAIVER of Presence for Arraignment and Discovery Conference by Heather Carr. (sgrim) (Entered: 03/24/2016) |
| 03/23/2016 | 16 | | NOTICE OF ATTORNEY APPEARANCE: Mary Virginia Butterton appearing for Heather CarrAttorney Mary Virginia Butterton added to party Heather Carr(pty:dft) (Butterton, Mary) (Entered: 03/23/2016) |
| 03/24/2016 | 17 | | COURTROOM MINUTES for Arraignment and Discovery hearings as to Heather Carr held on 3/24/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant not present. Ms. Butterton tenders a waiver for Defendant's right to appear, the waiver is accepted. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Counsel is directed to chambers for further dates. Defendant's bond continued. (Total time: 2 mins, Hearing time: 1019–1021) |

| | | | |
|---|---|---|---|
| | | | **APPEARANCES**: Kurt Bohn on behalf of the Government, Mary Butterton on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/24/2016) |
| 03/24/2016 | 19 | | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 8 days as to Heather Carr by Magistrate Judge Kathleen M. Tafoya on 3/24/16. (sgrim, ) (Entered: 03/24/2016) |
| 03/31/2016 | 30 | | MOTION to Disclose Grand Jury Material to Defendant by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/31/2016) |
| 03/31/2016 | 33 | | ORDER granting 30 Motion to Disclose Grand Jury Material as to Heather Carr (1), Trammel Thomas (2), Mercedes Diaz (3) by Judge William J. Martinez on 03/31/2016. (cthom, ) (Entered: 03/31/2016) |
| 03/31/2016 | 34 | | Unopposed MOTION for Protective Order *Regarding Grand Jury Material and Personal Identifying Information of Third Parties* by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/31/2016) |
| 04/01/2016 | 35 | | ORDER Setting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 5/3/2016. Responses due by 5/13/2016. 6 day Jury Trial set for 5/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 5/24/2016 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 36 | | ORDER granting 34 Motion for Stipulated Protective Order as to Heather Carr (1), Trammel Thomas (2), Mercedes Diaz (3) by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 37 | | ORDER on Procedures as to Heather Carr, Trammel Thomas, Mercedes Diaz, by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 38 | | ORDER Regarding Joint Defense Agreement Disclosures as to Heather Carr, Trammel Thomas, Mercedes Diaz, by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 39 | | Utility Setting/Resetting Deadlines/Hearings pursuant to 35 as to Heather Carr, Trammel Thomas, Mercedes Diaz: Text Only Entry Motions due by 5/3/2016. Responses due by 5/13/2016. 6 day Jury Trial set for 5/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 5/24/2016 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 04/04/2016) |
| 04/18/2016 | 44 | | Unopposed MOTION to Exclude *90 Days From The Requirements Of The Speedy Trial Act* by Heather Carr. (Butterton, Mary) (Entered: 04/18/2016) |
| 04/19/2016 | 45 | | ORDER granting 44 Motion to Exclude as to Heather Carr (1). All days from today, to and including July 18, 2016, shall be excluded from the Speedy Trial Clock as to **ALL Defendants** ; The 6–day Jury Trial set to commence on May 31, 2016 and the Final Trial Preparation Conference set for May 24, 2016 at 3:00 p.m. are hereby **VACATED as to ALL Defendants**. The Court will enter a separate Order resetting the Trial date and related deadlines. |

| | | | |
|---|---|---|---|
| | | | ORDERED by Judge William J. Martinez on 04/19/2016. (cthom, ) (Entered: 04/19/2016) |
| 04/19/2016 | 46 | | ORDER Resetting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 8/1/2016. Responses due by 8/11/2016. 6 day Jury Trial set for 8/29/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 8/19/2016 at 04:00 PM in Courtroom A 801 before Judge William J. Martinez. Ordered by Judge William J. Martinez on 04/19/2016. (cthom, ) (Entered: 04/19/2016) |
| 04/20/2016 | 48 | | RESTRICTED DOCUMENT – Level 3: by Heather Carr. (Butterton, Mary) (Entered: 04/20/2016) |
