IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HEATHER CARR,

    Defendant.

---

**GOVERNMENT'S MOTION TO AMEND JUDGMENT OF CONVICTION
PURSUANT TO FED. R. CRIM. P. 35(a)**

---

The United States of America, by and through Martha A. Paluch, and Bryan D. Fields, Assistant United States Attorneys, hereby respectfully requests that the Court amend the judgment of conviction entered in this case on January 10, 2018, ECF 296, pursuant to Fed. R. Crim. P. 35(a).

The defendant pled guilty to Count 1 of the Indictment and the government moved, as part of the plea agreement, to dismiss Counts 2-29 of the Indictment.  ECF 238.  At the January 4, 2018 sentencing hearing, the Court orally granted the government's motion and dismissed Counts 2-29.  ECF 272.

The judgment issued on January 10, 2018.  ECF 296.  Page One of the judgment indicates that Counts 2-14, 26, 27 and 29 were dismissed.  The government respectfully requests that this portion of the judgment be amended to reflect that Counts 2-29 were dismissed.

Undersigned counsel has conferred with defendant's counsel, Assistant Federal Public Defender Mary Butterton.  Ms. Butterton states she has no objection to the relief requested in this motion.

Respectfully submitted,

s/ Martha A. Paluch
Martha A. Paluch
Bryan D. Fields
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 12th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

s/ Martha A. Paluch

MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov