IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00054-WJM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HEATHER CARR,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant, HEATHER CARR, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, Federal Correctional Institution Phoenix - Satellite Camp, in Phoenix, Arizona, on February 8, 2018, by 12:00 noon, and will travel at her own expense.

    DATED at Denver, Colorado, this 16 day of January, 2018.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Judge