## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>v.<br><br>HEATHER CARR,<br>    Defendant-Appellant. | District Court No. 1-16-cr-00054-WJM-1<br><br>Court of Appeals No.: 18-1021 |

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Complete transcript of Change of Plea Hearing held December 5, 2016 (Docket 93).
2. Complete transcript of Sentencing Hearing held January 4, 2018 (Docket 272).
3. Presentence Report and any addenda.

                                                       /s/ Dean Sanderford
                                                       DEAN SANDERFORD
                                                       Assistant Federal Public Defender
                                                       633 17th Street, Suite 1000
                                                       Denver, CO 80202
                                                       Telephone: (303) 294-7002
                                                       Fax: (303) 294-1192
                                                       Email: Dean_Sanderford@fd.org
                                                       Attorney for Defendant-Appellant

    I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerks of the court of appeals and the district court by ECF on January 23, 2018.

                                                       /s/Dean Sanderford
                                                       DEAN SANDERFORD
                                                       Assistant Federal Public Defender