# *United States v. Carr*

Tenth Circuit Court of Appeals
Case No. 18-1021

Attachment

Docket

APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:16-cr-00054-WJM-1

Case title: USA v. Carr et al

Date Filed: 02/08/2016
Date Terminated: 01/10/2018

---

Assigned to: Judge William J. Martinez

Appeals court case number: 18-1021 Tenth
Circuit

## Defendant (1)

**Heather Carr**
*TERMINATED: 01/10/2018*

represented by **Mary Virginia Butterton**
Federal Public Defender's Office-Denver
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-7002
Email: mary_butterton@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

## Pending Counts

18:286.F Conspiracy to Defraud the
Government with Respect to Claims
(1)

## Disposition

Incarceration: 57 months; Supervised Release:
three years; Special Assessment: $100;
Restitution: $562,487.85, jointly and severally
with co-Defendants Mercedes Diaz, Marcelle
Green and Trammel Thomas -- ORDERED by
Judge William J. Martinez on 1/10/2018 at
Doc. No. 294

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:1343.F Wire Fraud
(2-13)

18:1341.F Mail Fraud
(14-26)

## Disposition

Dismissed.

Dismissed.

18:1028A.F Aggravated Identity Theft
(27-29)

Dismissed.

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

## Plaintiff

**USA**

represented by **Daniel Edward Burrows**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0201
Email: daniel.burrows@usdoj.gov
*TERMINATED: 10/06/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Martha Ann Paluch**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: Martha.Paluch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Beth N. Gibson**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0406
Email: Beth.Gibson@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Bryan David Fields**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Email: bryan.fields3@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2016 | 1 | INDICTMENT as to Heather Carr (1) count(s) 1, 2-13, 14-26, 27-29, Trammel Thomas (2) count(s) 1, 2-13, 14-26, Mercedes Diaz (3) count(s) 1, 20-21. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet, # 3 Criminal Information Sheet) (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 2 | RESTRICTED DOCUMENT - Level 4: as to Heather Carr, Trammel Thomas, Mercedes Diaz. (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 3 | Arrest Warrant Issued in case as to Heather Carr. (cthom, ) (Entered: 02/09/2016) |
| 03/16/2016 | 12 | Rule 5(c)(3) Documents Received as to Heather Carr from the Eastern District of Virginia. Defendant to appear in Denver on March 22, 2016 at 2:00 PM, before Magistrate Judge Tafoya, in Courtroom C201. (nmarb, ) (Entered: 03/16/2016) |
| 03/22/2016 | 13 | COURTROOM MINUTES FOR Initial Appearance as to Heather Carr held on 3/22/2016 Magistrate Judge Kathleen M. Tafoya. Defendant present on bond and advised. Federal Public Defender appointed. Arraignment and Discovery hearings set for 3/24/2016 10:00 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant's bond continued. (Total time: 10 mins, Hearing time: 236-246) <br><br> **APPEARANCES**: Michelle Korver on behalf of the Government, Angela Ledesma on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/22/2016) |
| 03/22/2016 | 14 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Heather Carr by Magistrate Judge Kathleen M. Tafoya on 3/22/16. Text Only Entry (sgrim) (Entered: 03/22/2016) |
| 03/22/2016 | 15 | CJA 23 Financial Affidavit by Heather Carr. (sgrim, ) (Entered: 03/22/2016) |
| 03/22/2016 | 18 | WAIVER of Presence for Arraignment and Discovery Conference by Heather Carr. (sgrim) (Entered: 03/24/2016) |
| 03/23/2016 | 16 | NOTICE OF ATTORNEY APPEARANCE: Mary Virginia Butterton appearing for Heather CarrAttorney Mary Virginia Butterton added to party Heather Carr(pty:dft) (Butterton, Mary) (Entered: 03/23/2016) |
| 03/24/2016 | 17 | COURTROOM MINUTES for Arraignment and Discovery hearings as to Heather Carr held on 3/24/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant not present. Ms. Butterton tenders a waiver for Defendant's right to appear, the waiver is accepted. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Counsel is directed to chambers for further dates. Defendant's bond continued. (Total time: 2 mins, Hearing time: |

