**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

| **PART I - To be completed by appellant within fourteen days of filing the notice of appeal** |
|---|

Short Title:           USA v. Carr                                    District:   Colorado
District Court Number:     1:16-cr-00054-WJM-1              Circuit Court Number: 18-1021
Name of Attorney:            Dean Sanderford
      Name of Law Firm: Office of the Federal Public Defender
      Address of Firm:    633 Seventeenth Street, Suite 1000, Denver, CO 80202
      Telephone of Firm: 303-294-7002                    Attorneys for:  Heather Carr
Name of Court Reporter:    Mary George                  Telephone of Reporter: (303) 296-2638

**PART II - COMPLETE SECTION A OR SECTION B**
SECTION A - **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
     [] A transcript is not necessary for this appeal, or
     [] The necessary transcript is already on file in District Court
     [] The necessary transcript was ordered previously in appeal number _____

SECTION B -  **I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)

Voir dire:_____; Opening Statements:_____;
Trial proceedings: _____; Instruction Cnf:_____;
Jury Instructions: _____; Closing Arguments:_____;
Post Trial Motions: _____; Other Proceedings: **Change of Plea Hearing held 12/05/2016**
                                                              **Sentencing Hearing held 01/04/2018**

(Attach additional pages if necessary)

[] **Appellant will pay the cost of the transcript.**
 My signature on this form is my agreement to pay for the transcript ordered on this form.

[X] **This case is proceeding under the Criminal Justice Act.**
**NOTE:**  Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript.  An order of the district court allowing payment for the transcript at government expense must be obtained.  *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.**  I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se:  /s/ DEAN SANDERFORD                     Date:    January 23, 2018

**PART III -  TO BE COMPLETED BY THE COURT REPORTER**

     Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____       Date:_____

A-8 Revised 12/09   Transcript Order Form