# AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One):
   ☐ MAGISTRATE   ☒ DISTRICT   ☐ APPEALS   ☐ OTHER: _____
2. Magistrate Docket #:
3. District Docketing #: 1:16-cr-00054-WJM-1
4. Appeals Docket #: 18-1021
5. For (District/Circuit): District of Colorado / Tenth Circuit Court of Appeals
6. In The Case Of  USA v. Carr
7. Person Represented: Heather Carr
8. Location/Organization Code: COXDE
9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly): Appeal
10. Proceedings To Be Transcribed (Description Of): Change of Plea Hearing held 12/05/2016
    Sentencing Hearing held 01/04/2018
11. Special Needs (Check One If Applicable):
    ☒ Ordinary: $3.65/page (within 30 days)
    ☐ 14-day: $4.25/page (within 14 days)
    ☐ Expedite: $4.85/page (within 7 days)
    ☐ Daily: $6.05/page (next day)
    ☐ Hourly: $7.25/page (same day)
12. I REQUIRE (CHECK ONE):   ☐ PAPER COPY   ☒ DIGITAL COPY
13. Attorney Signature -- Dean Sanderford       Date: January 23, 2018

    REQUEST APPROVED: _____   1-23-18

    14-DAY/EXPEDITE/DAILY/HOURLY APPROVED: _____

14. Court Reporter/Transcriber Status (check one)
    ☒ OFFICIAL   ☐ CONTRACT   ☐ TRANSCRIBER   ☐ OTHER: _____
15. Full Name Of Payee: Mary George
16. Remit To:
17. Telephone Number: (303) 296-2638

| 18. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original |  |  | $ | $ | $ | $ |
| B. Copy |  |  | $ | $ | $ | $ |
| C. Expenses (itemize): |  |  |  |  |  | $ |
|  |  |  |  |  | 19. Total claimed | $ |

20. Certification of Attorney

Signature of Attorney _____   Date _____