FILED  
United States Court of Appeals  
Tenth Circuit  

UNITED STATES COURT OF APPEALS  

FOR THE TENTH CIRCUIT  

April 5, 2018  

Elisabeth A. Shumaker  
Clerk of Court  

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

HEATHER CARR,

    Defendant - Appellant.

No. 18-1021  
(D.C. No. 1:16-CR-00054-WJM-1)  
(D. Colo.)

_____

### ORDER AND JUDGMENT[*]
_____

Before **TYMKOVICH**, Chief Judge, **BRISCOE** and **O'BRIEN**, Circuit Judges.
_____

Heather Carr accepted a plea agreement and pleaded guilty to one count of conspiracy to defraud the government with respect to claims, in violation of 18 U.S.C. § 286. She was sentenced to 57 months of imprisonment. Although the plea agreement contained an appeal waiver, Ms. Carr appealed. The government moves to enforce the appeal waiver under *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc) (per curiam).

---

[*] This panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Under *Hahn*, we consider "(1) whether the disputed appeal falls within the scope of the waiver of appellate rights; (2) whether the defendant knowingly and voluntarily waived his appellate rights; and (3) whether enforcing the waiver would result in a miscarriage of justice." *Id.* at 1325. We need not address a *Hahn* factor that the appellant does not contest. *See United States v. Porter*, 405 F.3d 1136, 1143 (10th Cir. 2005).

In her response to the government's motion, Ms. Carr, through counsel, concedes that her appeal waiver is enforceable as to this direct appeal, and she does not contest any of the *Hahn* factors. Accordingly, the motion to enforce is granted, and this matter is terminated.

                                         Entered for the Court  
                                         Per Curiam

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　April 05, 2018　　　　　　　　Chris Wolpert
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Mrs. Mary V. Butterton
Mr. O. Dean Sanderford
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 17th Street, Suite 1000
Denver, CO 80202

**RE:**     **18-1021, United States v. Carr**
           Dist/Ag docket: 1:16-CR-00054-WJM-1

Dear Counsel:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40, any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. If requesting rehearing en banc, the requesting party must file 6 paper copies with the clerk, in addition to satisfying all Electronic Case Filing requirements. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R.35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

                                                    Sincerely,

                                                    Elisabeth A. Shumaker
                                                    Clerk of the Court

2

cc:    Daniel E. Burrows
       Paul Farley
       Bryan David Fields
       Beth N. Gibson
       Martha A. Paluch

EAS/sds