IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **HEATHER CARR,**

       Defendant.

_____

**UNOPPOSED MOTION TO RESTRICT ACCESS**
_____

       Ms. Heather Carr, Defendant, by and through undersigned counsel, Mary V. Butterton, respectfully requests that the Brief in Support [Doc. 381] and Response to CoDefendant's Motion for Issuance of Subpoena [Doc. 382] be restricted at Level 2.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/Mary V. Butterton
       MARY V. BUTTERTON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Mary.Butterton@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I electronically filed the foregoing

## MOTION TO RESTRICT ACCESS

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha A. Paluch, Assistant United States Attorney
    Martha.paluch@usdoj.gov

    Brian Fields, Assistant United States Attorney
    bryan.fields3@usdoj.gov

    Daniel Smith
    danieltsmith@qwestoffice.net

    Thomas Goodreid
    t.goodreid@comcast.net

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Heather Carr (via U.S. Mail)

    s/Mary V. Butterton
    Mary V. Butterton
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant