**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker						Chris Wolpert
Clerk of Court			April 27, 2018			Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **18-1021, United States v. Carr**
Dist/Ag docket: 1:16-CR-00054-WJM-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

				Sincerely,

				Elisabeth A. Shumaker
				Clerk of the Court

cc:	Daniel E. Burrows
	Mary V. Butterton
	Paul Farley
	Bryan David Fields
	Beth N. Gibson
	Martha A. Paluch
	O. Dean Sanderford

EAS/at