## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2018

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

UNITED STATES OF AMERICA,

v.

_Heather E. Carr_ , Movant.

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
## PURSUANT TO 28 U.S.C. § 2255

### A. CONVICTION UNDER ATTACK

1. Name and location of the court that entered the judgment of conviction you are attacking:

   _U.S. District Court - Denver, CO_

2. Date the judgment of conviction was entered:

   _January 10th, 2018_

3. Case number:

   _1:16-CR-00054-WJM-1_

4. Describe the type and length of sentence imposed:

   _Incarceration: 57 months w/ 3 years supervised release_

5. Are you serving a sentence that was imposed for a conviction other than the conviction you are attacking in this application?

   ___ Yes  X No  (CHECK ONE)

(Rev. 4/15/02)

6. Nature of the offenses with which you were charged: (all counts)

Conspiracy to Defraud the Government
Wire Fraud
Mail Fraud
Aggravated Identity Theft

7. On which counts were you convicted?

Conspiracy to Defraud the Government

8. What was your plea?

24 months

9. If you pled guilty pursuant to a plea bargain, describe the terms and conditions of the plea:

Plead Guilty to Count 1 and I would get 24 months which was the mandatory minimum on the dropped Aggravated Identity Theft charge.

10. Kind of trial: ___ Jury ___ Judge only (CHECK ONE) Na

11. Did you testify at trial? ___ Yes X No (CHECK ONE)

## B. DIRECT APPEAL

1. Did you file a direct appeal? X Yes ___ No (CHECK ONE)

2. Date and result of 10th Circuit decision (attach a copy of the decision if available):

April 5th, 2018 - Dismissed

3. Date and result of any appeal to the United States Supreme Court (attach a copy of the decision if available):

Na

4. List the claims raised on direct appeal:

None. My old lawyer Mary Butterton filed and my appeal lawyer Dean Sanderford just stated it was dismissed. Neither lawyers raised any claims. ?

5.     If you did not file a direct appeal, explain why: _____

_____

_____

## C. POSTCONVICTION PROCEEDINGS

1.     Other than a direct appeal, have you initiated any postconviction proceedings with respect to the judgment under attack?

    ___ Yes   X No   (CHECK ONE)

2.     If you answered "Yes" to question 1., give the following information for each postconviction proceeding. If you have initiated more than one postconviction proceeding, use extra paper to list each proceeding using the format below.

    A.    Name and location of court: _____

    B.    Type of proceeding: _____

    C.    Date filed: _____

    D.    List the claims raised: _____

_____

    E.    Date and result (attach a copy of the decision if available): _____

    F.    Did you appeal?     ___ Yes ___ No   (CHECK ONE)

    G.    Date and result on appeal (attach a copy of the decision if available): _____

(Rev. 4/15/02)           3

3.   If the instant application is a second or successive
     application, have you obtained authorization from
     the United States Court of Appeals for the Tenth
     Circuit for this court to consider the application?     ___ Yes ___ No  (CHECK ONE)

*N/a*

## D. CLAIMS

State concisely every claim that you wish to assert in this action.  For each claim, specify the
right that allegedly has been violated and state all supporting facts that you consider important.
You do not need to cite specific cases to support your claim(s).  If you need additional space to
describe any claim or to assert additional claims, use extra paper to continue the claim or to
assert the additional claims.  Identify clearly any additional pages that you attach to this form.

