FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2018

JEFFREY P. COLWELL
CLERK

Motion for appointment of counsel for Heather Carr

Case #: 1:16-CR-00054-WJM-1

I will need appointment of counsel for the 2255 proceeding since I am not a lawyer and am currently incarcerated. The interests of justice will require the appointment of counsel. Ruling on this motion will require the Court to resolve factual disputes at an evidentiary hearing which requires the appointment of counsel.

Sincerely,

Heather Carr

I hereby certify that a copy of the foregoing pleading/document was mailed to Judge William J. Martinez / Clerk of the Court at Alfred A. Arraj United States Courthouse located at 901 19th Street, Room A105 in Denver, CO 80294-3589 on June 21st, 2018

Heather Carr





Case No. 1:16-cr-00054-WJM   Document 424   filed 06/29/18   USDC Colorado   pg 4 of 4