IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge William J. Martínez

Civil Action No. 18-cv-1681-WJM
Criminal Case No. 16-cr-054-WJM-1

UNITED STATES OF AMERICA,

v.

1. **HEATHER CARR,**

   Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **August 6, 2018**, shall file an answer or other pleading directed to the motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings.

Dated this 5th day of July, 2018.

BY THE COURT:

_____
William J. Martínez
United States District Judge