## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16-cr-00054-WJM-1

Civil Case No. 1:18-cv-01681-WJM

UNITED STATES OF AMERICA,

   Plaintiff-Respondent,

v.

1.  HEATHER CARR,

   Defendant-Movant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 9th day of July, 2018.

          Paul Farley
Name of Attorney

          United States Attorney's Office
Firm Name

          1801 California Street, Suite 1600
Office Address

          Denver, CO 80202
City, State, ZIP Code

          303-454-0100
Telephone Number

          USACO.ECFAppellate@usdoj.gov
Primary CM/ECF E-mail Address

Respectfully submitted this 9th day of July 2018.

    ROBERT C. TROYER
    United States Attorney

    By: *s/ Paul Farley*
    Paul Farley
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street,
    Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail:
    USACO.ECFAppellate@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/Colorado)**

I hereby certify that on <u>July 9, 2018</u>, I electronically filed the foregoing document with Clerk of Court using the CM/ECF system and certify that a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Heather Carr
#89751-083
Federal Prisoner Satelite Camp
37930 North 45th Avenue
Phoenix, AZ 85086

<u>*s/ Amanda Bell*</u>
Amanda Bell
United States Attorney's Office
Denver, Colorado
