IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge William J. Martínez

Civil Action No. 18-cv-1681-WJM
Criminal Case No. 16-cr-054-WJM-1

UNITED STATES OF AMERICA,

v.

1.   HEATHER CARR,

   Movant.

## ORDER

This matter is before the Court on the Motion for Appointment of Counsel (ECF No. 424) filed by Defendant, Heather Carr.  Ms. Carr asks the Court to appoint counsel to represent her in connection with her motion to vacate her sentence filed pursuant to 28 U.S.C. § 2255.

Generally, the right to appointed counsel extends to the first appeal of right, and no further.  *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987).  However, the Court has discretion to appoint counsel in proceedings pursuant to § 2255.  *See* 28 U.S.C. § 2255(g).  Appointment of counsel is governed by 18 U.S.C. § 3006A.  *See id.*  Thus, appointment of counsel for financially eligible persons is appropriate when the interests of justice so require.  *See* 18 U.S.C. § 3006A(a)(2)(B).  In addition, appointment of counsel is required if an evidentiary hearing is required.  *See Swazo v. Wyoming Dep't of Corrections State Penitentiary Warden*, 23 F.3d 332, 333 (10th Cir. 1994); *see also* Rule 8(c) of the Rules Governing Section 2255 Proceedings for the United States

District Courts ("If an evidentiary hearing is warranted, the judge must appoint an attorney to represent a moving party who qualifies to have counsel appointed under 18 U.S.C. § 3006A.").

Even assuming Ms. Carr is financially eligible, the Court is not persuaded that the interest of justice requires appointment of counsel at this stage of the proceedings. Accordingly, it is

ORDERED that the Motion for Appointment of Counsel (ECF No. 424) is DENIED at this time.

Dated this 11th day of July, 2018.

BY THE COURT:

William J. Martínez
United States District Judge