**ATTACHMENT C**

FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

April 5, 2018

Elisabeth A. Shumaker
Clerk of Court

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 18-1021 (D.C. No. 1:16-CR-00054-WJM-1) (D. Colo.) |
| HEATHER CARR, | |
| Defendant - Appellant. | |

_____

### ORDER AND JUDGMENT[*]

_____

Before **TYMKOVICH**, Chief Judge, **BRISCOE** and **O'BRIEN**, Circuit Judges.

_____

Heather Carr accepted a plea agreement and pleaded guilty to one count of conspiracy to defraud the government with respect to claims, in violation of 18 U.S.C. § 286. She was sentenced to 57 months of imprisonment. Although the plea agreement contained an appeal waiver, Ms. Carr appealed. The government moves to enforce the appeal waiver under *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc) (per curiam).

---

[*] This panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Under *Hahn*, we consider "(1) whether the disputed appeal falls within the scope of the waiver of appellate rights; (2) whether the defendant knowingly and voluntarily waived his appellate rights; and (3) whether enforcing the waiver would result in a miscarriage of justice." *Id.* at 1325. We need not address a *Hahn* factor that the appellant does not contest. *See United States v. Porter*, 405 F.3d 1136, 1143 (10th Cir. 2005).

In her response to the government's motion, Ms. Carr, through counsel, concedes that her appeal waiver is enforceable as to this direct appeal, and she does not contest any of the *Hahn* factors. Accordingly, the motion to enforce is granted, and this matter is terminated.

Entered for the Court
Per Curiam