FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2018

JEFFREY P. COLWELL
CLERK

Motion to amend 2255 motion with additional claim

Case #: 1:16-CR-00054-WJM-1
Heather Carr

Claim 5: Points need to be recalculated

During the time my previous lawyer Mary Butterton was advising me I informed her several times that the amount the prosecution was alleging was a loss was completely out of the realm I was aware of. Not only was the amount about 5 X higher than I was aware of but 3 people were included in this amount that should not have been. These people are Christine Duncan, Vanessa Lopez and Ismael Onier. These people were friends of Tramell Thomas and were not incarcerated and went into Pikes Peak Community College by their own free will and applied for these loans themselves. Their own MOI statements say they

applied for these loans themselves. The address their debit cards were sent to that had the funds loaded on them was the actual physical address of Christine Duncan in Colorado Springs. This was her residence, her friends, her loans. I even have a police report from January 29th, 2011 with Christine Duncan's own statement listing that address as her residence. This date coincides with the exact time the loans were obtained and these debit cards were mailed to her address. Vanessa Lopez was Christine Duncan's friend and Vanessa Lopez statements also state she was always at that address as well. Those 3 people's loan amounts were included in the loss amount of $562,487.85. My points were increased by 14 points because the loss amount was over $550,000. If Christine Duncan, Vanessa Lopez and Ismael Omaro loans were removed from this calculation it would be <u>under</u> $550,000.

That would put me in a different guideline range. My lawyer never did address this or attempt to fix this even though I mentioned this several times. In previous emails I have submitted to the court my lawyer advised me points don't matter and guidelines ranges are only advisory and wouldn't make a difference since my plea was 24 months. Clearly now I see that points and guideline ranges do in fact matter and this needs to be corrected and I be resentenced using the correct points and guideline range. My restitution amount would need to be corrected as well. Thank you for your consideration.

Sincerely,

Heather Carr

Renewed motion for appointment of Counsel for Heather Carr

Case#: 1:16-CR-00054-WJM-1

I will need appointment of counsel to properly advise me on points calculated in my PSI due to the additional claim added to my 2255 motion. I was not advised properly on my case by my previous lawyer and since that was the only lawyer I had spoken with I would like the opportunity to be advised correctly. I am not a lawyer and have no knowledge of the law and am currently incarcerated with no way to access information I need regarding this case. The interests of justice will require the appointment of counsel in this case. Ruling on this motion will require the court to resolve factual disputes at an evidentiary hearing which requires the appointment of counsel.

Sincerely,
Heather Carr

Motion for leave to file a reply Out of Time

Case #: 1:16-CR-00054-WJM-1
Heather Carr

I do not know if there is a time limit to reply to the government's response in July. Until recently I was unaware I was even able to respond, since no order was issued advising me of any timeframe to respond. I have no lawyer to advise me on the rules or procedures of a 2255 motion and there is another renewed motion to appoint counsel that is filed with this motion. I respectfully ask that my response to the government's response be attached and considered with my 2255 motion.

Sincerely,
Heather Carr

I hereby certify that a copy of the foregoing documents were mailed to Judge William J. Martinez / Clerk of the Court at Alfred A. Arraj United States Courthouse located at 901 19th St., Room A105 in Denver, CO 80294-3589 on October 16th, 2018.

Heather Carr

Included documents:
- Motion for leave to file a reply out of time
- Movant's response to government's response to vacate set aside or correct sentence motion
- Motion to amend 2255 motion with additional claim
- Renewed motion for appointment of counsel

Walter Clark #89751-083
Sompers Federal Prison Camp
37910 N 45th Avenue
Phoenix, AZ 85086

West Valley P&DC
WED 17 OCT 2018 AM

CERTIFIED MAIL
7001 0320 0000 3581 8804

Judge William J. Martinez
Clerk of the Court
Alfred A. Arraj U.S. Courthouse
901 19th St Room A105
Denver, CO
80294-3589

