**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
10/22/2018
**JEFFREY P. COLWELL, CLERK**

Renewed motion for appointment of Counsel for Heather Carr

Case #: 1:16-CR-00054-WJM-1

I will need appointment of counsel to properly advise me on points calculated in my PSI due to the additional claim added to my 2255 motion. I was not advised properly on my case by my previous lawyer and since that was the only lawyer I had spoken with I would like the oppertunity to be advised correctly. I am not a lawyer and have no knowledge of the law and am currently incarcerated with no way to access information I need regarding this case. The interests of justice will require the appointment of counsel in this case. Ruling on this motion will require the court to resolve factual disputes at an evidentiary hearing which requires the appointment of counsel.

Sincerely,
Heather Carr

Oliver Carr #89751-083
Dompers Federal Prison Camp
37910 N 45th Avenue
Phoenix, AZ 85086

Judge William J. Martinez
Clerk of the Court
Alfred A. Arraj U.S. Courthouse
901 19th St Room A105
Denver, CO
80294-3589

West Valley P&DC
WED 17 OCT 2018 AM

CERTIFIED MAIL
7001 0320 0004 3581 8804

