FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10/22/2018
JEFFREY P. COLWELL, CLERK

Motion for leave to file a reply
out of Time

Case #: 1:16-CR-00054-WSM-1
Heather Carr

I do not know if there is a time limit
to reply to the governments response
in July. Until recently I was unaware
I was even able to respond since no
order was issued advising me of any
timeframe to respond. I have no
lawyer to advise me on the rules
or procedures of a 2255 motion and
there is another renewed motion to appoint
counsel that is filed with this motion.
I respectfully ask that my response
to the governments response be attached and
considered with my 2255 motion.

Sincerely, Heather Carr

I hereby certify that a copy of the foregoing documents were mailed to Judge William J. Martinez / Clerk of the Court at Alfred A. Arraj United States Courthouse located at 901 19th St., Room A105 in Denver, CO 80294-3589 on October 16th, 2018.

Heather Carr

Included documents :
• Motion for leave to file a reply out of time
• Movants response to governments response to vacate set aside or correct sentence motion
• Motion to amend 2255 motion with additional claim
• Renewed motion for appointment of counsel

Oliver Carr #89751-083
Compass Federal Prison Camp
37930 N 45th Avenue
Phoenix, AZ 85086

West ValleyP&DC
WED 17 OCT 2018 AM

CERTIFIED MAIL

7001 0320 0004 3587 8804

Judge William J. Martinez
Clerk of the Court
Alfred A. Arraj U.S. Courthouse
901 19th St Room A105
Denver, CO
80294-3589

