IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    HEATHER CARR,

      Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case. Counsel appears pursuant to District of Colorado General Order 2019-01, which appoints the Federal Public Defender to "pursue relief" on behalf of "all defendants convicted in this District who may be eligible for retroactive relief under Section 404 of the [First Step] Act."

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Meredith B. Esser
      MEREDITH B. ESSER
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Meredith_Esser@fd.org
      Attorney for Defendant

CERTIFICATE OF SERVICE

  I hereby certify that on October 21, 2019, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Martha Ann Paluch, Assistant United States Attorney
  Email:  Martha.Paluch@usdoj.gov

  Barbara Skalla, Assistant United States Attorney
  Email:  Barbara.Skalla@usdoj.gov


  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Heather Carr (via U.S. mail)


           s/ Meredith B. Esser
           MEREDITH B. ESSER
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Meredith_Esser@fd.org
           Attorney for Defendant