IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    HEATHER CARR,

        Defendant.

_____

## MOTION TO WITHDRAW
_____

The Office of the Federal Public Defender, by and through undersigned counsel, previously entered its appearance in the above-captioned case. Pursuant to General Order 2019-01, this Office entered its appearance in Ms. Carr's pro se "Motion Requesting Relief Under Compassionate Release Pursuant to 18 U.S.C. 3582 (c)(1)(A)." Having now completed this review within the confines of the General Order, the Office of the Federal Public Defender moves to withdraw. Undersigned counsel does not intend this motion to serve as any particular comment on the merits of the issues raised in the pro se petition for relief or the defendant's continued right to purse relief on his own behalf.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Meredith Esser
MEREDITH ESSER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Meredith.Esser@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interest parties and the following:

    Martha Ann Paluch, Assistant United States Attorney
    Email:  Martha.Paluch@usdoj.gov

    Barbara Skalla, Assistant United States Attorney
    Email: Barbara.Skalla@usdoj.gov


I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Heather Carr (via U.S. mail)

                                                  s/ Meredith B. Esser
                                                  MEREDITH B. ESSER
                                                  Assistant Federal Public Defender