IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HEATHER CARR,

    Defendant.
_____

AMENDED MOTION TO WITHDRAW
_____

On September 9, 2019, Heather Carr filed a motion under the compassionate release provision of the First Step Act. The Office of the Federal Public Defender, by and through undersigned counsel, previously entered its appearance in the above-captioned case on October 21, 2019 pursuant to General Order 2019-01 from the District of Colorado, which pertains to the First Step Act. That same day, Federal Defender then moved to withdraw explaining:

> Having now completed this review within the confines of the General Order, the Office of the Federal Public Defender moves to withdraw. Undersigned counsel does not intend this motion to serve as any particular comment on the merits of the issues raised in the pro se petition for relief or the defendant's continued right to purse relief on his own behalf.

On October 22, 2019, this Court ordered the Federal Public Defender to file a reply to the government's response, and determined that it would defer ruling on the Motion to Withdraw until it had the "opportunity to consider the relevant filings."

Undersigned counsel then became aware that the defendant, Heather Carrr, previously filed a motion against the Federal Public Defender under 28 U.S.C. § 2255, claiming ineffective assistance of counsel. That Section 2255 motion was filed on June 29, 2018, well before the compassionate release claim was filed. Although the Section 2255 motion was subsequently denied by this Court, the allegations in the motion put counsel in an adversarial position with Ms. Carr, and may impede counsel's ability to speak on Ms. Carr's behalf under Colorado Rule of Professional Conduct 1.7.

Accordingly, undersigned counsel seeks the following relief:

1. An order allowing the Federal Public Defender to withdraw as counsel based on a conflict of interest;
2. Appointment of conflict-free counsel under the Criminal Justice Act;
3. A 30-day continuance to allow CJA counsel to reply to the Government's response and otherwise consult with Ms. Carr.

The government has been contacted regarding the 30-day continuance and has no objection.

WHEREFORE, undersigned counsel respectfully requests that this Court issue an Order allowing the Office of the Federal Public Defender and undersigned counsel to withdraw from further representation of Ms. Carr, and to appoint a conflict-free member of the CJA Panel to represent her.

Respectfully submitted,

VIRGINIA L. GRADY

Federal Public Defender

s/Meredith Esser
MEREDITH ESSER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Meredith.Esser@fd.org
Attorney for Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interest parties and the following:

Martha Ann Paluch, Assistant United States Attorney
Email:  Martha.Paluch@usdoj.gov


I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Heather Carr (via U.S. mail)

s/ Meredith B. Esser
MEREDITH B. ESSER
Assistant Federal Public Defender
