IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEATHER CARR,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and that pursuant to a Criminal Justice Act appointment I appear in this case as counsel for Defendant Heather Carr.

DATED this 5th day of November, 2019.

        /s/ Jason D. Schall
Jason D. Schall
Schall Law LLC
7350 E Progress Pl Ste 100
Greenwood Village, CO 80111
Telephone: (720) 505-3861
E-mail: jason@schalljd.com
Attorney for Defendant Heather Carr

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

I hereby certify that on November 5, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>AUSA Paul Farley
>AUSA Martha Paluch
>AUSA Bryan Fields
>U.S. Attorney's Office
>1801 California Street, Suite 1600
>Denver, CO 80202
>(303) 454-0100
>Paul.Farley@usdoj.gov
>Martha.Paluch@usdoj.gov
>Bryan.Fields3@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner indicated below:

>Ms. Heather Carr (USM# 89751-083)
>96 Federal Prisoner Satellite Camp
>37930 North 45th Avenue
>Phoenix, AZ 85086

>    /s/   Jason D. Schall
>Jason D. Schall
>Schall Law LLC
>7350 E Progress Pl Ste 100
>Greenwood Village, CO 80111
>Telephone: (720) 505-3861
>E-mail: jason@schalljd.com
>Attorney for Defendant Heather Carr