## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  HEATHER CARR,

    Defendant.

---

### SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)

---

TO THE HONORABLE WILLIAM J. MARTINEZ, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLORADO:

    Defendant Heather Carr, through counsel, respectfully submits this Supplemental Authority in Support of Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1) ("Supplement") and would show the following:

### BACKGROUND

    On September 12, 2019, the Court received and filed Ms. Carr's Motion for Compassionate Release ("Motion") (Dkt. 508.) The Motion is now briefed by both parties. (Government's Response at Dkt. 513; Defendant's Reply at Dky. 520.) Ms. Carr asks the Court to apply § 603(b) of the First Step Act and modify her remaining sentence from incarceration to home confinement to allow her to care for her minor children.

### EVOLVING CIRCUMSTANCES

    As the Court is all too aware, the global COVID-19 pandemic and the extraordinary community-wide efforts to slow the spread of the virus have forced institutions, industries, and indeed entire states and nations to shut down.

As they did at the time of her Reply, Ms. Carr's two minor children are cared for by their adult sister, Ms. Ayanna Brown. (*See* Exhibit A, Letter from Ms. Ayanna Brown, dated March 18, 2020.) Ms. Brown works as "medical staff" for a Veteran's Administration hospital in the Phoenix area, and her younger siblings attend day care while she is at work. While day cares, especially those servicing the families of medical providers, are striving to keep their doors open, closures appear increasingly inevitable. Even if her day care remains open, the supplement that Ms. Brown has received to assist with care for her special-needs brother is set to expire on Tuesday, March 31, 2020 because Ms. Brown's income exceeds program limits. (*See also* Exhibit B, letter from the Arizona Department of Child Safety.) To make matters worse, Ms. Brown has been told that her job may require "mandatory deployments to areas of need" (Ex. A at 1) as a result of the pandemic. If Ms. Brown's day care closes or her job demands additional sacrifices, Ms. Brown will be forced to choose between her family and their livelihood. Ms. Carr, meanwhile, lives with knowing that she put her family in this position, a punishment in some ways greater than that any Court could impose.

Given the immediate barriers to rapidly holding an evidentiary hearing and receiving testimony from the defendant and her daughter, Ms. Carr submits three exhibits to the Court, including her own personal plea for consideration. (*See* Exhibit C, Letter from Ms. Heather Carr, dated March 19, 2020.)  Ms. Carr asks for the Court's mercy knowing that she has not paid her debt to society, but hoping that the brunt of her remaining punishment does not have to be borne by her children.

## CONCLUSION

In light of the circumstances and evidence presented, Ms. Carr respectfully asks the Court to acknowledge the "extraordinary and compelling" reasons justifying her Motion for

Compassionate Release and grant her request to modify the remainder of her sentence to a term of home confinement. 18 U.S.C. § 3582(c)(A)(i). Contemporaneously with the filing of this Supplement, undersigned counsel will also submit a Motion to Expedite Ruling in this matter.

Dated this 20th day of March, 2020.

        /s/   Jason D. Schall
Jason D. Schall
Schall Law LLC
7350 E Progress Pl Ste 100
Greenwood Village, CO 80111
Telephone: (720) 505-3861
E-mail: jason@schalljd.com
Attorney for Defendant Heather Carr

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

I hereby certify that on March 20, 2020, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

    AUSA Paul Farley
    AUSA Martha Paluch
    AUSA Bryan Fields
    U.S. Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    (303) 454-0100
    Paul.Farley@usdoj.gov
    Martha.Paluch@usdoj.gov
    Bryan.Fields3@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following

participant in the manner indicated below:

    Ms. Heather Carr (USM# 89751-083)
    96 Federal Prisoner Satellite Camp
    37930 North 45th Avenue
    Phoenix, AZ 85086

                            /s/  Jason D. Schall
                         Jason D. Schall
                         Schall Law LLC
                         7350 E Progress Pl Ste 100
                         Greenwood Village, CO 80111
                         Telephone: (720) 505-3861
                         E-mail: jason@schalljd.com
                         Attorney for Defendant Heather Carr