DEFENDANT'S EXHIBIT A

3/18/2020

Dear Judge Martinez,

My name is Ayanna, the eldest daughter of Heather Carr.

Since my mother's incarceration there has been very drastic changes to my life. I have taken custody of my younger siblings Milani and Tru Thomas. Milani is 9 years old now and Tru is 5. Having to take on the sudden responsibility of two kids that are not your own is not the easiest thing, but it becomes more of a complicated dynamic from having to switch from a sister role to a mother role.

Me and my ex-husband originally took in the kids, and only after a few months of getting custody of them, he wanted me to put them in foster care because he couldn't handle the stress of it. Things eventually got abusive and out of hand, and I had to get a restraining order on him and hurry and move my siblings and I out of that house and into our own apartment. Since then we have divorced. Now it is just me providing for and taking care of the kids.

My involvement with the state of Arizona hasn't been the greatest when it comes to getting help with the kids. I've had to find a lot of things out on my own and it felt like pulling teeth to get service for my younger brother Tru who has autism. It has been very hard to find him a daycare that has been able to care for him. He was always getting kicked out of daycares because they couldn't handle him. I was luckily able to find a temporary situation at a substandard daycare covered through 3/31/20. That daycare was already an unstable situation but now that the daycare subsidy expiration date is approaching, I am not able to afford daycare and I got denied renewing his daycare coverage because I make more than 25K a year. I have been continually emailing and calling my former case manager through DCS to let her know I can't care for the kids any longer as well as calling other numbers at social services and no one will return any of my calls. I called the hotline and they said if there is not severe abuse or neglect at the home, they cannot come pick up the kids and that someone will call me back. But they never do. Not only can I not afford the daycare anymore but now with the current state of our world due to the Coronavirus - there isn't even schools, afterschool programs or places for the kids to go even if I could afford it!

Now with this Coronavirus pandemic increasing daily - I am at my breaking point. There is no help anywhere and all the schools are closed, and we have no family or anyone to help us. I work for the VA Hospital, and as a government employee I must go into work. They will not let me take any leave, even if I had any to take. We have meeting about the Coronavirus weekly and at our meeting this week they are now shipping us out on a volunteer basis to go out and help in areas in dire need of medical staff. They have told us that this situation may be switching to mandatory deployments to areas of need very soon if the situation becomes worse since I am medical staff it is my duty and is required to serve in times of need because I am labeled as essential staff in a national emergency. I literally am getting to the place where I would have to drop the kids off at the police station and not know where they will end up

because I have no one to watch them or help me. If my mom was home, she would be able to be there for them while I continue to provide a roof over our heads and food in our stomachs

I have never experienced so much heartache and stress in my life and I'm only 24. I am in dire need of what seems like a miracle, prior to this coronavirus outbreak I was already struggling, now I'm on the verge of losing my job just because I want to take care of my siblings to make things as normal as possible for them because they didn't ask for any of this. I just need my mom home to help me, and to be there for not only my siblings but me as well. My mom loves us more than anything, there has never been any history of abuse or neglect, having her home will ease the pain I am experiencing. We are all we have, and we need each other especially now with this worldwide pandemic occurring. I am desperate and don't want what we have left of our family to dissipate. Please take this under consideration and give our mom back……please.

Thank you,

Ayanna Brown

```
5424 CHILD CARE IRVINGTON DES
195 W IRVINGTON                                    CC-370
TUCSON, AZ 85714
```

**DEFENDANT'S EXHIBIT B**

```
                              PRIM ID:
                              CHILD ID:
```

AYANNA BROWN

DCS CHILD CARE
NOTIFICATION OF REVIEW (W/O APP)

DEAR AYANNA BROWN,

YOUR AUTHORIZATION FOR CHILD CARE ASSISTANCE UNDER PROTECTIVE SERVICES
IS ENDING 03/31/2020.

IF CHILD CARE SERVICES WILL NOT BE CONTINUED BY YOUR DEPT OF CHILD SAFETY
OR TRIBAL PROTECTIVE SERVICES CASE MANAGER, AND YOU STILL NEED CHILD CARE
ASSISTANCE, YOU MUST CONTACT THE CHILD CARE SPECIALIST LISTED BELOW BY
03/05/2020 TO REQUEST AN APPLICATION.

YOU MAY BE ELIGIBLE TO CONTINUE TO RECEIVE CHILD CARE SERVICES IF YOU
SUBMIT AN APPLICATION, MEET INCOME GUIDELINES, AND NEED CHILD CARE FOR
WORK; WORK AND SCHOOL (IF YOU WORK AT LEAST 20 HOURS PER WEEK); HIGH
SCHOOL OR GED CLASSES FOR TEEN PARENTS; OR IF YOU ARE UNABLE TO CARE FOR
YOUR OWN CHILDREN FOR PART OF THE DAY DUE TO A PHYSICAL, MENTAL, OR
EMOTIONAL CONDITION; OR DUE TO PARTICIPATION IN A DRUG OR ALCOHOL
REHABILITATION PROGRAM; OR COURT ORDERED COMMUNITY SERVICE PROGRAM.

