# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  HEATHER CARR,

    Defendant.

## MOTION TO EXPEDITE RULING

TO THE HONORABLE WILLIAM J. MARTINEZ, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLORADO:

    Defendant Heather Carr, through counsel, respectfully request a ruling on her Motion for Compassionate Release ("Motion") pursuant to the First Step Act. In support of this Motion, Ms. Carr states:

    1.    On September 12, 2019, the Court received and filed Ms. Carr's Motion requesting a reduction of her sentence to allow for the care of her minor children. (Dkt. 508.) Over six months have passed since Ms. Carr filed her pro se Motion.

    2.    On October 10, 2019, the Government filed its Response to Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Response"). (Dkt. 513.)

    3.    On November 4, 2019, the Court granted the Federal Public Defender's Motion to Withdraw, authorized the appointment of counsel pursuant to the Criminal Justice Act ("CJA"), and ordered new counsel to reply to the Response within 21 days of entering his or her appearance. (Dkt. 520.)

    4.    On November 5, 2019, undersigned counsel accepted the CJA appointment as Ms.

Carr's counsel and entered his appearance. (Dkt. 521.)

5. On November 25, 2019, undersigned counsel filed Ms. Carr's Reply to Response to Motion for Compassionate Release ("Reply"). (Dkt. 524.)

6. Because of the global COVID-19 pandemic and the extraordinary community-wide efforts to slow the spread of the virus, institutions, industries, and indeed entire states are shutting down. Contemporaneous with this filing, counsel will file a Supplement to Ms. Carr's Motion ("Supplement") updating the "extraordinary and compelling" circumstances in which she finds herself. This includes recent letters from both Ms. Carr and her daughter, Ms. Ayanna Brown, the caretaker of Ms. Carr's minor children, detailing the situation.

7. Given the pandemic and the machinations necessary to quickly hold an evidentiary hearing, Ms. Carr respectfully asks that the Court accept her Supplement and expedite its ruling on her Motion for Compassionate Release. As previously stated, the Government opposes Ms. Carr's Motion for Compassionate Release.

Dated this 20th day of March, 2020.

                                                */s/   Jason D. Schall*
                                              Jason D. Schall
                                              Schall Law LLC
                                              7350 E Progress Pl Ste 100
                                              Greenwood Village, CO 80111
                                              Telephone: (720) 505-3861
                                              E-mail: jason@schalljd.com
                                              Attorney for Defendant Heather Carr

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

I hereby certify that on March 20, 2020, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

>AUSA Paul Farley
>AUSA Martha Paluch
>AUSA Bryan Fields
>U.S. Attorney's Office
>1801 California Street, Suite 1600
>Denver, CO 80202
>(303) 454-0100
>Paul.Farley@usdoj.gov
>Martha.Paluch@usdoj.gov
>Bryan.Fields3@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following

participant in the manner indicated below:

>Ms. Heather Carr (USM# 89751-083)
>96 Federal Prisoner Satellite Camp
>37930 North 45th Avenue
>Phoenix, AZ 85086

>        /s/   Jason D. Schall
>Jason D. Schall
>Schall Law LLC
>7350 E Progress Pl Ste 100
>Greenwood Village, CO 80111
>Telephone: (720) 505-3861
>E-mail: jason@schalljd.com
>Attorney for Defendant Heather Carr

3