## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-054-WJM-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  HEATHER CARR,

      Defendant.

---

## NOTICE OF APPEAL

---

    Notice is hereby given that Ms. Heather Carr, in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Denying Motion for Compassionate Release [Dkt. 530], entered in this action on the 10th day of April, 2020.

    DATED this 16th day of April, 2020.

                                               */s/   Jason D. Schall*
                                               Jason D. Schall
                                               Schall Law LLC
                                               7350 E Progress Pl Ste 100
                                               Greenwood Village, CO 80111
                                               Telephone: (720) 505-3861
                                               E-mail: jason@schalljd.com
                                               Attorney for Defendant Heather Carr

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

I hereby certify that on April 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> AUSA Paul Farley
> AUSA Martha Paluch
> AUSA Bryan Fields
> U.S. Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> (303) 454-0100
> Paul.Farley@usdoj.gov
> Martha.Paluch@usdoj.gov
> Bryan.Fields3@usdoj.gov

I hereby certify that I have or will submit the document to the following participant in the manner indicated below:

> Ms. Heather Carr (USM #89751-083), via U.S. Mail
> FCI Phoenix
> Federal Correctional Institution
> Satellite Camp
> 37930 N. 45th Ave.
> Phoenix, AZ 85086

>               /s/   *Jason D. Schall*
> Jason D. Schall
> Schall Law LLC
> 7350 E Progress Pl Ste 100
> Greenwood Village, CO 80111
> Telephone: (720) 505-3861
> E-mail: jason@schalljd.com
> Attorney for Defendant Heather Carr