2255,APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:16–cr–00054–WJM</u>–1

Case title: USA v. Carr et al

Related  Case:  1:18–cv–01681–WJM

Date Filed: 02/08/2016

Date Terminated: 01/10/2018

Assigned to: Judge William J. Martinez

Appeals court case number: 18–1021 Tenth Circuit

### <u>Defendant (1)</u>

**Heather Carr**
*TERMINATED: 01/10/2018*

represented by

**Heather Carr**
#89751–083
96 Federal Prisoner Satelite Camp
37930 North 45th Avenue
Phoenix, AZ 85086
PRO SE

**Jason Dale Schall**
Schall Law LLC
7350 East Progress Place
Suite 100
Greenwood Village, CO 80111
720–505–3861
Email: jason@schalljd.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Mary Virginia Butterton**
Federal Public Defender's Office–Denver
633 17th Street
Suite 1000
Denver, CO 80202
303–294–7002
Fax: 303–294–7002
Email: mary_butterton@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Meredith Bartlett Esser**
Federal Public Defender's Office–Denver
633 17th Street
Suite 1000
Denver, CO 80202

303–294–7002
Fax: 303–294–1192
Email: meredith_esser@fd.org
*TERMINATED: 11/04/2019*
*Designation: Public Defender or Community*
*Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:286.F Conspiracy to Defraud the Government with Respect to Claims (1) | Incarceration: 57 months; Supervised Release: three years; Special Assessment: $100; Restitution: $562,487.85, jointly and severally with co–Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas –– ORDERED by Judge William J. Martinez on 1/10/2018 at Doc. No. 294 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1343.F Wire Fraud (2–13) | Dismissed. |
| 18:1341.F Mail Fraud (14–26) | Dismissed. |
| 18:1028A.F Aggravated Identity Theft (27–29) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Daniel Edward Burrows** |
|---|---|---|
| | | U.S. Attorney's Office–Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303–454–0201 |
| | | Email: daniel.burrows@usdoj.gov |
| | | *TERMINATED: 10/06/2016* |
| | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Martha Ann Paluch**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0402
Email: Martha.Paluch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Beth N. Gibson**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0406
Email: Beth.Gibson@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Bryan David Fields**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0402
Email: bryan.fields3@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Paul Farley**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0361
Email: paul.farley2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/08/2016 | 1 | | INDICTMENT as to Heather Carr (1) count(s) 1, 2–13, 14–26, 27–29, Trammel Thomas (2) count(s) 1, 2–13, 14–26, Mercedes Diaz (3) count(s) 1, 20–21. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal |

| | | | |
|---|---|---|---|
| | | | Information Sheet, # 3 Criminal Information Sheet) (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 2 | | RESTRICTED DOCUMENT – Level 4: as to Heather Carr, Trammel Thomas, Mercedes Diaz. (cthom, ) (Entered: 02/09/2016) |
| 02/08/2016 | 3 | | Arrest Warrant Issued in case as to Heather Carr. (cthom, ) (Entered: 02/09/2016) |
| 03/16/2016 | 12 | | Rule 5(c)(3) Documents Received as to Heather Carr from the Eastern District of Virginia. Defendant to appear in Denver on March 22, 2016 at 2:00 PM, before Magistrate Judge Tafoya, in Courtroom C201. (nmarb, ) (Entered: 03/16/2016) |
| 03/22/2016 | 13 | | COURTROOM MINUTES FOR Initial Appearance as to Heather Carr held on 3/22/2016 Magistrate Judge Kathleen M. Tafoya. Defendant present on bond and advised. Federal Public Defender appointed. Arraignment and Discovery hearings set for 3/24/2016 10:00 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant's bond continued. (Total time: 10 mins, Hearing time: 236–246)<br><br>**APPEARANCES**: Michelle Korver on behalf of the Government, Angela Ledesma on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/22/2016) |
| 03/22/2016 | 14 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Heather Carr by Magistrate Judge Kathleen M. Tafoya on 3/22/16. Text Only Entry (sgrim) (Entered: 03/22/2016) |
| 03/22/2016 | 15 | | CJA 23 Financial Affidavit by Heather Carr. (sgrim, ) (Entered: 03/22/2016) |
| 03/22/2016 | 18 | | WAIVER of Presence for Arraignment and Discovery Conference by Heather Carr. (sgrim) (Entered: 03/24/2016) |
| 03/23/2016 | 16 | | NOTICE OF ATTORNEY APPEARANCE: Mary Virginia Butterton appearing for Heather CarrAttorney Mary Virginia Butterton added to party Heather Carr(pty:dft) (Butterton, Mary) (Entered: 03/23/2016) |
| 03/24/2016 | 17 | | COURTROOM MINUTES for Arraignment and Discovery hearings as to Heather Carr held on 3/24/2016 before Magistrate Judge Kathleen M. Tafoya. Defendant not present. Ms. Butterton tenders a waiver for Defendant's right to appear, the waiver is accepted. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Counsel is directed to chambers for further dates. Defendant's bond continued. (Total time: 2 mins, Hearing time: 1019–1021)<br><br>**APPEARANCES**: Kurt Bohn on behalf of the Government, Mary Butterton on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: KMT C201. (sgrim) Text Only Entry (Entered: 03/24/2016) |
| 03/24/2016 | 19 | | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 8 days as to Heather Carr by Magistrate Judge Kathleen M. Tafoya on 3/24/16. (sgrim, ) (Entered: 03/24/2016) |
| 03/31/2016 | 30 | | MOTION to Disclose Grand Jury Material to Defendant by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order |

