**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 27, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

HEATHER CARR,

    Defendant - Appellant.

No. 20-1152
(D.C. No. 1:16-CR-00054-WJM-1)
(D. Colo.)

_____

### ORDER
_____

Before **TYMKOVICH**, Chief Circuit Judge.
_____

This matter is before the court on the appellant's Motion to Withdraw, which was filed by the appellant's counsel appointed by the district court, Jason D. Schall. The minimum preliminary filing requirements have been met. 10th Cir. R. 46.3(A). Upon consideration, the Motion to Withdraw is granted, as provided in this order.

Jason D. Schall is appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, effective nunc pro tunc to the date the notice of appeal was filed in this matter. Mr. Schall's appointment ends after he satisfies the obligations stated in this order.

With Mr. Schall's withdrawal, the court finds that the appellant is eligible for, and the interests of justice require, the appointment of other counsel to assist with this appeal, in accordance with 18 U.S.C. § 3006A. Therefore, we appoint attorney Jason Wesoky as new counsel for the appellant.

We also direct as follows:

1. Within 14 days of the date of this order, the appellant's former counsel, Mr. Schall, shall transmit copies of all documents in his possession that are pertinent to this appeal and not otherwise available via PACER and/or CM/ECF to Mr. Wesoky (address: Jason Wesoky, 1331 17th St., Suite 800, Denver, CO 80202; telephone: 303-623-9133; email: jwesoky@darlingmilligan.com).

2. Also within 14 days of the date of this order, Mr. Wesoky shall file and serve an entry of appearance in this court. *See* 10th Cir. R. 46.1.

3. This appeal is partially perfected. Within 20 days of the date of this order, Mr. Wesoky must file in the district court (A) a designation of record, *id.* 10.3, and (B) a transcript order form or notice that no transcripts are needed, *id.* 10.2. Notice to this court should be provided when documents are filed in the district court.

4. The Clerk's Office shall transmit a copy of this order to the Clerk of the U.S. District Court for the District of Colorado. The District Clerk shall wait at least 21 days before transmitting the record on appeal to this court.

5. Mr. Schall shall transmit a copy of this order to the appellant promptly.

6. Briefing on the merits will begin after the district court transmits the record on appeal to this court.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Lara Smith*

by: Lara Smith
Counsel to the Clerk