**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff – Appellee,<br><br>v.<br><br>HEATHER CARR,<br>    Defendant – Appellant. | Case No. 20-1152<br>(D.C. No. 1:16-CR-00054-WJM-1)<br>(D. Colo.) |

STATEMENT REGARDING TRANSCRIPT REQUEST

Counsel for Defendant/Appellant states that he is not requesting a transcript at this time. Any transcript needed is already part of the record and has been requested in the Designation of Records.

Signature: _____

Counsel for:  __Defendant/Appellant_____

I hereby certify that a copy of this Statement, was served on opposing counsel and filed with the clerk of the court of appeals on  _May 21, 2020_____ .

Signature: _____