

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL

CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

June 29, 2020

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO  80257

RE:   USA v. Carr et al

District Court Case No.  16-cr-54-WJM-1
Court of Appeals Case No.  20-1152

Dear Clerk:

Enclosed please find the Record on Appeal in  (3)        volume(s) which consist of the following:

Volume I - Pleadings
Volume II - Restricted Level 2 Documents
Volume III - Unrestricted Transcripts

JEFFREY P. COLWELL, CLERK

By:  s/  A. Garcia Garcia
Deputy Clerk