**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Christopher M. Wolpert<br>Clerk of Court | May 06, 2021 | Jane K. Castro<br>Chief Deputy Clerk |
|---|---|---|

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   20-1152, United States v. Carr
Dist/Ag docket: 1:16-CR-00054-WJM-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's April 14, 2021 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:   Paul Farley
Michael Conrad Johnson
Jason Wesoky

CMW/jjh