IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEATHER CARR,

    Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL
---

    To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and that I appear in this case pursuant to a Criminal Justice Act appointment, this Court's General Order 2020-7, and the mandate from the U.S. Court of Appeals for the Tenth Circuit dated May 6, 2021 (Doc. No. 542) as counsel for Defendant Heather Carr.

Dated this 27th day of May, 2021.

                                                      /s/   Jason D. Schall
                                         Jason D. Schall
                                         Bowlin & Schall LLC
                                         7350 E Progress Pl Ste 100
                                         Greenwood Village, CO 80111
                                         Telephone: (720) 505-3861
                                         E-mail: jason@bowsch.com
                                         Attorney for Defendant Heather Carr

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> U.S. Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> (303) 454-0100

I hereby certify that I will mail or serve the filing to the following participant:

> Ms. Heather Carr

　　　　　　　　　　　　　　　　　　　　/s/   Jason D. Schall
　　　　　　　　　　　　　　　　　　　　Jason D. Schall