Dear Judge Martinez,

I am writing this letter to you to let you know what has transpired in my life since I filed my motion for compassionate release. There is not a real way to fully describe in words how much my life has changed and what my children have endured, but I will try my best at articulating this.

I began serving my sentence at the Women's Federal Prison Camp in Phoenix, AZ on February 8th, 2018. I spent the next 29 months at the camp. Due to the CARES Act, the Covid-19 pandemic and my minimum PATTERN score and risk assessment, the Federal Bureau of Prisons released me to home confinement on July 10th, 2020. I have been under strict home detention and GPS monitoring for the past 12 months. I am only allowed outside to go grocery shopping once a week, 1 hour recreation time per day where I can walk outside in my neighborhood, and 1 hygiene pass a month. I am also permitted to pick up and drop off my son at the Autism Academy that he now attends school under scholarship. I check in with the halfway house 10 times per day, and have submitted every random UA required and come in whenever requested. I have never had an issue in the 5 ½ years combined that I have served on pretrial detention, incarceration and on home detention.

I have served 75% of my total sentence and 85% of my sentence with good time credits factored in. Even though I only have 7 months left until my BOP release date of February 22nd, 2022, my circumstances are still very much up in the air. I strongly believe these constitute "extraordinary and compelling" reasons justifying a minor reduction in my sentence.

My oldest daughter Ayanna did the best she could taking care of my younger children in my absence, but now I am home and Ayanna has gone on to live her life, as she should. When I first came home, my family was in shambles and I was shocked at the way my kids had been living. They did the best they could for as long as they could without me, but to say they needed me is an understatement. I am so grateful that I came home when I did and have been able to slowly rebuild our lives and care and love all my kids the way they desperately needed. I am the sole care provider of my youngest children, Tru and Milani, ages 6 and 10. Thankfully, I was at home during this pandemic because my children only had online learning available at their schools and would have been home alone. I am very appreciative that I have kept employment where I work from home and am able to care for my children, but I do need to obtain another job to fully be able to care for my children and support us. This is not allowed on home confinement. Everything is progressing as well as it can be considering all of the limitations I still face being an inmate. I am still very much an inmate and can not leave the house in an emergency or for simple everyday situations that arise with being a mom. Every movement has to be planned and approved a week in advance. I can not go anywhere that is not authorized or unexpected. And there is nothing

1

saying that now that COVID is almost behind us, the Bureau of Prisons won't require me to finish my sentence back in custody. I believe that possibility alone, and the immediate damage it would do to my family, constitutes an "extraordinary and compelling" reason for a reduction in my sentence to time served.

My 6 year old son Tru is non-verbal, autistic, has a sensory processing disorder and ADHD. Since being released I have secured a scholarship where he attends a private Autism School and we have seen such huge improvements. I have also gotten him into speech therapy again and we are currently waiting on a communication device to be delivered where he will be able to communicate with us. I have also created a binder with PECS cards (Picture Exchange Communication System) where he is now able to point to pictures to communicate his wants and needs. Tru has made huge improvements since I have been home, and I am so very thankful and grateful to be with him again to give him the constant love and attention he desperately needed.

My 10 year old daughter Milani has had both of her parents in prison for the past few years and the psychological damage is there, but she is the most positive, amazing and strong little girl I have ever known. She is absolutely my role model and I am in awe at how well she has protected and took care of her little brother in my absence. I am humbled by her tenacity and resilience and I am forever grateful to be able to care for her again. She was having to grow up way too fast in my absence.

I live under the worry that at any time I could return back to prison to complete my sentence and everything I have worked so hard to rebuild in the past year will fall apart. No one will be able to care for my children if this happens. The Justice Department's Office of the Legal Counsel's memo from January 15th, 2020, states that the CARES Act requires the BOP to return those serving extended home confinement back to prison when the pandemic ends. This can happen at any time, especially with the U.S slowly reopening again.

I humbly request you consider my request for compassionate release and convert my sentence to time served. I have done everything required of me regarding my sentence for the past 5 ½ years of my life since I was first arrested. I want the chance to be a mom again and take care of my children how I need to. Thank you so much for your consideration and the time in reading these letters.

