# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-01

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1. HEATHER CARR,
    Defendant.

---

## MOTION TO WITHDRAW

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel moves the Court to permit his withdrawal as attorney of record for defendant Heather Carr ("Ms. Carr") in this case and presents the following good cause in support of this Motion.

### Good Cause to Withdraw

On May 27, 2021, undersigned counsel accepted an appointment to represent Ms. Carr with respect to the First Step Act pursuant to the Criminal Justice Act and this Court's General Order 2020-7. On November 29, 2021, the Court issued an order (ECF No. 552) denying Ms. Carr's Motion for Compassionate Release. Ms. Carr did not elect to appeal the Court's decision. As such, undersigned counsel believes that his work in this matter is complete.

Counsel respectfully submits this Motion to Withdraw as attorney of record for Ms. Carr and asks to be removed from CM/ECF notices in this case.

Dated this 14th day of December, 2021.

                                  /s/ Jason D. Schall
                                Jason D. Schall
                                BOWLIN & SCHALL LLC
                                7350 E Progress Pl Ste #100
                                Greenwood Village, CO 80111
                                Telephone: 720.505.3861
                                Email: jason@bowsch.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, the foregoing **MOTION TO WITHDRAW** was electronically filed with the United States District Court and served via the CM/ECF system on the following:

U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100

I hereby certify that I will mail or serve the **MOTION TO WITHDRAW** to the following participant:

Ms. Heather Carr

                                                       */s/ Jason D. Schall*
                                                      Jason D. Schall