| PROB 22 (D\CO 01/03) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:16-cr-00054-WJM-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR-22-50134-PHX-DWL |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: HEATHER CARR | DISTRICT District of Colorado | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE William J. Martinez | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 01/12/2022    TO 01/11/2025 |

OFFENSE: Conspiracy to Defraud the Government with Respect to Claims; 18 U.S.C. § 286 (Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>District of Colorado</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 3, 2022                           *[signature]*
    Date                                                *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>District of Arizona</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

June 7, 2022                           *[signature]*
  *Effective Date*                                    *United States District Judge*