| 05/02/2016 | 55 | | ORDER granting 54 Motion to Exclude as to Trammel Thomas (2). All days from September 4, 2016, to and including November 3, 2016, shall be excluded from the Speedy Trial Clock as to **ALL Defendants** ; The 6–day Jury Trial set to commence on August 29, 2016 and the Final Trial Preparation Conference set for August 19, 2016 are hereby VACATED as to **ALL Defendants**. ORDERED by Judge William J. Martinez on 05/02/2016. (cthom, ) (Entered: 05/02/2016) |
| 05/11/2016 | 57 | | ORDER Resetting Trial Dates and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 9/23/2016. Responses due by 10/3/2016. 6 day Jury Trial set for 10/24/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 10/17/2016 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez. There will be no trial day on Friday October 28th, accordingly, the trial will extend to November 1st. ORDERED by Judge William J. Martinez on 05/11/2016. (cthom, ) Modified on 5/11/2016 (cthom, ). (Entered: 05/11/2016) |
| 05/11/2016 | 58 | | Utility Setting/Resetting Deadlines/Hearings as to Heather Carr, Trammel Thomas, Mercedes Diaz: Text Only Entry Jury Trial set for 10/24/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/25/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/26/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/27/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 11/1/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 05/11/2016) |
| 08/30/2016 | 73 | | ORDER granting 71 Motion to Exclude as to Trammel Thomas (2); Denying as moot 72 Motion to Continue as to Trammel Thomas (2). **All days from November 4, 2016, to and including February 2, 2017, shall be excluded from the Speedy Trial Clock as to ALL Defendants**. The 6–day Jury Trial set to commence on October 24, 2016 and the Final Trial Preparation Conference set for October 17, 2016 are hereby **VACATED as to ALL Defendants**. ORDERED by Judge William J. Martinez on 08/30/2016. (cthom, ) Modified to add text on 8/30/2016 (cthom, ). (Entered: 08/30/2016) |
| 08/31/2016 | 74 | | ORDER Re–setting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas. Motions due by 1/2/2017. Responses due by 1/12/2017. 6 |

| | | |
|---|---|---|
| | | day Jury Trial set for 1/30/2017 08:30 AM in Courtroom A 801 before Judge William J. Martinez; the trial will conclude on Tuesday, February 7, 2017, with no trial being held on Friday, February 3, 2017. Trial Preparation Conference set for 1/23/2017 at 10:30 AM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 08/31/2016. (cthom, ) (Entered: 08/31/2016) |
| 10/05/2016 | 77 | NOTICE OF ATTORNEY APPEARANCE Beth N. Gibson appearing for USA. Attorney Beth N. Gibson added to party USA(pty:pla) (Gibson, Beth) (Entered: 10/05/2016) |
| 10/05/2016 | 78 | MOTION to Withdraw as Attorney by Daniel E. Burrows by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Burrows, Daniel) (Entered: 10/05/2016) |
| 10/06/2016 | 79 | ORDER as to **Heather Carr (1), Trammel Thomas (2), and Mercedes Diaz (3)** granting the Motion to Withdraw 78 : The Motion is GRANTED for good cause shown. Daniel Burrows is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Mr. Burrows in this case. SO ORDERED by Judge William J. Martinez on 10/06/2016. Text Only Entry (wjmsec, ) (Entered: 10/06/2016) |
| 11/10/2016 | 83 | NOTICE of Disposition by Heather Carr (Butterton, Mary) (Entered: 11/10/2016) |
| 11/10/2016 | 85 | ORDER Setting Change of Plea Hearing as to **Heather Carr (1)**: Pursuant to the Notice of Disposition 83 filed by the Defendant Carr, a **Change of Plea Hearing is hereby set for December 5, 2016 at 1:45 p.m. in Courtroom A801. The dates set for the Final Trial Preparation Conference and Trial are hereby VACATED as to this Defendant ONLY.** Counsel for the parties shall e−mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on November 28, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully−briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 11/10/2016. Text Only Entry (wjmsec, ) (Entered: 11/10/2016) |