| | | |
|---|---|---|
| | | 1019-1021)<br><br>**APPEARANCES**: Kurt Bohn on behalf of the Government, Mary Butterton on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/24/2016) |
| 03/24/2016 | 19 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 8 days as to Heather Carr by Magistrate Judge Kathleen M. Tafoya on 3/24/16. (sgrim, ) (Entered: 03/24/2016) |
| 03/31/2016 | 30 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/31/2016) |
| 03/31/2016 | 33 | ORDER granting 30 Motion to Disclose Grand Jury Material as to Heather Carr (1), Trammel Thomas (2), Mercedes Diaz (3) by Judge William J. Martinez on 03/31/2016. (cthom, ) (Entered: 03/31/2016) |
| 03/31/2016 | 34 | Unopposed MOTION for Protective Order *Regarding Grand Jury Material and Personal Identifying Information of Third Parties* by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/31/2016) |
| 04/01/2016 | 35 | ORDER Setting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 5/3/2016. Responses due by 5/13/2016. 6 day Jury Trial set for 5/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 5/24/2016 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 36 | ORDER granting 34 Motion for Stipulated Protective Order as to Heather Carr (1), Trammel Thomas (2), Mercedes Diaz (3) by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 37 | ORDER on Procedures as to Heather Carr, Trammel Thomas, Mercedes Diaz, by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 38 | ORDER Regarding Joint Defense Agreement Disclosures as to Heather Carr, Trammel Thomas, Mercedes Diaz, by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 39 | Utility Setting/Resetting Deadlines/Hearings pursuant to 35 as to Heather Carr, Trammel Thomas, Mercedes Diaz: Text Only Entry Motions due by 5/3/2016. Responses due by 5/13/2016. 6 day Jury Trial set for 5/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 5/24/2016 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 04/04/2016) |
| 04/18/2016 | 44 | Unopposed MOTION to Exclude *90 Days From The Requirements Of The Speedy Trial Act* by Heather Carr. (Butterton, Mary) (Entered: 04/18/2016) |
| 04/19/2016 | 45 | ORDER granting 44 Motion to Exclude as to Heather Carr (1). All days from today, to and including July 18, 2016, shall be excluded from the Speedy Trial Clock as to **ALL Defendants**; The 6-day Jury Trial set to commence on May 31, 2016 and the Final Trial Preparation Conference set for May 24, 2016 at 3:00 p.m. are hereby **VACATED as to ALL** |

|  |  |  |
|---|---|---|
|  |  | **Defendants**. The Court will enter a separate Order resetting the Trial date and related deadlines. ORDERED by Judge William J. Martinez on 04/19/2016. (cthom, ) (Entered: 04/19/2016) |
| 04/19/2016 | 46 | ORDER Resetting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 8/1/2016. Responses due by 8/11/2016. 6 day Jury Trial set for 8/29/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 8/19/2016 at 04:00 PM in Courtroom A 801 before Judge William J. Martinez. Ordered by Judge William J. Martinez on 04/19/2016. (cthom, ) (Entered: 04/19/2016) |
| 04/20/2016 | 48 | RESTRICTED DOCUMENT - Level 3: by Heather Carr. (Butterton, Mary) (Entered: 04/20/2016) |
| 05/02/2016 | 55 | ORDER granting 54 Motion to Exclude as to Trammel Thomas (2). All days from September 4, 2016, to and including November 3, 2016, shall be excluded from the Speedy Trial Clock as to **ALL Defendants** ; The 6-day Jury Trial set to commence on August 29, 2016 and the Final Trial Preparation Conference set for August 19, 2016 are hereby VACATED as to **ALL Defendants**. ORDERED by Judge William J. Martinez on 05/02/2016. (cthom, ) (Entered: 05/02/2016) |
| 05/11/2016 | 57 | ORDER Resetting Trial Dates and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 9/23/2016. Responses due by 10/3/2016. 6 day Jury Trial set for 10/24/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 10/17/2016 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez. There will be no trial day on Friday October 28th, accordingly, the trial will extend to November 1st. ORDERED by Judge William J. Martinez on 05/11/2016. (cthom, ) Modified on 5/11/2016 (cthom, ). (Entered: 05/11/2016) |
| 05/11/2016 | 58 | Utility Setting/Resetting Deadlines/Hearings as to Heather Carr, Trammel Thomas, Mercedes Diaz: Text Only Entry Jury Trial set for 10/24/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/25/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/26/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/27/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 11/1/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 05/11/2016) |
| 08/30/2016 | 73 | ORDER granting 71 Motion to Exclude as to Trammel Thomas (2); Denying as moot 72 Motion to Continue as to Trammel Thomas (2). **All days from November 4, 2016, to and including February 2, 2017, shall be excluded from the Speedy Trial Clock as to ALL Defendants**. The 6-day Jury Trial set to commence on October 24, 2016 and the Final Trial Preparation Conference set for October 17, 2016 are hereby **VACATED as to ALL Defendants**. ORDERED by Judge William J. Martinez on 08/30/2016. (cthom, ) Modified to add text on 8/30/2016 (cthom, ). (Entered: 08/30/2016) |
| 08/31/2016 | 74 | ORDER Re-setting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas. Motions due by 1/2/2017. Responses due by 1/12/2017. 6 day Jury Trial set for 1/30/2017 08:30 AM in Courtroom A 801 before Judge William J. Martinez; the trial will conclude on Tuesday, February 7, 2017, with no trial being held on Friday, February 3, 2017. Trial Preparation Conference set for 1/23/2017 at 10:30 AM in Courtroom A 801 before Judge |