1.   Did you raise on direct appeal or in a prior action
     any of the claims you are asserting in this motion?     ___ Yes  ✗ No  (CHECK ONE)

2.   If you answered "Yes" to question 1., state which claims previously were raised and
     explain why those claims are being raised again:

     _____

     _____

     _____

3.   If you answered "No" to question 1., state which claims were not raised previously and
     explain why those claims were not raised on direct appeal or in a prior action:

     *Ineffective assistance of counsel and prosecutorial
     misconduct. These claims were not raised on direct
     appeal because appeal lawyer said he could not on a direct
     appeal.*

4.   Claim One: *Ineffective assistance of counsel*

     A.   Supporting facts: *My lawyer said my plea bargain was 24 months.
     In my plea agreement it even says 24 months because that's the
     mandatory minimum that would have applied to the aggravated identity
     theft counts. (See email labeled Claim 1, email 1) Also my lawyer told me
     there are a TON of legal terms in my plea agreement + don't read too much
     into it (See email labeled Claim 1 email 2). My PSI interview was done*
     (Rev. 4/15/02) *over 1 year prior to sentencing and I didn't recieve it until
     the wednesday after I was set to testify. I asked for PSI multiple times
     (See Claim 1 email 3) + Did not recieve PSI until day after I was scheduled to
     testify + it came in 4 points higher than I signed my plea for (23 vs. 27 points)
     I asked my lawyer multiple times why no PSI was done regarding my*

information about one of their witnesses Christine Duncan who stole my identity & did FAFSA's in my name & used my identity in a prior case in 2011 regarding her & Tramell Thomas. (See claim 1 email 4+5) My lawyer kept ignoring multiple requests about this + said she didn't know and Martha Paluch didn't want to include in an MOI. When I went to lawyers office the day of trial she still had no MOI, no explanation of why prosecution wouldn't document anything I had said about Christine Duncan and could not now guarantee or put in writing anything about 24 months guaranteed if I testify as she had promised for the past year. She said I was not supeenad or required by law to testify and I could withdraw my guilty plea + go to trial on all charges. She said she would withdraw my guilty plea that Friday + be in touch. She then was forwarding blank messages from prosecutor + probation officers & I had text messages asking her if she was setting me up. That Friday she called + said if I dont go to trial the prosecutor would still honor the plea. She told me guideline ranges dont matter and we are still asking for 24 months (See Claim 1, email 6) I would never have signed the plea ~~and she would~~ unless it was 24 months - this was the number I was told all along and I feel strongly the lawyer was working for the prosecution and not me.

5.    Claim Two:    _Prosecutorial Misconduct_

    A.    Supporting Facts: The prosecution withheld information that I told them and did not document in MOI's or let defense know or put any record of specific information I told them. Bryan Fields yelled + threatened me saying he was "ripping up my deal and putting me in jail for a very long time." Prosecution was also aware that Christine Duncan stole my identity + prosecutors even spoke with her in multiple interviews & she said she had never met me + didn't know me. But prosecutors lied in a sentencing statement 1 week prior to my sentencing that I was involved in a prior case with Ms Duncan in 2011 where I refused to testify. I was not involved in that case + they knew this was a case where Ms Duncan stole my identity. (See email Claim) I had only 1 interview with prosecutors in 2016 and they did not contact me for 1 year until the month of Mr. Thomas trial. When they were asking me questions that they didn't like the answers to Mr Fields would yell + threaten me. My lawyer had to terminate the phone call & said he was being completely unprofessional + out of line. Mrs Paluch said she was so sorry I would never have to deal with him again & it was inappropriate for him to threaten me. The next call he was on and they asked me my understanding of the plea + I said 24 months and Mr. Fields laughed. He said well we will see how you answer the questions on the stand. Mrs Paluch said I cant say anything about Christine Duncan because there were too many "landmines in this case & we sure dont want a mistrial do we Heather". She said I couldn't mention anything about prostitution charge, Tramell ever being in jail or Christine doing Fafsa's in my name. It was very strange, made me suspicious of them of why they were preventing me from giving important information that I'm sure would be brought up in trial & was important. (See emails labeled Claim 2)

(Rev. 4/15/02)

The prosecutors also put in court documents they want to "punish me" for refusing to testify.