IF YOU FAIL TO CONTACT YOUR CHILD CARE SPECIALIST YOUR CHILD CARE MAY
BE STOPPED, AND YOUR CASE MAY BE CLOSED.  YOU MAY BE SUBJECT TO THE
PRIORITY WAITING LIST UPON APPLICATION.

DORA URQUIDEZ                                              02/19/2020
SPECIALIST NAME              PHONE NUMBER                  DATE

        FAIR HEARING RIGHTS ARE EXPLAINED ON THE BACK OF THIS FORM
                   EQUAL OPPORTUNITY EMPLOYER/PROGRAM
              AVAILABLE IN ALTERNATIVE FORMAT 602-542-4248
                 DISPONIBLE EN ESPANOL EN LA OFICINA LOCAL

**DEFENDANT'S EXHIBIT C**

# Jason Schall

| | |
|---|---|
| From: | CARR HEATHER (89751083) |
| Sent Date: | Thursday, March 19, 2020 9:22 PM |
| To: | jason@schalljd.com |
| Subject: | Update on Heather Carr's current situation |

I am sending this email to my attorney, Jason Schall, so that it can be included as an exhibit in my supplemental filing.

To the Honorable William J. Martinez, U.S. District Court Judge:

This is a plea to the Court to please consider and rule on my pending Compassionate Release motion. My family situation is dire now in regards to the stability of my family, and the health, safety and well being of my children. As verified in my PSI, I have no other family but my children. My oldest daughter Ayanna Brown has custody of my youngest children, Milani and Tru Thomas, ages 9 and 5 years old. As of March 31st, the daycare subsidy my autistic special needs son receives will run out since he is no longer eligible because my daughter makes over 25K a year. Now with the Coronavirus (COVID-19 virus) the pandemic situation with my children has become even more incapacitating. All schools and after school programs are cancelled with nowhere for children to go while parents and caregivers have to work. Most likely this will last through the end of the school year. Another huge issue is my daughter getting to the stores early and waiting in lines to get basic necessities and food for our family before the stores shelves are cleared out every morning due to demand. She has to be to work every morning which is mandatory and they will not give her leave. My daughter is at her breaking point and has never had to deal with anything even remotely close to this pandemic or having to face the challenge of finding different people everyday willing and able to watch the kids while she goes to work since all of the schools and care facilities are closed. Finding care for my son was already an issue before this pandemic, now it is virtually impossible.

As far as the federal camp itself that I am housed at, we are without adequate medical staff, proper medical equipment, sterilization techniques, gloves, sanitizers, masks and other necessary items. The conditions of this camp are not sanitary, the living conditions are extremely close as each of the 4 housing buildings holds 75 women each in a open setting with bunkbeds with 1 bathroom upstairs and 1 bathroom downstairs. There is 1 laundry room to be shared with 300 women where all laundry is washed together in unsanitary conditions. There are 5 phones for 300 women with no sanitizer. Even the cafeteria accomodates over 100 women at a time and is regularly out of hand sanitizer and has substandard sanitary and cooking conditions. Federal "campers" as we are called are within 3 feet of each other constantly.

Throughout the Federal Bureau of Prisons the First Step Act is too slowly being implemented. I was already assessed by the PATTERN risk and needs assessment system to be a minimum risk - the lowest risk level possible and I am eligible for home confinement as soon as the First Step Act time credits are implemented. I have now completed over 50 classes and I have exhausted every possible recidivism class and option available to me since I do not qualify for any of the drug programs since I have no history of drug use.

To date, I have served 26 months of a 57 month sentence. With good time credits my actual release date is February 2022 with a home confinement date of September 7th, 2021. With additional halfway house time and/or First Step Act time credits when they take effect, I will be released into the community in the next 5-11 months. Due to the huge issues my children are facing, I am humbly pleading with the Court to PLEASE let me complete my sentence on home confinement now, at home with my children who desperately need me there. I was on pre-trial for 2 years and had no issues then or in the 26 months I have been incarcerated since I self surrendered to the Phoenix Federal Prison Camp.

Please consider my pending motion for Compassionate Release and factor in the current state of our country, the Coronavirus pandemic, and the huge effect it is having on not only my family but the entire world. This is a time when mothers need to be with their children. Especially when there is no other family to step in and help and support them. This is something that none of us has experienced in our lifetime and the days, weeks and months ahead are going to test all of our strength. I take full responsibility of my crime and I am not asking the Court to reduce the sentence imposed. I am humbly asking that the Court let me serve the remainder of my sentence at

Jason Schall

home on home confinement so I do not lose my children and so that they do not have to experience this national emergency by themselves. God bless you and your family and thank you for your time and consideration.

Sincerely,

Heather Carr