| | | | |
|---|---|---|---|
| | | | (PDF Only))(Paluch, Martha) (Entered: 03/31/2016) |
| 03/31/2016 | 33 | | ORDER granting 30 Motion to Disclose Grand Jury Material as to Heather Carr (1), Trammel Thomas (2), Mercedes Diaz (3) by Judge William J. Martinez on 03/31/2016. (cthom, ) (Entered: 03/31/2016) |
| 03/31/2016 | 34 | | Unopposed MOTION for Protective Order *Regarding Grand Jury Material and Personal Identifying Information of Third Parties* by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/31/2016) |
| 04/01/2016 | 35 | | ORDER Setting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 5/3/2016. Responses due by 5/13/2016. 6 day Jury Trial set for 5/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 5/24/2016 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 36 | | ORDER granting 34 Motion for Stipulated Protective Order as to Heather Carr (1), Trammel Thomas (2), Mercedes Diaz (3) by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 37 | | ORDER on Procedures as to Heather Carr, Trammel Thomas, Mercedes Diaz, by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 38 | | ORDER Regarding Joint Defense Agreement Disclosures as to Heather Carr, Trammel Thomas, Mercedes Diaz, by Judge William J. Martinez on 04/01/2016. (cthom, ) (Entered: 04/01/2016) |
| 04/01/2016 | 39 | | Utility Setting/Resetting Deadlines/Hearings pursuant to 35 as to Heather Carr, Trammel Thomas, Mercedes Diaz: Text Only Entry Motions due by 5/3/2016. Responses due by 5/13/2016. 6 day Jury Trial set for 5/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 5/24/2016 at 03:00 PM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 04/04/2016) |
| 04/18/2016 | 44 | | Unopposed MOTION to Exclude *90 Days From The Requirements Of The Speedy Trial Act* by Heather Carr. (Butterton, Mary) (Entered: 04/18/2016) |
| 04/19/2016 | 45 | | ORDER granting 44 Motion to Exclude as to Heather Carr (1). All days from today, to and including July 18, 2016, shall be excluded from the Speedy Trial Clock as to **ALL Defendants** ; The 6–day Jury Trial set to commence on May 31, 2016 and the Final Trial Preparation Conference set for May 24, 2016 at 3:00 p.m. are hereby **VACATED as to ALL Defendants**. The Court will enter a separate Order resetting the Trial date and related deadlines. ORDERED by Judge William J. Martinez on 04/19/2016. (cthom, ) (Entered: 04/19/2016) |
| 04/19/2016 | 46 | | ORDER Resetting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 8/1/2016. Responses due by 8/11/2016. 6 day Jury Trial set for 8/29/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 8/19/2016 at 04:00 PM in Courtroom A 801 before Judge William J. Martinez. Ordered by Judge William J. Martinez on 04/19/2016. (cthom, ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 04/19/2016) |
| 04/20/2016 | 48 | | RESTRICTED DOCUMENT – Level 3: by Heather Carr. (Butterton, Mary) (Entered: 04/20/2016) |
| 05/02/2016 | 55 | | ORDER granting 54 Motion to Exclude as to Trammel Thomas (2). All days from September 4, 2016, to and including November 3, 2016, shall be excluded from the Speedy Trial Clock as to **ALL Defendants** ; The 6–day Jury Trial set to commence on August 29, 2016 and the Final Trial Preparation Conference set for August 19, 2016 are hereby VACATED as to **ALL Defendants**. ORDERED by Judge William J. Martinez on 05/02/2016. (cthom, ) (Entered: 05/02/2016) |
| 05/11/2016 | 57 | | ORDER Resetting Trial Dates and Related Deadlines as to Heather Carr, Trammel Thomas, Mercedes Diaz: Motions due by 9/23/2016. Responses due by 10/3/2016. 6 day Jury Trial set for 10/24/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Trial Preparation Conference set for 10/17/2016 at 02:00 PM in Courtroom A 801 before Judge William J. Martinez. There will be no trial day on Friday October 28th, accordingly, the trial will extend to November 1st. ORDERED by Judge William J. Martinez on 05/11/2016. (cthom, ) Modified on 5/11/2016 (cthom, ). (Entered: 05/11/2016) |
| 05/11/2016 | 58 | | Utility Setting/Resetting Deadlines/Hearings as to Heather Carr, Trammel Thomas, Mercedes Diaz: Text Only Entry Jury Trial set for 10/24/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/25/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/26/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/27/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 10/31/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Jury Trial set for 11/1/2016 08:30 AM in Courtroom A 801 before Judge William J. Martinez. (cthom, ) (Entered: 05/11/2016) |
| 08/30/2016 | 73 | | ORDER granting 71 Motion to Exclude as to Trammel Thomas (2); Denying as moot 72 Motion to Continue as to Trammel Thomas (2). **All days from November 4, 2016, to and including February 2, 2017, shall be excluded from the Speedy Trial Clock as to ALL Defendants**. The 6–day Jury Trial set to commence on October 24, 2016 and the Final Trial Preparation Conference set for October 17, 2016 are hereby **VACATED as to ALL Defendants**. ORDERED by Judge William J. Martinez on 08/30/2016. (cthom, ) Modified to add text on 8/30/2016 (cthom, ). (Entered: 08/30/2016) |
| 08/31/2016 | 74 | | ORDER Re–setting Trial Date and Related Deadlines as to Heather Carr, Trammel Thomas. Motions due by 1/2/2017. Responses due by 1/12/2017. 6 day Jury Trial set for 1/30/2017 08:30 AM in Courtroom A 801 before Judge William J. Martinez; the trial will conclude on Tuesday, February 7, 2017, with no trial being held on Friday, February 3, 2017. Trial Preparation Conference set for 1/23/2017 at 10:30 AM in Courtroom A 801 before Judge William J. Martinez. ORDERED by Judge William J. Martinez on 08/31/2016. (cthom, ) (Entered: 08/31/2016) |
| 10/05/2016 | 77 | | NOTICE OF ATTORNEY APPEARANCE Beth N. Gibson appearing for USA. Attorney Beth N. Gibson added to party USA(pty:pla) (Gibson, Beth) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/05/2016) |
| 10/05/2016 | 78 | | MOTION to Withdraw as Attorney by Daniel E. Burrows by USA as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Attachments: # 1 Proposed Order (PDF Only))(Burrows, Daniel) (Entered: 10/05/2016) |
| 10/06/2016 | 79 | | ORDER as to **Heather Carr (1), Trammel Thomas (2), and Mercedes Diaz (3)** granting the Motion to Withdraw 78 : The Motion is GRANTED for good cause shown. Daniel Burrows is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Mr. Burrows in this case. SO ORDERED by Judge William J. Martinez on 10/06/2016. Text Only Entry (wjmsec, ) (Entered: 10/06/2016) |
| 11/10/2016 | 83 | | NOTICE of Disposition by Heather Carr (Butterton, Mary) (Entered: 11/10/2016) |
| 11/10/2016 | 85 | | ORDER Setting Change of Plea Hearing as to **Heather Carr (1)**: Pursuant to the Notice of Disposition 83 filed by the Defendant Carr, a **Change of Plea Hearing is hereby set for December 5, 2016 at 1:45 p.m. in Courtroom A801. The dates set for the Final Trial Preparation Conference and Trial are hereby VACATED as to this Defendant ONLY.** Counsel for the parties shall e–mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on November 28, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully–briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 11/10/2016. Text Only Entry (wjmsec, ) (Entered: 11/10/2016) |
| 11/28/2016 | 91 | | ORDER as to **Heather Carr (1)**: At the Change of Plea Hearing set for December 5, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Carr should remain on pretrial release pending imposition of her sentence, or whether her bond should be revoked and she should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 11/28/2016. Text Only Entry (wjmsec, ) (Entered: 11/28/2016) |
| 12/05/2016 | 93 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Change of Plea Hearing as to Defendant 1. Heather Carr held on 12/5/2016. Defendant pleads guilty to Count One of the Indictment and admits to the forfeiture allegation. Sentencing set for 4/28/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. Defendant's bond is continued.Court Reporter: Mary George. (dhans, ) (Entered: 12/05/2016) |
| 12/05/2016 | 94 | | PLEA AGREEMENT as to Heather Carr (dhans, ) (Entered: 12/05/2016) |
| 12/05/2016 | 95 | | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Heather Carr (dhans, ) (Entered: 12/05/2016) |