Respectfully,

*Heather Carr*

Heather Carr

To the Honorable Judge William J. Martinez:

My name is Ayanna Brown and I am the 25 year old adult daughter of Heather Carr. I know you get a lot of letters, I just hope you'll read and sympathize with my feelings and just understand where I am coming from.

The 3 years my mother was in prison was rough for me. I was thrown into a situation I just wasn't prepared for. My husband actually ended up kicking us out of the home I owned, I went through a domestic violence situation and we have since divorced. I took care of my little brother and sister the best way I could and had to figure out how to survive on my own for the first time in my life. My little brother has/had numerous challenges and I almost lost my job due to the amount of times I had to leave work to go and pick him up. I was literally at my breaking point for months before my mom came home. I literally had no help, a global pandemic had begun and the kids were not able to go to school. I was considered an essential employee and work was mandatory. I had nowhere for the kids to go and no help. We have no other family. We went through such hardships when my mom was gone, there were times I was scared of where our next meal was coming from. I had even reached out to social services to notify them I could no longer care for my brother and sister and was told that due to the pandemic there were just no placements available unless it was an extreme abuse or neglect case. I was embarrassed, desperate, broke and just...lost.

When my mom came home in July of 2020, it was literally like God had intervened. I truly believe He did. We were going through embarrassingly hard times. A weight was lifted off of my shoulders. I just knew everything was going to be alright again. I learned so much this year with my mom being home. She came home and just made everything better, in the amazingly beautiful way she always magically does. She has worked super hard and now everyone walks around with a smile. We laugh again. It's such a sharp contrast to what we were going through with her gone - it almost seems unreal. Like it was all a dream. I now have received a promotion at my job and am no longer on warnings for missed work how I used to be. I am able to go and live my life again and just be a 25 year old with no kids. I am super appreciative and thankful that my mom is home and I know God carried us through this time. I am not sure how we survived in one piece and still together, but we did it.

If possible, please reduce my mothers sentence so we can remove this dark cloud hanging over our heads which is the threat of her going back to prison at any time. She has done everything required of her and my mom is extremely remorseful for what has happened to all of us because of her past choices. Her case is a decade old and my mom has changed and evolved in ways I have never seen in anyone else. My brother and sister need her home and able to function normally as the amazing mother that she is.

Thank you so much for listening.

Ayanna Brown

Dear Judge Martinez,

My name is Milani Thomas and I am the ten-year-old daughter of Heather Carr. Since my mom has been home my life has changed and this is how:

- She cooks amazing food so I'm never hungry. My favorites are her pot roast, macaroni and cheese and we always try new recipes. We have an air fryer now and these pizzas we make are SO good and we even did lemon pepper wings that turned out perfect. Apple pie bites too!
- She also has many fun traits, she's very neat, funny and has a good heart. She plays games with us ( by us I mean me and my brother Tru and my mom). We play games like word games ( scrabble, boggle, and hangman.) My brother doesn't talk so it's hard to communicate with him but my mother understands him and they are able to always figure out what he needs and that makes my heart happy.
- She goes to the pool with us and watches us swim and I hope she can swim with us and go places with us soon.
- She makes slime and it is very entertaining. We painted heart pictures. She organizes and makes everything clean.
- She helps me with everything and we even decorated a bedroom just for me that is nature and forest themed. My mom is the best decorator and is super smart and creative.
- She cares about how we are and our clothes and hygiene and makes sure we feel loved

Those are only a couple of reasons how and why she made a difference in my life. It was really hard not having my mom around, so I cried some nights but I always looked on the bright side of things and prayed every day for her to come home. I was 7 when she left us but now that she is here my heart is whole and I love her so much. She made a big impact in my life and I appreciate her so much for that. I missed her so much every time I would go out to a restaurant I would always want her there with me or if I'm watching television I would want her by my side but now she's there and now I'm full of joy. I have never missed anyone like I missed my mom and now everything is better now that she is home. Please let her be able to take us places and let her see my school and go bike riding with us soon.

Thank you!

*Milani Rose Thomas*
Milani Rose Thomas

P.S. I typed this out myself because my handwriting kept going ~~crik~~ crooked & I got frustrated. Thank you for reading it.

4