| 11/28/2016 | 91 | ORDER as to **Heather Carr (1)**: At the Change of Plea Hearing set for December 5, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Carr should remain on pretrial release pending imposition of her sentence, or whether her bond should be revoked and she should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 11/28/2016. Text Only Entry (wjmsec, ) (Entered: 11/28/2016) |
| 12/05/2016 | 93 | |

| | | | |
|---|---|---|---|
| | | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Change of Plea Hearing as to Defendant 1. Heather Carr held on 12/5/2016. Defendant pleads guilty to Count One of the Indictment and admits to the forfeiture allegation. Sentencing set for 4/28/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. Defendant's bond is continued.Court Reporter: Mary George. (dhans, ) (Entered: 12/05/2016) |
| 12/05/2016 | 94 | | PLEA AGREEMENT as to Heather Carr (dhans, ) (Entered: 12/05/2016) |
| 12/05/2016 | 95 | | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Heather Carr (dhans, ) (Entered: 12/05/2016) |
| 01/03/2017 | 103 | | Unopposed MOTION to Continue *Sentencing* by Mercedes Diaz as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Rathod, Siddhartha) (Entered: 01/03/2017) |
| 02/01/2017 | 113 | | NOTICE of Change of Address/Contact Information (Paluch, Martha) (Entered: 02/01/2017) |
| 02/01/2017 | 114 | | NOTICE of Change of Address/Contact Information (Burrows, Daniel) (Entered: 02/01/2017) |
| 02/28/2017 | 117 | | Unopposed MOTION to Continue *Sentencing Hearing* by Heather Carr. (Butterton, Mary) (Entered: 02/28/2017) |
| 03/03/2017 | 120 | | ORDER as to **Heather Carr (1)** granting the Defendant's Unopposed Motion to Continue Sentencing Hearing 117 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for April 28, 2017 is hereby **VACATED and RESET to September 15, 2017 at 11:00 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 3/3/2017. Text Only Entry (wjmsec, ) (Entered: 03/03/2017) |
| 07/20/2017 | 155 | | Joint MOTION to Continue *Defendant's September 15, 2017 Sentencing Hearing* by USA as to Heather Carr. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 07/20/2017) |
| 07/20/2017 | 161 | | ORDER as to **Heather Carr (1)** granting the Parties' Joint Motion to Reschedule Defendant's September 15, 2017 Sentencing Hearing 155 . The Parties' Motion is GRANTED for good cause shown. The Sentencing Hearing set for September 15, 2017 is hereby **VACATED and RESET to January 4, 2018 at 2:00 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 7/20/2017. Text Only Entry (wjmsec, ) (Entered: 07/20/2017) |
| 08/25/2017 | 166 | | NOTICE OF ATTORNEY APPEARANCE Bryan David Fields appearing for USA. Attorney Bryan David Fields added to party USA(pty:pla) (Fields, Bryan) (Entered: 08/25/2017) |
| 11/30/2017 | 222 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Heather Carr (aarag, ) (Entered: 11/30/2017) |
| 12/11/2017 | 236 | | ORDER as to **Heather Carr (1)**: Given the recent developments in this case affecting Defendant Carr, the Court hereby sets a Status Conference to discuss |

| | | | |
|---|---|---|---|
| | | | these developments for **December 14, 2017 at 10:00 a.m.** in Courtroom A801. Should she wish to, given her residence outside of Colorado, Defendant Carr may waive her appearance at the Status Conference. SO ORDERED by Judge William J. Martinez on 12/11/2017. Text Only Entry (wjmsec, ) (Entered: 12/11/2017) |
| 12/12/2017 | 237 | | RESPONSE by USA as to Heather Carr re: 222 Restricted Presentence Report – Attorney Disclosure (Paluch, Martha) (Entered: 12/12/2017) |
| 12/12/2017 | 238 | | MOTION to Dismiss Counts *with Prejudice* by USA as to Heather Carr. (Paluch, Martha) (Entered: 12/12/2017) |
| 12/12/2017 | 239 | | MOTION for Decrease for Acceptance of Responsibility by USA as to Heather Carr. (Paluch, Martha) (Entered: 12/12/2017) |