| | | |
|---|---|---|
| | | William J. Martinez. ORDERED by Judge William J. Martinez on 08/31/2016. (cthom, ) (Entered: 08/31/2016) |
| 10/05/2016 | 77 | NOTICE OF ATTORNEY APPEARANCE Beth N. Gibson appearing for USA. Attorney Beth N. Gibson added to party USA(pty:pla) (Gibson, Beth) (Entered: 10/05/2016) |
| 10/05/2016 | 78 | MOTION to Withdraw as Attorney by Daniel E. Burrows by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Burrows, Daniel) (Entered: 10/05/2016) |
| 10/06/2016 | 79 | ORDER as to **Heather Carr (1), Trammel Thomas (2), and Mercedes Diaz (3)** granting the Motion to Withdraw 78 : The Motion is GRANTED for good cause shown. Daniel Burrows is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Mr. Burrows in this case. SO ORDERED by Judge William J. Martinez on 10/06/2016. Text Only Entry (wjmsec, ) (Entered: 10/06/2016) |
| 11/10/2016 | 83 | NOTICE of Disposition by Heather Carr (Butterton, Mary) (Entered: 11/10/2016) |
| 11/10/2016 | 85 | ORDER Setting Change of Plea Hearing as to **Heather Carr (1)**: Pursuant to the Notice of Disposition 83 filed by the Defendant Carr, a **Change of Plea Hearing is hereby set for December 5, 2016 at 1:45 p.m. in Courtroom A801. The dates set for the Final Trial Preparation Conference and Trial are hereby VACATED as to this Defendant ONLY.** Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on November 28, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully-briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 11/10/2016. Text Only Entry (wjmsec, ) (Entered: 11/10/2016) |
| 11/28/2016 | 91 | ORDER as to **Heather Carr (1)**: At the Change of Plea Hearing set for December 5, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Carr should remain on pretrial release pending imposition of her sentence, or whether her bond should be revoked and she should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 11/28/2016. Text Only Entry (wjmsec, ) (Entered: 11/28/2016) |
| 12/05/2016 | 93 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Change of Plea Hearing as to Defendant 1. Heather Carr held on 12/5/2016. Defendant pleads guilty to Count One of the Indictment and admits to the forfeiture allegation. Sentencing set for 4/28/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. Defendant's bond is continued.Court Reporter: Mary George. (dhans, ) (Entered: 12/05/2016) |
| 12/05/2016 | 94 | PLEA AGREEMENT as to Heather Carr (dhans, ) (Entered: 12/05/2016) |
| 12/05/2016 | 95 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Heather Carr (dhans, ) (Entered: 12/05/2016) |