6. Claim Three: <u>Conviction obtained by the Unconstitutional failure of the prosecution to disclose evidence</u>

(see email labeled Claim 3)

A. Supporting facts: favorable to the defendant.

The prosecution was aware that one of their witnesses - Christine Duncan stole my identity in 2011 and was using my name and date of birth in a prostitution arrest in 2011. She had submitted a Fafsa in my name in 2010 from the same IP address she admitted she submitted her own Fafsa from. She gave statements to prosecutors that she did not know who I was + had never met me but the prosecution knowingly and maliciously lied in a sentencing statement 1 week prior to my sentencing that I was involved in Ms. Duncan + Mr. Thomas' 2011 arrest and I refused to testify in that case. I was not in any way involved in that case + was in AZ with a 3 week old newborn. I had never even seen Ms. Duncan before much less be in a hotel room in CO with her. The prosecution was fully aware of this, did not disclose this in any MOI's, knew Ms. Duncan stole my identity + submitted Fafsa's. The prosecution gave false information to sway the judge's sentencing + failed to disclose numerous facts + evidence.

7. Claim Four: <u>Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with the understanding of the nature of the charge or consequences of the plea.</u>

A. Supporting facts:

My lawyer assured me multiple times that by doing the plea agreement + not going to trial that I would receive a 24 month sentence plus 1 year probation. She said the prosecution would ask for 31 months and the judge usually goes with a sentence in between but wouldn't go below 24 months. I never heard from the prosecution for 1 year after I signed my plea agreement they only contacted me the month of Ms. Thomas' trial. 1 week before trial they said they were asking me my understanding of the plea on the stand and I said 24 months and they said "well it just depends on how you do" - this came sarcastically from the oo Bryan Fields who 1 week prior told me he was "ripping up my deal + sending me to jail for a very long time". I would have never signed a deal with no promised numbers and the possibility of a 57 month sentence and 3 years probation. My lawyer on multiple occasions told me that guideline ranges are just suggestions + not important + points don't matter + the judge will go with own suggestions because 24 months is an appropriate sentence in this case due to me having no criminal history + giving them the information they needed on who was doing all of the FAFSA's - Marcelle Green. That's why there was a superseding indictment for her.

(Rev. 4/15/02)

(see email labeled Claim 4, email 6

## E. OTHER CONVICTIONS

1.  Do you have any concurrent or future sentence(s)
    to be served after you complete the sentence
    imposed as a result of the conviction under attack?

    ___ Yes   ☒ No  (CHECK ONE)

2.  If you answered "Yes" to question 1., give the following information for each sentence:

    A.  Name and location of the court: _____

    B.  Case number: _____

    C.  Type and length of sentence: _____

## F. LEGAL REPRESENTATION

1.  List the names and address, if known, of each attorney who has represented you in
    proceedings regarding the conviction under attack:

    A.  Preliminary hearing:     Mary Butterton   Denver Federal Public Defender 1633 17th St #1000 Denver, CO 80202

    B.  Arraignment and plea:    Mary Butterton

    C.  Trial:                   4a

    D.  Sentencing:              Mary Butterton

    E.  Appeal:                  Dean Sandford   Denver Federal Public Defender 1633 17th St #1000 Denver, CO 80202

    F.  Postconviction proceedings:   —

    G.  Appeal from any adverse ruling
        in postconviction proceedings:   —

## G. REQUEST FOR RELIEF

(Rev. 4/15/02)                    7

I request the following relief: To have sentence vacated and be resentenced with a reduction in sentence. I was sentenced the maximum time in the guideline range of my plea and have never been in trouble before this charge. My children are now in the foster care system in the State of Arizona and I will lose all parental rights and they will be adopted if myself or their father are not out in 24 months. Any possible home confinement sentence on any sentence over 24 months if that is possible. Anything less than 57 months. My kids are my life and I can't lose them. My lawyer stated all along I would get 24 months. Thank you for your consideration.