7

| 01/03/2017 | 103 | | Unopposed MOTION to Continue *Sentencing* by Mercedes Diaz as to Heather Carr, Trammel Thomas, Mercedes Diaz. (Rathod, Siddhartha) (Entered: 01/03/2017) |
|---|---|---|---|
| 02/01/2017 | 113 | | NOTICE of Change of Address/Contact Information (Paluch, Martha) (Entered: 02/01/2017) |
| 02/01/2017 | 114 | | NOTICE of Change of Address/Contact Information (Burrows, Daniel) (Entered: 02/01/2017) |
| 02/28/2017 | 117 | | Unopposed MOTION to Continue *Sentencing Hearing* by Heather Carr. (Butterton, Mary) (Entered: 02/28/2017) |
| 03/03/2017 | 120 | | ORDER as to **Heather Carr (1)** granting the Defendant's Unopposed Motion to Continue Sentencing Hearing 117 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for April 28, 2017 is hereby **VACATED and RESET to September 15, 2017 at 11:00 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 3/3/2017. Text Only Entry (wjmsec, ) (Entered: 03/03/2017) |
| 07/20/2017 | 155 | | Joint MOTION to Continue *Defendant's September 15, 2017 Sentencing Hearing* by USA as to Heather Carr. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 07/20/2017) |
| 07/20/2017 | 161 | | ORDER as to **Heather Carr (1)** granting the Parties' Joint Motion to Reschedule Defendant's September 15, 2017 Sentencing Hearing 155 . The Parties' Motion is GRANTED for good cause shown. The Sentencing Hearing set for September 15, 2017 is hereby **VACATED and RESET to January 4, 2018 at 2:00 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 7/20/2017. Text Only Entry (wjmsec, ) (Entered: 07/20/2017) |
| 08/25/2017 | 166 | | NOTICE OF ATTORNEY APPEARANCE Bryan David Fields appearing for USA. Attorney Bryan David Fields added to party USA(pty:pla) (Fields, Bryan) (Entered: 08/25/2017) |
| 11/30/2017 | 222 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Heather Carr (aarag, ) (Entered: 11/30/2017) |
| 12/11/2017 | 236 | | ORDER as to **Heather Carr (1)**: Given the recent developments in this case affecting Defendant Carr, the Court hereby sets a Status Conference to discuss these developments for **December 14, 2017 at 10:00 a.m.** in Courtroom A801. Should she wish to, given her residence outside of Colorado, Defendant Carr may waive her appearance at the Status Conference. SO ORDERED by Judge William J. Martinez on 12/11/2017. Text Only Entry (wjmsec, ) (Entered: 12/11/2017) |
| 12/12/2017 | 237 | | RESPONSE by USA as to Heather Carr re: 222 Restricted Presentence Report – Attorney Disclosure (Paluch, Martha) (Entered: 12/12/2017) |
| 12/12/2017 | 238 | | MOTION to Dismiss Counts *with Prejudice* by USA as to Heather Carr. (Paluch, Martha) (Entered: 12/12/2017) |

| 12/12/2017 | 239 | | MOTION for Decrease for Acceptance of Responsibility by USA as to Heather Carr. (Paluch, Martha) (Entered: 12/12/2017) |
|---|---|---|---|
| 12/13/2017 | 240 | | ORDER as to **Heather Carr (1)**: This matter is before the Court on the Status Conference set for December 14, 2017 at 10:00 a.m. Given the filing of the Government's Response to Presentence Report (ECF 22) 237 , Motion to Dismiss Counts with Prejudice 238 and Motion to Grant the Defendant an Additional One–Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) 239 , the Court has concluded there remains no need for a Status Conference. As a result, the Status Conference set for December 14, 2017 at 10:00 a.m. is hereby **VACATED**. Defendant's Sentencing Hearing remains set for **January 4, 2018 at 2:00 p.m.** SO ORDERED by Judge William J. Martinez on 12/13/2017. Text Only Entry (wjmsec, ) (Entered: 12/13/2017) |
| 12/14/2017 | 243 | | OBJECTION/RESPONSE to Presentence Report 222 by Heather Carr (Butterton, Mary) (Entered: 12/14/2017) |
| 12/15/2017 | 245 | | ORDER as to **Heather Carr (1)**: This matter is before the Court on Defendant's Objections and Responses to Presentence Investigation Report 243 . The Government is DIRECTED to file a Response to Defendant's Objections on or before **December 26, 2017**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 12/15/2017. Text Only Entry (wjmsec, ) (Entered: 12/15/2017) |
| 12/15/2017 | 246 | | OBJECTION/RESPONSE to Presentence Report 243 by USA as to Heather Carr (Paluch, Martha) (Entered: 12/15/2017) |
| 12/21/2017 | 247 | | MOTION for Non–Guideline Sentence *and Sentencing Statement* by Heather Carr. (Butterton, Mary) (Entered: 12/21/2017) |
| 12/21/2017 | 248 | | ORDER as to **Heather Carr (1)**: This matter is before the Court on Defendant's Motion for Variant Sentence and Sentencing Statement 247 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **12:00 noon on Thursday, December 28, 2017**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 12/21/2017. Text Only Entry (wjmsec, ) (Entered: 12/21/2017) |
| 12/21/2017 | 249 | | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant's Motion for Variant Sentence and Sentencing Statement* by USA as to Heather Carr. (Fields, Bryan) (Entered: 12/21/2017) |
| 12/22/2017 | 250 | | RESTRICTED PRESENTENCE REPORT as to Heather Carr (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 12/22/2017) |
| 12/22/2017 | 251 | | RESTRICTED ADDENDUM to Presentence Report 250 as to Heather Carr (aarag, ) (Entered: 12/22/2017) |
| 12/22/2017 | 252 | | ORDER as to **Heather Carr (1)** granting 249 Government's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Variant Sentence and Sentencing Statement (ECF No. 247). The Government's Motion is GRANTED IN PART for good cause shown. The Government's deadline to file its Response to Defendant's Motion for Variant Sentence and Sentencing Statement is extended up to and including **January 2, 2018 at 10:00 a.m.** SO ORDERED by Judge William J. Martinez on 12/22/2017. Text Only Entry (wjmsec, ) (Entered: 12/22/2017) |