| 12/13/2017 | 240 | | ORDER as to **Heather Carr (1)**: This matter is before the Court on the Status Conference set for December 14, 2017 at 10:00 a.m. Given the filing of the Government's Response to Presentence Report (ECF 22) 237 , Motion to Dismiss Counts with Prejudice 238 and Motion to Grant the Defendant an Additional One–Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) 239 , the Court has concluded there remains no need for a Status Conference. As a result, the Status Conference set for December 14, 2017 at 10:00 a.m. is hereby **VACATED**. Defendant's Sentencing Hearing remains set for **January 4, 2018 at 2:00 p.m.** SO ORDERED by Judge William J. Martinez on 12/13/2017. Text Only Entry (wjmsec, ) (Entered: 12/13/2017) |
| 12/14/2017 | 243 | | OBJECTION/RESPONSE to Presentence Report 222 by Heather Carr (Butterton, Mary) (Entered: 12/14/2017) |
| 12/15/2017 | 245 | | ORDER as to **Heather Carr (1)**: This matter is before the Court on Defendant's Objections and Responses to Presentence Investigation Report 243 . The Government is DIRECTED to file a Response to Defendant's Objections on or before **December 26, 2017**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 12/15/2017. Text Only Entry (wjmsec, ) (Entered: 12/15/2017) |
| 12/15/2017 | 246 | | OBJECTION/RESPONSE to Presentence Report 243 by USA as to Heather Carr (Paluch, Martha) (Entered: 12/15/2017) |
| 12/21/2017 | 247 | | MOTION for Non–Guideline Sentence *and Sentencing Statement* by Heather Carr. (Butterton, Mary) (Entered: 12/21/2017) |
| 12/21/2017 | 248 | | ORDER as to **Heather Carr (1)**: This matter is before the Court on Defendant's Motion for Variant Sentence and Sentencing Statement 247 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **12:00 noon on Thursday, December 28, 2017**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 12/21/2017. Text Only Entry (wjmsec, ) (Entered: 12/21/2017) |
| 12/21/2017 | 249 | | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant's Motion for Variant Sentence and Sentencing Statement* by USA as to Heather Carr. (Fields, Bryan) (Entered: 12/21/2017) |
| 12/22/2017 | 250 | | RESTRICTED PRESENTENCE REPORT as to Heather Carr (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 12/22/2017) |

| 12/22/2017 | 251 | | RESTRICTED ADDENDUM to Presentence Report 250 as to Heather Carr (aarag, ) (Entered: 12/22/2017) |
|---|---|---|---|
| 12/22/2017 | 252 | | ORDER as to **Heather Carr (1)** granting 249 Government's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Variant Sentence and Sentencing Statement (ECF No. 247). The Government's Motion is GRANTED IN PART for good cause shown. The Government's deadline to file its Response to Defendant's Motion for Variant Sentence and Sentencing Statement is extended up to and including **January 2, 2018 at 10:00 a.m.** SO ORDERED by Judge William J. Martinez on 12/22/2017. Text Only Entry (wjmsec, ) (Entered: 12/22/2017) |
| 12/28/2017 | 254 | | RESTRICTED SECOND ADDENDUM to Presentence Report 250 as to Heather Carr (Attachments: # 1 Exhibit A)(aarag, ) (Entered: 12/28/2017) |
| 01/02/2018 | 264 | | RESPONSE in Opposition by USA as to Heather Carr re 247 MOTION for Non–Guideline Sentence *and Sentencing Statement* (Paluch, Martha) (Entered: 01/02/2018) |
| 01/02/2018 | 265 | | SUPPLEMENT to 264 Response in Opposition by USA as to Heather Carr (Paluch, Martha) (Entered: 01/02/2018) |
| 01/04/2018 | 272 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Sentencing held on 1/4/2018 as to Defendant 1. Heather Carr. Defendant sentenced as reflected on the record. ORDERED that the defendant, Heather Carr, surrender at the institution designated by the Bureau of Prisons on February 8th, 2018, at 12:00 noon. In the interim, the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions Of Release shall continue to apply. Court Reporter: Mary George. (dhans, ) (Entered: 01/04/2018) |
| 01/09/2018 | 287 | | MOTION to Amend/Correct *Order of Restitution Pursuant to Fed. R. Crim. P. 35(a)* by USA as to Heather Carr. (Paluch, Martha) (Entered: 01/09/2018) |