| 01/03/2017 | 103 | Unopposed MOTION to Continue *Sentencing* by Mercedes Diaz as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Rathod, Siddhartha) (Entered: 01/03/2017) |
|---|---|---|
| 02/01/2017 | 113 | NOTICE of Change of Address/Contact Information (Paluch, Martha) (Entered: 02/01/2017) |
| 02/01/2017 | 114 | NOTICE of Change of Address/Contact Information (Burrows, Daniel) (Entered: 02/01/2017) |
| 02/28/2017 | 117 | Unopposed MOTION to Continue *Sentencing Hearing* by Heather Carr. (Butterton, Mary) (Entered: 02/28/2017) |
| 03/03/2017 | 120 | ORDER as to **Heather Carr (1)** granting the Defendant's Unopposed Motion to Continue Sentencing Hearing 117 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for April 28, 2017 is hereby **VACATED and RESET to September 15, 2017 at 11:00 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing-related motions. SO ORDERED by Judge William J. Martinez on 3/3/2017. Text Only Entry (wjmsec, ) (Entered: 03/03/2017) |
| 07/20/2017 | 155 | Joint MOTION to Continue *Defendant's September 15, 2017 Sentencing Hearing* by USA as to Heather Carr. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 07/20/2017) |
| 07/20/2017 | 161 | ORDER as to **Heather Carr (1)** granting the Parties' Joint Motion to Reschedule Defendant's September 15, 2017 Sentencing Hearing 155 . The Parties' Motion is GRANTED for good cause shown. The Sentencing Hearing set for September 15, 2017 is hereby **VACATED and RESET to January 4, 2018 at 2:00 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing-related motions. SO ORDERED by Judge William J. Martinez on 7/20/2017. Text Only Entry (wjmsec, ) (Entered: 07/20/2017) |
| 08/25/2017 | 166 | NOTICE OF ATTORNEY APPEARANCE Bryan David Fields appearing for USA. Attorney Bryan David Fields added to party USA(pty:pla) (Fields, Bryan) (Entered: 08/25/2017) |
| 11/30/2017 | 222 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Heather Carr (aarag, ) (Entered: 11/30/2017) |
| 12/11/2017 | 236 | ORDER as to **Heather Carr (1)**: Given the recent developments in this case affecting Defendant Carr, the Court hereby sets a Status Conference to discuss these developments for **December 14, 2017 at 10:00 a.m.** in Courtroom A801. Should she wish to, given her residence outside of Colorado, Defendant Carr may waive her appearance at the Status Conference. SO ORDERED by Judge William J. Martinez on 12/11/2017. Text Only Entry (wjmsec, ) (Entered: 12/11/2017) |
| 12/12/2017 | 237 | RESPONSE by USA as to Heather Carr re: 222 Restricted Presentence Report - Attorney Disclosure (Paluch, Martha) (Entered: 12/12/2017) |
| 12/12/2017 | 238 | MOTION to Dismiss Counts *with Prejudice* by USA as to Heather Carr. (Paluch, Martha) (Entered: 12/12/2017) |
| 12/12/2017 | 239 | MOTION for Decrease for Acceptance of Responsibility by USA as to Heather Carr. (Paluch, Martha) (Entered: 12/12/2017) |
| 12/13/2017 | 240 | ORDER as to **Heather Carr (1)**: This matter is before the Court on the Status Conference set for December 14, 2017 at 10:00 a.m. Given the filing of the Government's Response to |

Presentence Report (ECF 22) 237 , Motion to Dismiss Counts with Prejudice 238 and Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) 239 , the Court has concluded there remains no need for a Status Conference. As a result, the Status Conference set for December 14, 2017 at 10:00 a.m. is hereby **VACATED**. Defendant's Sentencing Hearing remains set for **January 4, 2018 at 2:00 p.m.** SO ORDERED by Judge William J. Martinez on 12/13/2017. Text Only Entry (wjmsec, ) (Entered: 12/13/2017)