## DECLARATION UNDER PENALTY OF PERJURY

    I declare under penalty of perjury that I am the movant in this action, that I have read this motion, and that the information in this motion is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on    June 21st, 2018
                (Date)

                                (Movant's Original Signature)

Movant's prisoner identification number and complete mailing address:

Heather Carr #89751-083

Phoenix Satellite Camp

37930 N. 45th Ave

Phoenix, AZ 85086



Fw: Tramell's sentencing statement falsely accused me on 12/29 prior to my sentencing date — need this added to appeal

That Good Ish
to:
Dean Sanderford
02/08/2018 12:19 AM
Hide Details
From: That Good Ish <Heather@thatgoodish.com>
To: Dean Sanderford <Dean_Sanderford@fd.org>



**From:** That Good Ish
**Sent:** Sunday, January 14, 2018 4:59 PM
**To:** Mary Butterton
**Subject:** Tramell's sentencing statement falsely accused me on 12/29 prior to my sentencing date - need this added to appeal

I'm so mad right now. So I'm reading this sentencing statement of Tramell's on Pacer dated 12/29 - 1 WEEK BEFORE I get sentenced. So the judge obviously read this and the prosecutor puts this false bullshit in his head and this may have factored in his unreasonable decision on my sentencing. I know you don't listen to half the shit I say but PLEASE listen to this and actually follow up on this. There is merit to what I'm saying so listen...

On page 10 of his sentencing statement it states:

"Two other women were found by CSPD in the hotel room next to Victim 2's. One of those women was Heather Carr. Just as in this case, Carr refused to testify against the defendant. Victim 2, and others, also refused to testify. As a result, the charges against the defendant were dropped."

As I have REPEATEDLY stated to you and to the prosecutors - I WAS NOT THERE. Christine Duncan stole my identity! I was at home in Arizona with a newborn and had no idea that shit even happened until he was arrested!!! If you read the detectives description of "Heather Carr" it is clearly not me (by over 100 pounds and several inches in height) and the detectives also stated that they verified the girls in the hotel were the same girls off the backpage ad - which they have pictures of!! Clearly it's not me! PLEASE CALL THE DETECTIVES TO VERIFY THIS and show them a picture of me so we can clear this up once and for all and also please ask them what was used to verify Heather Carr - was it verbal from the girl with Christine or did they have an ID in my name? And the prosecutor said "just as in this case Carr refused to testify" - I never was even involved in that case in any way shape or form and never asked to testify, never was contacted. So the prosecutor basically just put it in the judges head that I refused to testify before? NEVER have I EVER been in any position to testify EVER before in my life. I never was even contacted regarding that case or involved in that case!!!!! And I didn't refuse to testify for this student loan case - I did not show up due to their prosecutor's threats.

And on a side note - Christine is a damn stalker. I could go all the way into it - but currently right now and at the time of her testimony she LIVES with Tramell's ex-business partner who she made a point to

find when stalking me and him trying to track us down and she hustled this guy into giving him information about us. All the bullshit she said in her MOI's is bullshit. Even in her MOI Christine supposedly said she had no idea who the baby mom of Tramell is - then how the hell are they accusing me of being in a damn hotel with her refusing to testify with her? They are continuously lying and it's bullshit they put that in the statement prior to my sentencing. IT'S NOT TRUE and I told them this!!! It would be easy to verify with the police officers there! The way they are lying is really starting to piss me off and is going to be a whole other issue. They stopped me from saying anything about Christine and never did an new MOI with the new information I gave them on that phone call which was really strange at the time but now looking back I can see why. They play dirty.

AND it was also strange the probation officer doing my PSR had not contacted me for A YEAR but all of a sudden emailed the prosecutor the day before I was set to testify (instead of emailing my lawyer) and then mysteriously the day after I was supposed to testify A PSR was filed recommending 27 points.

There are several issues here and I look forward to hearing about the appeal and various motions. I will contact the detective in the case from 2011 myself if you refuse too - but this NEEDS to be verified that it wasn't me as I stated to the prosecutor multiple times and this needs to be amended and off the damn record because it irritates my SOUL because IT WASN'T ME I WAS NOT THERE -  CHRISTINE STOLE MY IDENTITY. I was not there and now a judge read that and took that into consideration like it was a pattern of mine not testifying. And I know no one cared but Christine submitted Fafsa's in my name - did any of this shit make it in MOI's? Does anyone hear me when I talk. It's so irritating.