| 12/28/2017 | 254 | | RESTRICTED SECOND ADDENDUM to Presentence Report 250 as to Heather Carr (Attachments: # 1 Exhibit A)(aarag, ) (Entered: 12/28/2017) |
|---|---|---|---|
| 01/02/2018 | 264 | | RESPONSE in Opposition by USA as to Heather Carr re 247 MOTION for Non–Guideline Sentence *and Sentencing Statement* (Paluch, Martha) (Entered: 01/02/2018) |
| 01/02/2018 | 265 | | SUPPLEMENT to 264 Response in Opposition by USA as to Heather Carr (Paluch, Martha) (Entered: 01/02/2018) |
| 01/04/2018 | 272 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Sentencing held on 1/4/2018 as to Defendant 1. Heather Carr. Defendant sentenced as reflected on the record. ORDERED that the defendant, Heather Carr, surrender at the institution designated by the Bureau of Prisons on February 8th, 2018, at 12:00 noon. In the interim, the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions Of Release shall continue to apply. Court Reporter: Mary George. (dhans, ) (Entered: 01/04/2018) |
| 01/09/2018 | 287 | | MOTION to Amend/Correct *Order of Restitution Pursuant to Fed. R. Crim. P. 35(a)* by USA as to Heather Carr. (Paluch, Martha) (Entered: 01/09/2018) |
| 01/10/2018 | 294 | | ORDER as to **Heather Carr (1)** granting the Government's Motion to Amend Order of Restitution 287 . The Government's Motion is GRANTED for good cause shown. The Probation Officer is DIRECTED to prepare a judgment of conviction for this Defendant which sets forth that she is ordered to pay restitution in the total amount of 562,487.85 jointly and severally with co–Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas. SO ORDERED by Judge William J. Martinez on 1/10/2018. Text Only Entry (wjmsec, ) (Entered: 01/10/2018) |
| 01/10/2018 | 296 | | JUDGMENT as to Defendant 1. Heather Carr. Counts 2 through 29 are dismissed.Count 1 of the Indictment: Incarceration: 57 months; Supervised Release: three years; Special Assessment: $100; Restitution (as ORDERED by Judge William J. Martinez on 1/10/2018 at Doc. No. 294): $562,487.85, jointly and severally with co–Defendants Mercedes Diaz, Marcelle Green and Trammel Thomas, by Judge William J. Martinez on 1/10/2018. (dhans, ) (Entered: 01/10/2018) |
| 01/10/2018 | 297 | | STATEMENT OF REASONS as to Heather Carr. (dhans, ) (Entered: 01/10/2018) |
| 01/10/2018 | 298 | | NOTICE OF APPEAL as to 296 Judgment, by Heather Carr. (Butterton, Mary) (Entered: 01/10/2018) |
| 01/10/2018 | 299 | | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 298 Notice of Appeal as to Heather Carr to the U.S. Court of Appeals. ( FPD, Fee not paid,) (Attachments: # 1 Docket Sheet and Preliminary Record)(angar, ) (Entered: 01/11/2018) |
| 01/12/2018 | 300 | | MOTION for Leave to Restrict by USA as to Heather Carr. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 01/12/2018) |
| 01/12/2018 | 301 | | RESTRICTED DOCUMENT – Level 2: as to Heather Carr. (Paluch, Martha) (Entered: 01/12/2018) |

| 01/12/2018 | 302 | | RESTRICTED DOCUMENT – Level 2: as to Heather Carr. (Paluch, Martha) (Entered: 01/12/2018) |
|---|---|---|---|
| 01/12/2018 | 303 | | MOTION to Amend/Correct 296 Judgment, by USA as to Heather Carr. (Paluch, Martha) (Entered: 01/12/2018) |
| 01/16/2018 | 305 | | ORDER as to **Heather Carr (1)** granting the Government's Motion to Restrict Document 300 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 301 and 302 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 1/16/2018. Text Only Entry (wjmsec, ) (Entered: 01/16/2018) |
| 01/16/2018 | 306 | | **DUPLICTAE** ORDER as to **Heather Carr (1)** granting the Government's Motion to Restrict Document 300 . The Government's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 301 and 302 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 1/16/2018. Text Only Entry (wjmsec, ) Modified on 1/17/2018 to show as duplicate entry please see 305 Order (angar, ). (Entered: 01/16/2018) |
| 01/16/2018 | 307 | | RESTRICTED DOCUMENT – Level 2: as to Heather Carr. (angar, ) (Entered: 01/16/2018) |
| 01/16/2018 | 308 | | ORDER to Surrender as to Heather Carr; Defendant to surrender to Federal Correctional institution Phoenix – Satellite Camp in Phoenix, Arizona on Februrary 8, 2018 at 12:00 noon and will travel at their own expense, by Judge William J. Martinez on 01/16/2018. (angar, ) (Entered: 01/16/2018) |
| 01/17/2018 | 309 | | ORDER as to **Heather Carr (1)** granting the Government's Motion to Amend Judgment of Conviction Pursuant to Fed. R. Crim. P. 35(a) 303 . The Government's Motion is GRANTED for good cause shown. The Probation Office is DIRECTED to prepare, on or before **January 18, 2018**, an Amended Judgment reflecting the dismissal of Counts 2–29 of the Indictment. The Court will then forthwith enter the Amended Judgment, no later than required by Fed. R. Crim. P. 35(a). SO ORDERED by Judge William J. Martinez on 1/17/2018. Text Only Entry (wjmsec, ) (Entered: 01/17/2018) |
| 01/17/2018 | 310 | | USCA Case Number as to Heather Carr 18–1021 for 298 Notice of Appeal filed by Heather Carr. (angar, ) (Entered: 01/18/2018) |
| 01/18/2018 | 313 | | AMENDED JUDGMENT as to Defendant 1. Heather Carr, by Judge William J. Martinez on 1/18/2018. (dhans, ) (Entered: 01/19/2018) |
| 01/18/2018 | 314 | | AMENDED STATEMENT OF REASONS as to Heather Carr. (dhans, ) (Entered: 01/19/2018) |
| 01/23/2018 | 315 | | DESIGNATION OF RECORD ON APPEAL re 298 Notice of Appeal by Heather Carr. (Attachments: # 1 Docket Sheet)(Sanderford, Oliver) (Entered: 01/23/2018) |
| 01/23/2018 | 316 | | TRANSCRIPT ORDER FORM re 298 Notice of Appeal by Heather Carr. (Attachments: # 1 Attachment)(Sanderford, Oliver) (Entered: 01/23/2018) |
| 01/24/2018 | 317 | | ORDER of USCA as to Heather Carr re 298 Notice of Appeal. (USCA Case No. 18–1021) (angar, ) (Entered: 01/24/2018) |