| 01/10/2018 | 294 | 11 | ORDER as to **Heather Carr (1)** granting the Government's Motion to Amend Order of Restitution 287 . The Government's Motion is GRANTED for good cause shown. The Probation Officer is DIRECTED to prepare a judgment of conviction for this Defendant which sets forth that she is ordered to pay restitution in the total amount of 562,487.85 jointly and severally with co–Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas. SO ORDERED by Judge William J. Martinez on 1/10/2018. Text Only Entry (wjmsec, ) (Entered: 01/10/2018) |
| 01/10/2018 | 296 | 13 | JUDGMENT as to Defendant 1. Heather Carr. Counts 2 through 29 are dismissed.Count 1 of the Indictment: Incarceration: 57 months; Supervised Release: three years; Special Assessment: $100; Restitution (as ORDERED by Judge William J. Martinez on 1/10/2018 at Doc. No. 294): $562,487.85, jointly and severally with co–Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas, by Judge William J. Martinez on 1/10/2018. (dhans, ) (Entered: 01/10/2018) |
| 01/10/2018 | 297 | | STATEMENT OF REASONS as to Heather Carr. (dhans, ) (Entered: 01/10/2018) |
| 01/10/2018 | 298 | 21 | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF APPEAL as to 296 Judgment, by Heather Carr. (Butterton, Mary) (Entered: 01/10/2018) |

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Daniel T. Smith (danieltsmith@qwestoffice.net), Renee V. Cooper
(attyrcooper@gmail.com, crimdefenseattyrcooper@gmail.com), Jeralyn E. Merritt
(jeralynm@gmail.com), Thomas Edward Goodreid (cdobson@ggklaw.com, t.goodreid@comcast.net),
Daniel Edward Burrows (brittany.herrera@usdoj.gov, caseview.ecf@usdoj.gov,
daniel.burrows@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Martha Ann Paluch
(caseview.ecf@usdoj.gov, dequesa.boucher@usdoj.gov, diana.brown@usdoj.gov,
mariah.hill@usdoj.gov, martha.paluch@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Mary
Virginia Butterton (co.ecf@fd.org, mary_butterton@fd.org, mitzi_tarver@fd.org), Bryan
David Fields (bryan.fields3@usdoj.gov, caseview.ecf@usdoj.gov, dequesa.boucher@usdoj.gov,
diana.brown@usdoj.gov, kelsey.totura@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Siddhartha
H. Rathod (ls@rmlawyers.com, qm@rmlawyers.com, sr@rmlawyers.com), Beth N. Gibson
(beth.gibson@usdoj.gov, caseview.ecf@usdoj.gov, diana.brown@usdoj.gov,
stephanie.price1@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Judge William J. Martinez
(deborah_hansen@cod.uscourts.gov, jamie_h_hubbard@cod.uscourts.gov,
jenna_grambort@cod.uscourts.gov, martinez_chambers@cod.uscourts.gov,
theresa_sauer@cod.uscourts.gov)
--Non Case Participants: mrobe (melissa_roberts@cod.uscourts.gov), Gregory Allen Holloway
(maureen.carle@usdoj.gov), mgill (matthew_gill@cod.uscourts.gov), khami
(kyla_hamilton@cod.uscourts.gov), Michael Evan Sander
(docketalarm-ecf-admin-0@inbound.docketalarm.com), Probation-General
(cod_efiling@cod.uscourts.gov)
--No Notice Sent:

Message-Id:6321158@cod.uscourts.gov
Subject:Activity in Case 1:16-cr-00054-WJM USA v. Carr et al Order on Motion to
Amend/Correct
Content-Type: text/html
```

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 1/10/2018 at 12:52 PM MST and filed on 1/10/2018

| | |
|---|---|
| **Case Name:** | USA v. Carr et al |
| **Case Number:** | 1:16–cr–00054–WJM |
| **Filer:** | |
| **Document Number:** | 294(No document attached) |

**Docket Text:**
 **ORDER as to Heather Carr (1) granting the Government's Motion to Amend Order of Restitution [287]. The Government's Motion is GRANTED for good cause shown. The Probation Officer is DIRECTED to prepare a judgment of conviction for this Defendant which sets forth that she is ordered to pay restitution in the total amount of 562,487.85 jointly and severally with co–Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas. SO ORDERED by Judge William J. Martinez on 1/10/2018. Text Only Entry (wjmsec, )**


**1:16–cr–00054–WJM–1 Notice has been electronically mailed to:**

Daniel T. Smith    danieltsmith@qwestoffice.net

Jeralyn E. Merritt     jeralynm@gmail.com

Renee V. Cooper (Terminated)     attyrcooper@gmail.com, crimdefenseattyrcooper@gmail.com

Martha Ann Paluch     Martha.paluch@usdoj.gov, CaseView.ECF@usdoj.gov, Mariah.Hill@usdoj.gov, diana.brown@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Thomas Edward Goodreid     t.goodreid@comcast.net, cdobson@ggklaw.com