| 12/14/2017 | 243 | OBJECTION/RESPONSE to Presentence Report 222 by Heather Carr (Butterton, Mary) (Entered: 12/14/2017) |
| --- | --- | --- |
| 12/15/2017 | 245 | ORDER as to **Heather Carr (1)**: This matter is before the Court on Defendant's Objections and Responses to Presentence Investigation Report 243 . The Government is DIRECTED to file a Response to Defendant's Objections on or before **December 26, 2017**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 12/15/2017. Text Only Entry (wjmsec, ) (Entered: 12/15/2017) |
| 12/15/2017 | 246 | OBJECTION/RESPONSE to Presentence Report 243 by USA as to Heather Carr (Paluch, Martha) (Entered: 12/15/2017) |
| 12/21/2017 | 247 | MOTION for Non-Guideline Sentence *and Sentencing Statement* by Heather Carr. (Butterton, Mary) (Entered: 12/21/2017) |
| 12/21/2017 | 248 | ORDER as to **Heather Carr (1)**: This matter is before the Court on Defendant's Motion for Variant Sentence and Sentencing Statement 247 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **12:00 noon on Thursday, December 28, 2017**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 12/21/2017. Text Only Entry (wjmsec, ) (Entered: 12/21/2017) |
| 12/21/2017 | 249 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant's Motion for Variant Sentence and Sentencing Statement* by USA as to Heather Carr. (Fields, Bryan) (Entered: 12/21/2017) |
| 12/22/2017 | 250 | RESTRICTED PRESENTENCE REPORT as to Heather Carr (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 12/22/2017) |
| 12/22/2017 | 251 | RESTRICTED ADDENDUM to Presentence Report 250 as to Heather Carr (aarag, ) (Entered: 12/22/2017) |
| 12/22/2017 | 252 | ORDER as to **Heather Carr (1)** granting 249 Government's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Variant Sentence and Sentencing Statement (ECF No. 247). The Government's Motion is GRANTED IN PART for good cause shown. The Government's deadline to file its Response to Defendant's Motion for Variant Sentence and Sentencing Statement is extended up to and including **January 2, 2018 at 10:00 a.m.** SO ORDERED by Judge William J. Martinez on 12/22/2017. Text Only Entry (wjmsec, ) (Entered: 12/22/2017) |
| 12/28/2017 | 254 | RESTRICTED SECOND ADDENDUM to Presentence Report 250 as to Heather Carr (Attachments: # 1 Exhibit A)(aarag, ) (Entered: 12/28/2017) |
| 01/02/2018 | 264 | RESPONSE in Opposition by USA as to Heather Carr re 247 MOTION for Non-Guideline Sentence *and Sentencing Statement* (Paluch, Martha) (Entered: 01/02/2018) |
| 01/02/2018 | 265 | SUPPLEMENT to 264 Response in Opposition by USA as to Heather Carr (Paluch, Martha) |