PLEASE follow up, fix this, file corrections - whatever you gotta do. Because this is bullshit.



Fw: Carr
That Good Ish
to:
Dean Sanderford
02/08/2018 12:30 AM
Hide Details
From: That Good Ish <Heather@thatgoodish.com>
To: Dean Sanderford <Dean_Sanderford@fd.org>



1 Attachment



Carr Plea Agreement 11 4 2016.pdf

My lawyer telling me that there are a TON of legal terms so don't look too much into my plea agreement!!!!

**From:** Mary Butterton <Mary_Butterton@fd.org>
**Sent:** Monday, November 7, 2016 5:43 PM
**To:** That Good Ish
**Cc:** Jessica Leto
**Subject:** Fw: Carr

Hi Heather,

Please find attached the proposed plea agreement from the prosecutors. There are a TON of legal terms in there so don't read too much into until we fully go over it. I'm traveling a bit over the next few days- are you available to talk tomorrow at 3pm or Wednesday at 4pm?

Let us know!

Thanks,
Mary

Mary V. Butterton
Assistant Federal Public Defender, Trial Division
Office of the Federal Public Defender, District of Colorado
633 17th Street, Suite 1000
Denver, CO 80202
(303) 294-7002
mary_butterton@fd.org

—— Forwarded by Mary Butterton/COF/10/FDO on 11/07/2016 03:42 PM ——

From: "Paluch, Martha (USACO)" <Martha.Paluch@usdoj.gov>
To: "Mary Butterton (Mary_Butterton@fd.org)" <Mary_Butterton@fd.org>
Cc: "Gibson, Beth (USACO)" <Beth.Gibson@usdoj.gov>
Date: 11/04/2016 03:32 PM
Subject: Carr

Talk to you soon, Mary.

*(See attached file: Carr Plea Agreement 11 4 2016.pdf)*



Fw: plea agreement updated
That Good Ish
to:
Dean Sanderford
02/08/2018 12:34 AM
Hide Details
From: That Good Ish <Heather@thatgoodish.com>
To: Dean Sanderford <Dean_Sanderford@fd.org>
History: This message has been replied to.



My understanding of the plea and communication with my lawyer about the time in my plea

---

From: That Good Ish
Sent: Monday, November 14, 2016 10:12 PM
To: Mary Butterton
Subject: Re: plea agreement updated

LMAO. ok cool :)

On Nov 14, 2016, at 10:09 PM, Mary Butterton <Mary_Butterton@fd.org> wrote:

November 29 right after thanksgiving. Don't worry about changing it- I see no need to move it up. I told them to f* off- in a totally professional lawyer way of course ☺

Sent from my iPhone

On Nov 14, 2016, at 7:51 PM, That Good Ish <Heather@thatgoodish.com> wrote:

I did book it but it's Southwest so they let me change dates....but it may be more expensive because of the holiday week that falls in - they want November 29th or December 29th?

On Nov 14, 2016, at 4:34 PM, Mary Butterton <Mary_Butterton@fd.org> wrote:

Hi Heather,

I'm working to draft you a long-form answer to your questions (I'm at a seminar so I'm not in the office this week) but quick question- Do you already have a flight to be in court on December 5? The US Atty is asking if we can move it to the 29th. I'm inclined to tell them to take a hike, but I'll leave that up to you.

Mary V. Butterton
Assistant Federal Public Defender, Trial Division
Office of the Federal Public Defender, District of Colorado
633 17th Street, Suite 1000
Denver, CO 80202
(303) 294-7002
mary_butterton@fd.org

Show details for That Good Ish —11/10/2016 12:22:07 PM—Hi I just wanted to make sure that the part that reads "the government agrees not to file additional

That Good Ish —11/10/2016 12:22:07 PM—Hi I just wanted to make sure that the part that reads "the government agrees not to file additional

Hide details for That Good Ish —11/10/2016 12:22:07 PM—Hi I just wanted to make sure that the part that reads "the government agrees not to file additional

hat Good Ish —11/10/2016 12:22:07 PM—Hi I just wanted to make sure that the part that reads "the government agrees not to file additional

From: That Good Ish <Heather@thatgoodish.com>
To: Mary Butterton <Mary_Butterton@fd.org>
Date: 11/10/2016 12:22 PM
Subject: Re: plea agreement updated

---

Hi I just wanted to make sure that the part that reads "the government agrees not to file additional charges in the District of Colorado" doesn't mean that they are going to file in any other state where there were student loans. So it doesn't mean they are going to recharge in Arizona?

And the part that says - The defendant agrees to furnish to the government all documents and other material that may be relevant to the investigation into fraud upon the federal government and that are in the defendant's possession or control.  What are they talking about? What am I supposed to be giving them?

And will I have to turn in my car or anything like a forfeit situation?

And just to be clear we are asking for 24 months plus 1 year probation and I could get up to 31 months most likely if the judge goes with their recommendation - right? So in theory if the judge went for 24 months I would do 20 months on good time. Would I get out any earlier to a halfway house at all?



Fw: Activity in Case 1:16-cr-00054-WJM USA v. Carr et al Order on Motion to Continue
That Good Ish
to:
Dean Sanderford
02/08/2018 12:27 AM
Hide Details
From: That Good Ish <Heather@thatgoodish.com>
To: Dean Sanderford <Dean_Sanderford@fd.org>

Me asking where PSR was - didn't get it until day after I was set to testify (at 27 points)

**From:** That Good Ish
**Sent:** Sunday, March 5, 2017 5:34 PM
**To:** Mary Butterton
**Subject:** Re: Activity in Case 1:16-cr-00054-WJM USA v. Carr et al Order on Motion to Continue

LOL ok.... and no PSR yet? Do you think that's weird?

On Mar 3, 2017, at 2:41 PM, Mary Butterton <Mary_Butterton@fd.org> wrote:

Well we are all moved back until September!

Mary V. Butterton
Assistant Federal Public Defender, Trial Division
Office of the Federal Public Defender, District of Colorado
633 17th Street, Suite 1000
Denver, CO 80202
(303) 294-7002
mary_butterton@fd.org

----- Forwarded by Mary Butterton/COF/10/FDO on 03/03/2017 12:41 PM -----

From: COD_ENotice@cod.uscourts.gov
To: COD_NEF@cod.uscourts.gov
Date: 03/03/2017 12:08 PM
Subject: Activity in Case 1:16-cr-00054-WJM USA v. Carr et al Order on Motion to Continue

**This is an automatic e-mail message generated by the CM/ECF system. Please DO
NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is
required by law or directed by the filer. PACER access fees apply to all other users.
To avoid later charges, download a copy of each document during this first viewing.
However, if the referenced document is a transcript, the free copy and 30 page limit
do not apply.**



Fw: Activity in Case 1:16-cr-00054-WJM USA v. Carr et al Order on Motion to Suppress
That Good Ish
to:
Dean Sanderford
02/08/2018 12:25 AM
Hide Details
From: That Good Ish <Heather@thatgoodish.com>
To: Dean Sanderford <Dean_Sanderford@fd.org>

Me referencing prosecutor refusing to hear anything about Christine Duncan that I was trying to tell them...

---

**From:** That Good Ish
**Sent:** Wednesday, November 15, 2017 11:18 PM
**To:** Mary Butterton
**Cc:** Jessica Leto
**Subject:** Re: Activity in Case 1:16-cr-00054-WJM USA v. Carr et al Order on Motion to Suppress

Monday is fine... could you please also pull the forensic report they have me listed on too. I'm trying to figure out what he's doing because the lettered exhibits are requested by defense right? Ill figure it out I just have to see what he's thinking.

And on our last phone call Marty didn't seem like she wanted to hear anything about Christine so I want to make sure that's not going to be a problem if I get cross examined on stuff having to do with her. I don't know why he is calling his old lawyer as a witness but I think it may have to do with Christine trying to contact her and then me asking about if a letter notorized by Christine would help dismiss his old case and then her getting that letter? I don't know... ? Its just weird that he's calling her.

---

**From:** Mary Butterton <Mary_Butterton@fd.org>
**Sent:** Wednesday, November 15, 2017 9:56:11 PM
**To:** That Good Ish
**Cc:** Jessica Leto
**Subject:** Re: Activity in Case 1:16-cr-00054-WJM USA v. Carr et al Order on Motion to Suppress

Hey Heather-

We are in the process of pulling all of these exhibits for you - i should be able to get them to you by Friday. I want to look through them too, obviously, so we can prep you to answer any and every question they could throw at you!

Marty wants one more phone prep call. Are you around Monday at 5pm your time?

Mary V. Butterton
Assistant Federal Public Defender, Trial Division
Office of the Federal Public Defender, District of Colorado
633 17th Street, Suite 1000
Denver, CO 80202



Fw: question
That Good Ish
to:
Dean Sanderford
02/08/2018 12:24 AM
Hide Details
From: That Good Ish <Heather@thatgoodish.com>
To: Dean Sanderford <Dean_Sanderford@fd.org>

My lawyer never responded to this

---

**From:** That Good Ish
**Sent:** Wednesday, November 22, 2017 6:00 PM
**To:** Mary Butterton
**Subject:** Re: question

And I had a question whenever you have time "... why is there no updated MOI with the new info about Christine and why did Marty not even want to hear anything abut that? Seems like a reason "they could rip up my deal and put me in jail for a very long time" after they get me to testify.

---

**From:** That Good Ish
**Sent:** Wednesday, November 22, 2017 5:53:19 PM
**To:** Mary Butterton
**Subject:** Re: question

?? If he was using more than one username on his computer in his office then that's news to me. I have no idea? I just know he had a computer in his office - all this multiple username stuff I don't even understand or would even know how to do?

---

**From:** Mary Butterton <Mary_Butterton@fd.org>
**Sent:** Wednesday, November 22, 2017 5:10:49 PM
**To:** That Good Ish
**Subject:** Fwd: question

Hi heather, see below!


Sent from my iPhone

Begin forwarded message:

> **From:** "Paluch, Martha (USACO)" <Martha.Paluch@usdoj.gov>
> **Date:** November 22, 2017 at 1:26:10 PM CST
> **To:** "Mary Butterton (Mary_Butterton@fd.org)" <Mary_Butterton@fd.org>
> **Subject:** question
>
> Mary – all of the searches on the Room J computer – which was Thomas's office – were done under the Smart username.  None of the searches were done under the King username.  We think defense is going to argue Thomas's username was King.  Only way they can get that in is through Carr's testimony.  Can you ask her about these usernames and whose they are?  Thanks much



Fw: Heather Carr
That Good Ish
to:
Dean Sanderford
02/08/2018 12:23 AM
Hide Details
From: That Good Ish <Heather@thatgoodish.com>
To: Dean Sanderford <Dean_Sanderford@fd.org>

Day of trial my lawyer just forwarding blank messages from prosecutor where PSR PO contacted prosecutor looking for me

---

**From:** That Good Ish
**Sent:** Tuesday, November 28, 2017 3:51 AM
**To:** Mary Butterton
**Subject:** Re: Heather Carr

He called Friday afternoon I didn't even have a missed call or would even know the number I haven't talked to him in a year. I actually saw a voicemail from him and called back Saturday and left a message. He called me back yesterday at 10:10 am from his office and said to call back - I was on a plane so I called him back right when I told you about it - I called him back at 1:28 p.m. He hasn't called back? Mary what's going on???

---

**From:** That Good Ish
**Sent:** Tuesday, November 28, 2017 12:45:33 AM
**To:** Mary Butterton
**Subject:** Re: Heather Carr

Sooooo what's going on?

---

**From:** Mary Butterton <Mary_Butterton@fd.org>
**Sent:** Monday, November 27, 2017 9:44:26 PM
**To:** That Good Ish
**Subject:** Fwd: Heather Carr

Sent from my iPhone

Begin forwarded message:

> **From:** "Paluch, Martha (USACO)" <Martha.Paluch@usdoj.gov>
> **Date:** November 27, 2017 at 7:41:59 PM MST
> **To:** "Matthew_Gill@cod.uscourts.gov" <Matthew_Gill@cod.uscourts.gov>
> **Cc:** "Mary Butterton" <Mary_Butterton@fd.org>
> **Subject:** Re: Heather Carr

Mary please see below

Sent from my iPhone

On Nov 27, 2017, at 10:35 AM,
"Matthew_Gill@cod.uscourts.gov<mailto:Matthew_Gill@cod.uscourts.gov>"
<Matthew_Gill@cod.uscourts.gov<mailto:Matthew_Gill@cod.uscourts.gov>> wrote:

Hey Marty, I know you are super busy with the trial, but if you happen to see this, would
you mind telling Carr to give me a call asap?  I have been trying to get a hold of her since
last week.  720-589-0107.  It's urgent.

Thanks and good luck!


<mime-attachment.gif>



## Matthew J. Gill
### U.S. Probation Officer
District of Colorado
1929 Stout Street, Suite C-120
Denver, Colorado  80294-0101
Phone: 303-335-2499
Fax: 303-335-2424



Fw: PSR objection
That Good Ish
to:
Dean Sanderford
02/08/2018 12:20 AM
Hide Details
From: That Good Ish <Heather@thatgoodish.com>
To: Dean Sanderford <Dean_Sanderford@fd.org>



---

**From:** That Good Ish
**Sent:** Friday, December 15, 2017 10:26 AM
**To:** Mary Butterton
**Cc:** Jessica Leto
**Subject:** Re: PSR objection

Oh ok - I didn't know there was another sentencing statement that was due I thought this was the final thing for the judge to look at. And I still need to know why you said I can't write letters to the judge and I need to know if my kids are allowed to? I do need him to know that everything changed after Bryan threatened me as well as some other things that I need to say. So I would love to write a letter but if I really can't then I will save it for sentencing.

And I will be available whenever you call - talk to you soon

---

**From:** Mary Butterton <Mary_Butterton@fd.org>
**Sent:** Friday, December 15, 2017 9:36:10 AM
**To:** That Good Ish
**Cc:** Jessica Leto
**Subject:** Re: PSR objection

Hi Heather,

A couple of points of clarification.

1. The PSR is just our response to that report, it is NOT our final sentencing request (which is due next Thursday). You plea agreement did calculate your range to be 46 to 51. The PSR (written by the probation officer, not the government) added two extra enhancements that the government didn't originally anticipate: +2 for more than 10 victims, and +2 for you being in a position of trust. I simply don't have any arguments that the +10 victims doesn't apply. I hoped they wouldn't catch it, they did, and there's no reasonable argument against it. The "position of trust" enhancement, however, does have some solid caselaw in your favor, which is why i objected to that (among other things) in our filing yesterday- which was filed.

2. So: the advisory guideline range (hopefully, if the judge sustains our objection to "position of trust") will be 57 to 71 months. But frankly, it's less important what the range is, because we are going to be asking for well under that range anyway (24 months). The range, whether it's 46 to 51 or 57 to 71 or 70 to 87 is advisory -meaning, it's a suggestion, but not binding on the judge. The sentencing statement will include the arguments re marcy, the 5K, your kids, and all the reasons that 24 months is an appropriate sentence.

3. Call today- Trammel's attorneys have contacted me and want to interview you. They heard (presumably