| 01/30/2018 | 319 | | REPORTER TRANSCRIPT ORDER FORM filed by Mary George re 298 Notice of Appeal. Transcript due by 2/28/2018. (nrich) (Entered: 01/30/2018) |
|---|---|---|---|
| 02/14/2018 | 321 | | TRANSCRIPT of Sentencing Hearing as to Heather Carr held on January 4, 2018 before Judge Martinez. Pages: 1–65. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 02/14/2018) |
| 02/14/2018 | 322 | | TRANSCRIPT of Change of Plea as to Heather Carr held on December 5, 2016 before Judge Martinez. Pages: 1–25. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 02/14/2018) |
| 03/13/2018 | 345 | | Passport Receipt as to Heather Carr. Surrender of passport re Bond Conditions; Passport Number 532811942 issued by United States of America (angar, ) (Entered: 03/14/2018) |
| 03/20/2018 | 347 | | TRANSMITTAL OF RECORD ON APPEAL as to Heather Carr to the U.S. Court of Appeals for the Tenth Circuit as to 298 Notice of Appeal filed by Heather Carr. Volume I – Pleadings;Volume II – Transcripts; Volume III – Restricted Documents; (USCA Case No. 18–1021). Text Only Entry (angar, ) (Entered: 03/20/2018) |
| 04/05/2018 | 364 | | USCA Order and Judgment as to Heather Carr re 298 Notice of Appeal : (USCA Case No. 18–1021) (This document is not the Mandate) (angar, ) (Entered: 04/06/2018) |
| 04/09/2018 | 378 | | Receipt for 345 as to Heather Carr (angar, ) (Entered: 04/13/2018) |
| 04/13/2018 | 380 | | Unopposed MOTION for Leave to Restrict by Heather Carr. (Butterton, Mary) (Entered: 04/13/2018) |
| 04/13/2018 | 381 | | RESTRICTED DOCUMENT – Level 2: as to Heather Carr. (Butterton, Mary) (Entered: 04/13/2018) |
| 04/13/2018 | 382 | | RESTRICTED DOCUMENT – Level 2: as to Heather Carr. (Butterton, Mary) (Entered: 04/13/2018) |
| 04/16/2018 | 384 | | |

| | | | |
|---|---|---|---|
| | | | ORDER as to **Heather Carr (1)** granting the Defendant's Unopposed Motion to Restrict Access 380 . Defendant's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 381 and 382 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 4/16/2018. Text Only Entry (wjmsec, ) (Entered: 04/16/2018) |
| 04/27/2018 | 398 | | MANDATE of USCA as to Heather Carr re 298 Notice of Appeal. (USCA Case No. 18−1021) (angar, ) (Entered: 04/30/2018) |
| 06/29/2018 | 423 | | MOTION to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, by Heather Carr. (angar, ) Civil case 1:18−cv−01681 opened. (Entered: 07/03/2018) |
| 06/29/2018 | 424 | | Letter re: MOTION to Appoint Counsel, by Heather Carr. (angar, ) (Entered: 07/03/2018) |
| 07/05/2018 | 425 | | ORDER as to Heather Carr. The United States Attorney on or before August 6,2018, shall file an answer or other pleading directed to the motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, by Judge William J. Martinez on 7/5/2018. (angar, ) (Entered: 07/05/2018) |
| 07/09/2018 | 426 | | NOTICE OF ATTORNEY APPEARANCE Paul Farley appearing for USA. Attorney Paul Farley added to party USA(pty:pla) (Farley, Paul) (Entered: 07/09/2018) |
| 07/11/2018 | 427 | | ORDER as to Heather Carr (1). The Motion for Appointment of Counsel (ECF No. 424 ) is DENIED at this time, by Judge William J. Martinez on 7/11/2018. (angar, ) (Entered: 07/11/2018) |
| 07/23/2018 | 432 | | RESPONSE to Motion by USA as to Heather Carr re 423 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(Farley, Paul) (Entered: 07/23/2018) |
| 10/22/2018 | 451 | | REPLY TO RESPONSE to Motion by Heather Carr re 423 MOTION to Vacate under 28 U.S.C. 2255 (sphil, ) (Entered: 10/22/2018) |
| 10/22/2018 | 452 | | MOTION to Amend/Correct with additional claim 423 MOTION to Vacate under 28 U.S.C. 2255 filed by Heather Carr. (sphil, ) (Entered: 10/22/2018) |
| 10/22/2018 | 469 | | Letter re: MOTION to Appoint Counsel, by Heather Carr. (angar, ) (Entered: 05/09/2019) |
| 10/22/2018 | 470 | | Letter re: MOTION for Order, by Heather Carr. (angar, ) (Entered: 05/09/2019) |
| 10/24/2018 | 453 | | ORDER as to **Heather Carr (1)**: This matter is before the Court on Ms. Carr's Motion to Amend 2255 Motion with Additional Claim 452 . The Government is DIRECTED to file a Response to Ms. Carr's Motion on or before **November 7, 2018**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 10/24/2018. Text Only Entry (wjmsec, ) (Entered: 10/24/2018) |
| 11/07/2018 | 454 | | RESPONSE to Motion by USA as to Heather Carr re 452 MOTION to Amend/Correct 423 MOTION to Vacate under 28 U.S.C. 2255 filed by Heather Carr (Farley, Paul) (Entered: 11/07/2018) |

| 11/07/2018 | 455 | | AMENDED RESPONSE by USA as to Heather Carr Amendment to 454 Response to Motion filed by USA (Farley, Paul) Modified on 11/8/2018 to correct title. (sphil, ). (Entered: 11/07/2018) |
|---|---|---|---|
| 04/01/2019 | 461 | | Letter by Heather Carr (angar, ) Modified on 4/9/2019 to correct event (angar, ). (Entered: 04/03/2019) |
| 04/09/2019 | 462 | | ORDER as to **Heather Carr (1)**: This matter is before the Court on the 461 Letter received from the Defendant dated April 1, 2019, which the Court construes as a Motion to Reconsider Sentence. As so construed, the Government is DIRECTED to file a Response to the Motion on or before **April 30, 2019**. No reply will be permitted. SO ORDERED by Judge William J. Martinez on 4/9/2019. Text Only Entry (wjmsec, ) (Entered: 04/09/2019) |
| 04/15/2019 | 463 | | RESPONSE to Motion by USA as to Heather Carr re 461 MOTION for Order (Farley, Paul) (Entered: 04/15/2019) |
| 05/15/2019 | 471 | | ORDER Denying 461 Motion to Reconsider Sentence as to Heather Carr (1). ORDERED by Judge William J. Martinez on 5/15/2019. (angar, ) (Entered: 05/15/2019) |
| 05/28/2019 | 472 | | ORDER Resolving Pending Motions and Denying 423 Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 as to Heather Carr (1). Petitioner's Renewed Motion for Appointment of Counsel (ECF No. 469 ) is DENIED; Petitioner's Motion for Leave to File a Reply Out of Time (ECF No. 470 ) is DENIED; Petitioner's Motion to Amend 2255 Motion with Additional Claim (ECF No. 452 ) is DENIED. ORDERED by Judge William J. Martinez on 5/28/2019. (angar, )<br>Civil Case 1:18–cv–01681–WJM closed. (Entered: 05/28/2019) |
| 09/12/2019 | 508 | | Defendant's Motion requesting Relief under Compassionate Release Pursuant to 18 U.S.C. 3582(c)(1)(A), by Heather Carr. (angar, ) Modified on 9/17/2019 to correct event (angar, ). (Entered: 09/13/2019) |
| 10/09/2019 | 512 | | ORDER as to (1) Heather Carr: This matter is before the Court on Defendant Carr's 508 Motion Requesting Compassionate Release. The Government is DIRECTED to file a response to the Motion on or before **October 23, 2019**. No reply will be permitted without prior leave or order of Court. by Judge William J. Martinez on 10/9/2019. Text Only Entry (wjmlc2) (Entered: 10/09/2019) |
| 10/10/2019 | 513 | | RESPONSE to Motion by USA as to Heather Carr re 508 MOTION to Reduce Sentence pursuant to First Step Act of 2018 (Farley, Paul) (Entered: 10/10/2019) |
| 10/21/2019 | 516 | | NOTICE OF ATTORNEY APPEARANCE: Meredith Bartlett Esser appearing for Heather CarrAttorney Meredith Bartlett Esser added to party Heather Carr(pty:dft) (Esser, Meredith) (Entered: 10/21/2019) |
| 10/21/2019 | 517 | | MOTION to Withdraw as Attorney by Meredith B. Esser by Heather Carr. (Esser, Meredith) (Entered: 10/21/2019) |
| 10/22/2019 | 518 | | ORDER as to **Heather Carr (1)**: This matter is before the Court on Defendant's *pro se* Motion Requesting Relief under Compassionate Release Pursuant to 18 U.S.C. 3582(c)(1)(A) 508 . The Office of the Federal Public Defender ("FPD") is DIRECTED to file a Reply to the Government's |

| | | | |
|---|---|---|---|
| | | | Response 513 on or before **November 5, 2019**. The Court DEFERS ruling on the FPD's Motion to Withdraw as Attorney 517 until such time as it has had the opportunity to consider the relevant filings. SO ORDERED by Judge William J. Martinez on 10/22/2019. Text Only Entry (wjmsec, ) (Entered: 10/22/2019) |
| 10/31/2019 | 519 | | Amended MOTION to Withdraw as Attorney by Meredith B. Esser by Heather Carr. (Esser, Meredith) (Entered: 10/31/2019) |
| 11/04/2019 | 520 | | ORDER as to Heather Carr (1). This matter is before the Court on 519 Amended Motion to Withdraw as Attorney submitted by Assistant Federal Public Defender Meredith Esser. The Motion is GRANTED for good cause shown. AFPD Meredith Esser is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Ms. Esser in this case. It is FUTHER ORDERED that new counsel from the CJA Panel be appointed for Defendant Carr as soon as practicable. It is FURTHER ORDERED that new CJA counsel shall enter his or her appearance within five days of appointment, and thereafter respond to 508 consistent with the Courts prior order 518 within 21 days of entering his or her appearance. Finally, given the disposition of the Amended Motion, 517 Motion to Withdraw is DENIED AS MOOT. SO ORDERED by Judge William J. Martinez on 11/4/2019. Text Only Entry (wjmlc2) (Entered: 11/04/2019) |
| 11/05/2019 | 521 | | NOTICE OF ATTORNEY APPEARANCE: Jason Dale Schall appearing for Heather CarrAttorney Jason Dale Schall added to party Heather Carr(pty:dft) (Schall, Jason) (Entered: 11/05/2019) |
| 11/25/2019 | 524 | | REPLY TO RESPONSE to Motion by Heather Carr re 508 MOTION to Reduce Sentence pursuant to First Step Act of 2018 (Schall, Jason) (Entered: 11/25/2019) |
| 03/20/2020 | 526 | | SUPPLEMENT *in Support of Defendant's Motion for Compassionate Release* by Heather Carr (Attachments: # 1 Exhibit Exhibits A,B, and C)(Schall, Jason) (Entered: 03/20/2020) |
| 03/20/2020 | 527 | | MOTION to Expedite *Ruling* by Heather Carr. (Schall, Jason) (Entered: 03/20/2020) |
| 04/10/2020 | 530 | 16 | ORDER Denying 508 Motion for Compassionate Release Heather Carr (1). Defendant Heather Carr's Motion to Expedite Ruling (ECF No. 527 ) is DENIED AS MOOT. ORDERED by Judge William J. Martinez on 4/10/2020. (angar, ) (Entered: 04/10/2020) |
| 04/16/2020 | 531 | 25 | NOTICE OF APPEAL as to 530 Order On Motion to Reduce Sentence Pursuant to First Step Act of 2018, Order on Motion to Expedite by Heather Carr. (Schall, Jason) (Entered: 04/16/2020) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 18-cv-1681-WJM
Criminal Case No. 16-cr-054-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.    **HEATHER CARR**,

        Defendant.

---

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

---

This matter is before the Court on Defendant's "Motion Requesting Relief Under Compassionate Release Pursuant to 18 U.S.C. 3582(c)(1)(A)" ("Motion").  (ECF No. 508.)  For the reasons discussed below, the Court denies the Motion.

### I. BACKGROUND

On December 5, 2016, Carr pled guilty to conspiracy to defraud the government for her role in a scheme of submitting false claims for federal student aid to the U.S. Department of Education.  (ECF No. 94.)  On January 4, 2018, the undersigned sentenced Carr to 57 months of incarceration and three years of supervised release. (ECF No. 272 at 2; ECF No. 313.)

On April 1, 2019, Carr moved the Court to reconsider her 57-month sentence. (ECF No. 461 at 4.)  The Court denied that motion for lack of jurisdiction.  (ECF No. 471.)

On September 12, 2019, Carr filed the Motion *pro se* seeking home confinement

or compassionate release under Sections 602 and 603 of the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018) ("FSA"). (ECF No. 508.) The Government filed a response on October 10, 2019, arguing that Carr had failed to exhaust her administrative remedies for home confinement or compassionate release, and was not eligible for either program. (ECF No. 513.) Thereafter, an attorney from the Federal Public Defender entered her appearance (ECF No. 516), but subsequently had to withdraw due to a conflict of interest (ECF No. 519). Conflict-free counsel entered an appearance, and filed a reply on November 25, 2019. (ECF No. 524.) On March 20, 2020, counsel, on behalf of Carr, filed a supplement in support of the Motion (ECF No. 526) and a motion to expedite ruling (ECF No. 527). The supplement addressed how Carr's family's circumstances have changed due to the COVID-19 pandemic. (ECF No. 526 at 1–2.)

According to the parties, if Carr continues to receive good time credit, she will serve 48 months and 17 days of her 57-month sentence, and will likely be released to home confinement as early as August 2021, approximately 16 months from the date of this Order. (ECF No. 513 at 7–8; ECF No. 524 at 10.)

## II. ANALYSIS

### A. Home Confinement Under § 602 of the FSA

In her *pro se* Motion, Carr seeks home confinement as an alternative to serving the remainder of her sentence in custody, invoking Section 602 of the FSA, codified at 18 U.S.C. § 3624(c)(2). That provision allows the Bureau of Prisons ("BOP") to "place a prisoner in home confinement for the shorter of 10 percent of the term of imprisonment

2

of that prisoner or 6 months" and instructs BOP, to the extent practicable, to "place prisoners with lower risk levels and lower needs on home confinement for the maximum amount of time permitted under this paragraph."  18 U.S.C. § 3624(c)(2).

In response, the Government argues (1) that Carr failed to exhaust her administrative remedies with respect to her home confinement claim; (2) that Carr's home confinement claim is not cognizable under 18 U.S.C. § 3582(c)(1)(A) because it seeks to challenge the conditions of her confinement, not to modify her sentence; and (3) that Carr's request for home confinement is not ripe because she is not within or near the last ten percent of her term of imprisonment.  (ECF No. 513 at 3–8.)  Carr's reply, filed by counsel, did not address the Government's arguments.  (ECF No. 524 at 2.)  Accordingly, the Court finds that Carr has effectively conceded that she is not currently eligible for home confinement under § 3634, and thus denies that portion of the Motion.  *See United States v. Hunter*, 739 F.3d 492, 495 (10th Cir. 2013) (deeming waived an argument inadequately developed in a brief); *Thompson R2-J Sch. Dist. v. Luke P., ex rel. Jeff P.*, 540 F.3d 1143, 1148 n.3 (10th Cir. 2008) (same); *Rojem v. Gibson*, 245 F.3d 1130, 1141 n.8 (10th Cir. 2001) (same).

## B.    Compassionate Release Under § 603 of the FSA

Section 603 of the FSA amended the procedure by which a federal prisoner could seek compassionate release.  FSA, Pub. L. No. 115-391, 132 Stat. at 5238; 18 U.S.C. § 3582(c)(1)(A).  Prior to the FSA, a court could modify a term of imprisonment for "extraordinary and compelling reasons" only on motion from the Director of BOP.  18 U.S.C. § 3582(c)(1)(A) (2017).  The FSA amended that provision

3

to allow a court to modify a sentence "upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." *Id.*; FSA, Pub. L. No. 115-391, 132 Stat. 5238.

      1.    *Abandonment of Compassionate Release Claim*

      The Government first contends that Carr abandoned her claim for compassionate release by seeking only home confinement in her *pro se* Motion.[1] (ECF No. 513 at 8.) The Motion repeatedly references "compassionate release" under § 3582, and asks the Court to substitute the remainder of her prison term for "home confinement . . . and/or supervised release." (ECF No. 508 at 4.) Liberally construing the Motion, the Court finds that Carr seeks a modification of her sentence and did not abandon her compassionate release claim.

      2.    *Administrative Exhaustion*

      The FSA requires that a prisoner fully exhaust her administrative remedies before moving to reduce a term of imprisonment. 18 U.S.C. § 3582(c)(1)(A). BOP has established a four-step administrative process to address inmate grievances: (1) informal resolution; (2) submission of complaint to the warden on form BP-9;

---

[1] Carr's Motion was filed *pro se* and thus she is entitled to a liberal construction of that pleading. *Haines v. Kerner*, 404 U.S. 519, 520–21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). In other words, if the Court can "reasonably read the pleadings to state a valid claim on which [Carr] could prevail, it should do so despite [Carr's] failure to cite proper legal authority, [her] confusion of various legal theories, [her] poor syntax and sentence construction, or [her] unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, Carr must nonetheless allege sufficient facts to support her legal claim. *Id.*

4

(3) appeal to the Regional Director of BOP on form BP-10; and (4) final administrative appeal to the General Counsel of BOP on form BP-11. 28 C.F.R. §§ 542.13–.15.

On January 22, 2019, Carr submitted an informal request for reduction in sentence, which was denied on January 29, 2019, thus fulfilling the informal resolution requirement. (ECF No. 508 at 18.) On February 6, 2019, Carr submitted a written request for a reduction in sentence to the warden, which stated that she had submitted "letters from the daycares, a letter from [her] daughter, [her] son's IEP and psychiatric evaluation regarding his disorders and court paperwork regarding the juvenile court and custody issue." (*Id.*) On February 8, 2019, the warden denied Carr's request for a reduction in sentence or compassionate release, explaining that "the loss of daycare is not a sufficient reason for the Bureau of Prisons to seek compassionate release on your behalf." (*Id.* at 17.) On February 15, 2019, Carr appealed the warden's decision to the Regional Director of BOP, noting that she had previously submitted paperwork in support of her request. (*Id.* at 20.) The Regional Director agreed with the warden that Carr did not meet the criteria for compassionate release. (*Id.* at 19; *id.* at 21 (noting a typographical error in the Regional Director's response and clarifying that Carr did not meet the criteria).) On April 3, 2019, Carr further appealed to the General Counsel of BOP, and submitted copies of the paperwork outlined in her request to the warden. (*Id.* at 22.) On June 5, 2019, BOP denied the appeal, stating that it had "carefully reviewed [Carr's] request and determined that [Carr does] not meet the criteria" for compassionate release or a reduction in sentence. (*Id.* at 21.)

The Government argues that Carr failed to exhaust her administrative remedies

5

because she failed to include certain documents when she submitted her complaint to the warden.  (ECF No. 513 at 8–10.)  The Government's position is disingenuous.  At every administrative level, Carr's request was denied on the merits, and not for lack of documentation.  (ECF No. 508 at 18–22.)  Moreover, Carr did submit documentation in support of her claim, albeit not necessarily the precise type of documentation that the Government now suggests is required.  (*See* ECF No. 513 at 9.)

The Government also suggests that without the required documentation, the "Court would be unable to properly consider [Carr's] request for compassionate release."  (ECF No. 513 at 10.)  In support, it cites two cases, both of which denied inmates' requests for compassionate release due to inadequate documentation.  (*Id.* (*citing United States v. Gutierrez*, 2019 WL 1472320, at *2 (D.N.M. Apr. 3, 2019) *and United States v. Heromin*, 2019 WL 2411311, at *2 (M.D. Fla. June 7, 2019)).)  However, both courts found that the documentation submitted to the court was inadequate, not that the inmate had failed to include documentation in the administrative process.  *Gutierrez*, 2019 WL 1472320, at *2; *Heromin*, 2019 WL 2411311, at *2.  Moreover, there is evidence that Carr did submit at least some documentation in support of her claim, and certain documents attached to the Motion appear to be some of the documentation Carr submitted to the warden and General Counsel in support of her administrative requests.  (ECF No. 508 at 18, 22, 42–46.)

The Court will not exalt form over substance, and finds that Carr exhausted her administrative remedy for a reduction in sentence, consistent with the requirement of 18 U.S.C. § 3582(c)(1)(A).  The Court will therefore consider Carr's claim on the merits.

6

3.    *Merits of Compassionate Release Claim*

A court may reduce an inmate's sentence if "extraordinary and compelling

reasons warrant such a reduction," and the reduction is consistent with the factors

typically considered in imposing a sentence, as set forth in 18 U.S.C. § 3553(a).

18 U.S.C. § 3582(c)(1)(A).  The U.S. Sentencing Commission's commentary on the

"extraordinary and compelling reasons" requirement explains that a family

circumstance—including "the death or incapacitation of the caregiver of the defendant's

minor child or minor children"—is one such reason.  U.S.S.G. § 1B1.13, Application

Note 1(C).  Application Note 1(D) suggests that there may exist "other reasons,"

including "an extraordinary and compelling reason other than, or in combination with,

the reasons described" in the commentary, as "determined by the Director of the

Bureau of Prisons."  *Id.* at Application Note 1(D); *see also United States v. Walker*,

2019 WL 5268752, at *2 (N.D. Ohio Oct. 17, 2019) (granting compassionate release

under § 3582 and U.S.S.G. § 1B1.13, Application Note 1(D)).

Courts, however, have recognized that the FSA amendment allowing inmates to

file compassionate release motions without BOP's support allows courts, "not the

Director of the Bureau of Prisons[,] to determine whether there is an 'extraordinary and

compelling reason' to reduce a sentence."  *United States v. Maumau*, 2020 WL

806121, at *4 (D. Utah Feb. 18, 2020) (recognizing that a majority of district courts to

consider the question have found that the FSA provides the courts discretion to provide

relief in circumstances do not directly fall within the Sentencing Commission's current

policy statement); *United States v. Fox*, 2019 WL 3046086, at *3 (D. Me. July 11, 2019)

("The First Step Act did not change the statutory criteria for compassionate release, but

7

it did change the procedures, so that the Bureau of Prisons is no longer an obstacle to a court's consideration of whether compassionate release is appropriate.").

Carr has not established that she is eligible for compassionate release and modification of her sentence under the family circumstances exception or for other reasons. *See* U.S.S.G. § 1B1.13. Carr's minor children's primary caregiver, Ms. Ayanna Brown—Carr's eldest daughter—is not incapacitated or deceased. *See id.* at Application Note 1(C). While Carr has submitted information about Ms. Brown's challenges in caring for her minor siblings in her mother's absence, the Court finds that the hardship endured by the primary caregiver is not an "extraordinary and compelling reason" justifying a modification of Carr's sentence. Ms. Brown appears to have done an admirable job at rising to the occasion, caring for her younger siblings, finding appropriate care opportunities for her siblings, and navigating the public benefits system for her autistic brother, even in the absence of any other familial support. While a letter submitted in support of the Motion suggests that Ms. Brown's child care assistance payments may cease, it appears that she may yet be eligible for continued benefits. (ECF No. 526-1 at 3.)

The Court recognizes the difficult position in which Ms. Brown now finds herself, and that the challenges are exacerbated by the COVID-19 public health crisis. Ms. Brown is "medical staff" at a Veteran's Administration hospital in the Phoenix area, and is concerned about potential "mandatory deployments" for her job and about whether daycare programs for the minor children will continue. (ECF No. 526 at 2.) However, as of the filing of the supplement, these COVID-19-related concerns are possibilities, not certainties. (ECF No. 526-1 at 1, 3–4.) While COVID-19 public health crisis has

8

added further stress to Ms. Brown's daily routine (*id.* at 1), the record does not show

that Ms. Brown is incapable of providing care to Carr's minor children.  Moreover, the

COVID-19 public health crisis and its attendant impacts on Carr's family are not

sufficient reasons to modify Carr's sentence.  *See United States v. Hays*, 2020 WL

1698778, at *3 (S.D. Ala. Apr. 7, 2020) (denying compassionate release for general

concerns about possible exposure to COVID-19).  Accordingly, the Court finds that Carr

has not stated "extraordinary and compelling reasons" warranting a modification of her

sentence.

## IV. CONCLUSION

For the reasons set forth above, the Court ORDERS as follows:

1.      Defendant Heather Carr's Motion Requesting Relief Under Compassionate

Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 508) is DENIED

without prejudice; and

2.      Defendant Heather Carr's Motion to Expedite Ruling (ECF No. 527) is DENIED

AS MOOT.

Dated this 10th day of April, 2020.

BY THE COURT:

_____
William J. Martínez
United States District Judge

9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-054-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. HEATHER CARR,

        Defendant.

---

## NOTICE OF APPEAL

---

    Notice is hereby given that Ms. Heather Carr, in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Denying Motion for Compassionate Release [Dkt. 530], entered in this action on the 10th day of April, 2020.

    DATED this 16th day of April, 2020.

                        _____ /s/   Jason D. Schall_____
                        Jason D. Schall
                        Schall Law LLC
                        7350 E Progress Pl Ste 100
                        Greenwood Village, CO 80111
                        Telephone: (720) 505-3861
                        E-mail: jason@schalljd.com
                        Attorney for Defendant Heather Carr

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

I hereby certify that on April 16, 2020, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

      AUSA Paul Farley
      AUSA Martha Paluch
      AUSA Bryan Fields
      U.S. Attorney's Office
      1801 California Street, Suite 1600
      Denver, CO 80202
      (303) 454-0100
      Paul.Farley@usdoj.gov
      Martha.Paluch@usdoj.gov
      Bryan.Fields3@usdoj.gov

I hereby certify that I have or will submit the document to the following participant in the

manner indicated below:

      Ms. Heather Carr (USM #89751-083), via U.S. Mail
      FCI Phoenix
      Federal Correctional Institution
      Satellite Camp
      37930 N. 45th Ave.
      Phoenix, AZ 85086

              */s/ Jason D. Schall*
              Jason D. Schall
              Schall Law LLC
              7350 E Progress Pl Ste 100
              Greenwood Village, CO 80111
              Telephone: (720) 505-3861
              E-mail: jason@schalljd.com
              Attorney for Defendant Heather Carr