Siddhartha H. Rathod     sr@rmlawyers.com, ls@rmlawyers.com, qm@rmlawyers.com

Daniel Edward Burrows (Terminated)     daniel.burrows@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, brittany.herrera@usdoj.gov

Beth N. Gibson     Beth.Gibson@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, stephanie.price1@usdoj.gov

Mary Virginia Butterton     mary_butterton@fd.org, co.ecf@fd.org, mitzi_tarver@fd.org

Bryan David Fields     bryan.fields3@usdoj.gov, CaseView.ECF@usdoj.gov, Dequesa.Boucher@usdoj.gov, Kelsey.Totura@usdoj.gov, diana.brown@usdoj.gov, usaco.ecfcriminal@usdoj.gov

**1:16–cr–00054–WJM–1 Notice has been mailed by the filer to:**

AO 245B (Rev. 09/17)    Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br><br>HEATHER CARR | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  1:16-cr-00054-WJM-01<br>USM Number:  89751-083<br><br>Mary Virginia Butterton<br>Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count  1 of the Indictment

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 286 | Conspiracy to Defraud the Government with Respect to Claims | 10/01/12 | 1 |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Counts  2-14, 26, 27 and 29 of the Indictment    ☒ are dismissed as to this defendant on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 4, 2018
Date of Imposition of Judgment

_____
Signature of Judge

William J. Martinez, United States District Judge
Name and Title of Judge

10 Jan 2018
Date

AO 245B (Rev. 09/17) Judgment in Criminal Case

| | | Judgment — Page | 2 | of | 8 |

DEFENDANT:     HEATHER CARR
CASE NUMBER:     1:16-cr-00054-WJM-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Fifty-seven (57) months.

☒     The court makes the following recommendations to the Bureau of Prisons:
       The Court recommends the defendant be designated to a facility appropriate to her security level within the District of Arizona.

☐     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

☐     at _____ ☐ a.m. ☐ p.m.    on    _____ .

☐     as notified by the United States Marshal.

☒     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒     before 12 p.m. on     February 8, 2018             .

☐     as notified by the United States Marshal.

☐     as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/17) Judgment in Criminal Case

Judgment — Page ___3___ of ___8___

DEFENDANT: HEATHER CARR
CASE NUMBER: 1:16-cr-00054-WJM-01

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: three (3) years.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/17) Judgment in Criminal Case

|  | Judgment — Page 4 of 8 |
|---|---|

DEFENDANT: HEATHER CARR
CASE NUMBER: 1:16-cr-00054-WJM-01

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B (Rev. 09/17) Judgment in Criminal Case

|  | Judgment — Page | 5 | of | 8 |

DEFENDANT: HEATHER CARR
CASE NUMBER: 1:16-cr-00054-WJM-01

## SPECIAL CONDITIONS OF SUPERVISION

1. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless you are in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
2. As directed by the probation officer, you must apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.
3. You must provide the probation officer access to any requested financial information and authorize the release of any financial information until all financial obligations imposed by the court are paid in full.
4. If you have an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to you with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.
5. You must document all income and compensation generated or received from any source and must provide that information to the probation officer as requested.
6. You must not cause or induce anyone to conduct any financial transaction on your behalf or maintain funds on your behalf.
7. You must not engage in an occupation, business, profession, or volunteer activity that would require or enable you to obtain personally identifying information of customers or other employment without the prior approval of the probation officer.
8. You must not engage in any business activity unless it is approved by the probation officer. All approved business activity must operate under a formal, registered entity. For any approved business activity, you must provide the probation officer with the names of all business entities and their registered agents.

   You shall not register any new business entity, foreign or domestic, without the approval of the probation officer. You shall not cause or induce others to register business entities on your behalf. For any approved business activity, you shall maintain business records. You shall provide all requested documentation and records to the probation officer regarding any of your business activities as requested by the probation officer.
9. You must maintain separate personal and business finances and must not co-mingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.
10. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

AO 245B (Rev. 09/17) Judgment in Criminal Case

| | | Judgment — Page | 6 | of | 8 |

DEFENDANT: HEATHER CARR
CASE NUMBER: 1:16-cr-00054-WJM-01

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 | $ 562,487.85 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| United States Department of Education<br>Bank Change & Receivable Group, Rm 6167<br>550 12th Street, SW, RM 6107<br>Washington, DC 20202-4461 | $489,947.00 | $489,947.00 | |
| Community College of Denver<br>800 Curtis St.<br>Denver, CO 80204 | $1,316.00 | $1,316.00 | |
| Mesa Community College<br>1833 W. Southern Ave.<br>Mesa, AZ 85202 | $34,752.00 | $34,752.00 | |
| Pikes Peak Community College<br>5675 S. Academy Blvd.<br>Colorado Springs, CO 80906 | $26,050.85 | $26,050.85 | |

**ADDITIONAL NAMES OF PAYEES CONTINUED ON NEXT PAGE**
☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☒ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/17) Judgment in Criminal Case

| | | Judgment — Page | 7 | of | 8 |

DEFENDANT: HEATHER CARR
CASE NUMBER: 1:16-cr-00054-WJM-01

## ADDITIONAL NAMES OF PAYEES

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Phoenix Community College<br>1202 W. Thomas Rd.<br>Phoenix, AZ 85013 | $4,307.00 | $4,307.00 | |
| Red Rocks Community College<br>13300 W. 6th Ave.<br>Lakewood. CO 80228 | $6,115.00 | $6,115.00 | |
| **TOTALS** | $ 562,487.85 | $ 562,487.85 | |

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/17) Judgment in Criminal Case

Judgment — Page __8__ of __8__

DEFENDANT: HEATHER CARR
CASE NUMBER: 1:16-cr-00054-WJM-01

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

     ☐ not later than _____ , or
     ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

     The special assessment and restitution obligation are due immediately. Any unpaid monetary obligations upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.

     Within 15 days of release from custody, the defendant shall meet with the probation officer to develop a plan for the payment of the unpaid portion of her financial obligations under the court's judgment. This plan will be based upon the defendant's income and expenses. The Plan will be forwarded to the Court for review and approval.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

     Heather Carr, 16-cr-00054-WJM-01, $562,487.85; Trammel Thomas, 16-cr-00054-WJM-02, $562,487.85; Mercedes Diaz, 16-cr-00054-WJM-03, $562,487.85; and Marcelle Green, 16-cr-00054-WJM-04, $562,487.85.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  HEATHER CARR,

        Defendant.

_____

**DEFENDANT'S NOTICE OF APPEAL**
_____

      Defendant HEATHER CARR, through appointed counsel, Mary V. Butterton and the

Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of

Appeals, and appeals the Judgment and Commitment Order that was entered on January 10, 2018.

                         Respectfully submitted,

                         VIRGINIA L. GRADY
                         Federal Public Defender

                         s/Mary Butterton
                         MARY BUTTERTON
                         Assistant Federal Public Defender
                         633 17th Street, Suite 1000
                         Denver, CO  80202
                         Telephone:  (303) 294-7002
                         Fax:  (303) 294-1192
                         mary.butterton@fd.org
                         Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

BETH GIBSON, AUSA
Email: gibson_beth@usdoj.gov

and I hereby certify that I have mailed the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated above the non-participant's name:

HEATHER CARR
1385 Fordham Drive
Box 105185
Virginia Beach, VA 23464

s/Mary Butterton
MARY BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Fax: (303) 294-1192
mary.butterton@fd.org
Attorney for Defendant

2