1/22/2018

| | | |
|---|---|---|
| | | (Entered: 01/02/2018) |
| 01/04/2018 | 272 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Sentencing held on 1/4/2018 as to Defendant 1. Heather Carr. Defendant sentenced as reflected on the record. ORDERED that the defendant, Heather Carr, surrender at the institution designated by the Bureau of Prisons on February 8th, 2018, at 12:00 noon. In the interim, the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions Of Release shall continue to apply. Court Reporter: Mary George. (dhans, ) (Entered: 01/04/2018) |
| 01/09/2018 | 287 | MOTION to Amend/Correct *Order of Restitution Pursuant to Fed. R. Crim. P. 35(a)* by USA as to Heather Carr. (Paluch, Martha) (Entered: 01/09/2018) |
| 01/10/2018 | 294 | ORDER as to **Heather Carr (1)** granting the Government's Motion to Amend Order of Restitution 287 . The Government's Motion is GRANTED for good cause shown. The Probation Officer is DIRECTED to prepare a judgment of conviction for this Defendant which sets forth that she is ordered to pay restitution in the total amount of 562,487.85 jointly and severally with co-Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas. SO ORDERED by Judge William J. Martinez on 1/10/2018. Text Only Entry (wjmsec, ) (Entered: 01/10/2018) |
| 01/10/2018 | 296 | JUDGMENT as to Defendant 1. Heather Carr. Counts 2 through 29 are dismissed.Count 1 of the Indictment: Incarceration: 57 months; Supervised Release: three years; Special Assessment: $100; Restitution (as ORDERED by Judge William J. Martinez on 1/10/2018 at Doc. No. 294): $562,487.85, jointly and severally with co-Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas, by Judge William J. Martinez on 1/10/2018. (dhans, ) (Entered: 01/10/2018) |
| 01/10/2018 | 297 | STATEMENT OF REASONS as to Heather Carr. (dhans, ) (Entered: 01/10/2018) |
| 01/10/2018 | 298 | NOTICE OF APPEAL as to 296 Judgment, by Heather Carr. (Butterton, Mary) (Entered: 01/10/2018) |
| 01/10/2018 | 299 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 298 Notice of Appeal as to Heather Carr to the U.S. Court of Appeals. ( FPD, Fee not paid,) (Attachments: # 1 Docket Sheet and Preliminary Record)(angar, ) (Entered: 01/11/2018) |
| 01/12/2018 | 300 | MOTION for Leave to Restrict by USA as to Heather Carr. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 01/12/2018) |
| 01/12/2018 | 301 | RESTRICTED DOCUMENT - Level 2: as to Heather Carr. (Paluch, Martha) (Entered: 01/12/2018) |
| 01/12/2018 | 302 | RESTRICTED DOCUMENT - Level 2: as to Heather Carr. (Paluch, Martha) (Entered: 01/12/2018) |
| 01/12/2018 | 303 | MOTION to Amend/Correct 296 Judgment, by USA as to Heather Carr. (Paluch, Martha) (Entered: 01/12/2018) |
| 01/16/2018 | 305 | ORDER as to **Heather Carr (1)** granting the Government's Motion to Restrict Document 300 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 301 and 302 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 1/16/2018. Text Only Entry (wjmsec, ) (Entered: 01/16/2018) |

1/22/2018          CM/ECF - U.S. District Court:cod

| | | |
|---|---|---|
| 01/16/2018 | 306 | **DUPLICTAE** ORDER as to **Heather Carr (1)** granting the Government's Motion to Restrict Document 300 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 301 and 302 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 1/16/2018. Text Only Entry (wjmsec, ) Modified on 1/17/2018 to show as duplicate entry please see 305 Order (angar, ). (Entered: 01/16/2018) |
| 01/16/2018 | 307 | RESTRICTED DOCUMENT - Level 2: as to Heather Carr. (angar, ) (Entered: 01/16/2018) |
| 01/16/2018 | 308 | ORDER to Surrender as to Heather Carr; Defendant to surrender to Federal Correctional institution Phoenix - Satellite Camp in Phoenix, Arizona on Februrary 8, 2018 at 12:00 noon and will travel at their own expense, by Judge William J. Martinez on 01/16/2018. (angar, ) (Entered: 01/16/2018) |
| 01/17/2018 | 309 | ORDER as to **Heather Carr (1)** granting the Government's Motion to Amend Judgment of Conviction Pursuant to Fed. R. Crim. P. 35(a) 303 . The Government's Motion is GRANTED for good cause shown. The Probation Office is DIRECTED to prepare, on or before **January 18, 2018**, an Amended Judgment reflecting the dismissal of Counts 2-29 of the Indictment. The Court will then forthwith enter the Amended Judgment, no later than required by Fed. R. Crim. P. 35(a). SO ORDERED by Judge William J. Martinez on 1/17/2018. Text Only Entry (wjmsec, ) (Entered: 01/17/2018) |
| 01/17/2018 | 310 | USCA Case Number as to Heather Carr 18-1021 for 298 Notice of Appeal filed by Heather Carr. (angar, ) (Entered: 01/18/2018) |
| 01/18/2018 | 313 | AMENDED JUDGMENT as to Defendant 1. Heather Carr, by Judge William J. Martinez on 1/18/2018. (dhans, ) (Entered: 01/19/2018) |
| 01/18/2018 | 314 | AMENDED STATEMENT OF REASONS as to Heather Carr. (dhans, ) (Entered: 01/19/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/22/2018 10:21:49 | | |
| **PACER Login:** | deansand:4793632:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cr-00054-WJM |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |